**CERTIFICATE OF SERVICE**

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 1st day of February 2013, I caused copies of the foregoing document to be served upon the parties listed below via First Class U.S. Mail.

| | |
|---|---|
| Jeffrey W. Kelley, Esq. <br> Ezra Cohen, Esq. <br> Michael E. Johnson, Esq. <br> Troutman Sanders LLP <br> 600 Peachtree Street, NE Suite 5200 <br> Atlanta, GA 30308-2216 | Mark D. Collins, Esq. <br> Robert J. Stearn, Jr., Esq. <br> Christopher M. Samis, Esq. <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 King Street <br> Wilmington, DE 19801 |
| Robert A. Klyman, Esq. <br> Glen B. Collyer, Esq. <br> Gregory O. Lunt, Esq. <br> Latham & Watkins LLP <br> 355 South Grand Avenue <br> Los Angeles, CA  90071-1560 | Michael R. Nestor, Esq. <br> John T. Dorsey, Esq. <br> Donald J. Bowman, Jr. <br> Young Conaway Stargatt & Taylor, LLP <br> 1000 North King Street <br> Wilmington, DE 19801 |
| Adam C. Harris, Esq. <br> Robert J. Ward, Esq. <br> Victoria A. Lepore, Esq. <br> David M. Hillman, Esq. <br> Schulte Roth & Zabel LLP <br> 919 Third Avenue <br> New York, NY  10022 | Adam G. Landis, Esq. <br> Kerri K. Mumford, Esq. <br> Jeffrey Drobish, Esq. <br> Landis Rath & Cobb LLP <br> 919 Market Street, Suite 1800 <br> Wilmington, DE  19899 |

| | |
|---|---|
| February 1, 2013 <br> Date | */s/ William A. Hazeltine* <br> William A. Hazeltine |