## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Allied Systems Holdings, Inc., *et al.*, ) | Case No. 12-11564 (CSS) |
| ) | |
| Debtor. ) | (Jointly Administered) |
| The Official Committee of Unsecured Creditors of Allied ) | |
| Systems Holdings, Inc. and its affiliated debtors, ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 13-50530 (CSS) |
| ) | |
| v. ) | |
| ) | |
| Yucaipa American Alliance Fund I, L.P., Yucaipa American ) | |
| Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance ) | |
| Fund II L.P., Yucaipa American Alliance (Parallel) Fund II, ) | |
| L.P., Mark J. Gendregske, Jos Opdeweegh, James Frank, ) | |
| Derex Walker, Jeff Pelletier, Ira Tochner, And Joseph ) | |
| Tomczak. ) | |
| ) | |
| Defendants. | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of the Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| William A. Hazeltine, Esq. | Michael G. Burke, Esq. |
| **SULLIVAN • HAZELTINE • ALLINSON LLC** | Nicholas K. Lagemann, Esq. |
| 901 North Market Street, Suite 1300 | **SIDLEY AUSTIN LLP** |
| Wilmington, DE 19801 | 787 Seventh Avenue |
| Tel: (302) 428-8191 | New York, NY 10019 |
| | Tel: (212) 839-5300 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| 824 Market Street, 5th Floor Wilmington, DE 19801 | Courtroom 4 April 8, 2013 at 11:00 a.m. |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

/s/ David D. Bird
Clerk of the Bankruptcy Court

Date: February 7, 2013