## CERTIFICATE OF SERVICE

I, <u>Heidi M. Coleman</u>, certify that I am, and at all times during the service of process was,
    (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on <u>February 7, 2013</u> by:
    (date)

☑   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Yucaipa American Alliance (Parallel) Fund II, L.P.
    c/o Robert A. Klyman, Esq.
    Latham & Watkins LLP
    355 South Grand Avenue
    Los Angeles, CA  90071-1560

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
    addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of
    _____, as follows: [Describe briefly]
    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>February 7, 2013</u>                   <u>/s/ Heidi M. Coleman</u>
    Date                                         Signature

| | |
|---|---|
| Print Name: | Heidi M. Coleman, AACP, DCP |
| | Sullivan Hazeltine Allinson LLC |
| Business Address: | 901 North Market Street, Suite 1300 |
| City: Wilmington | State: DE      Zip: 19801 |