# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLIED SYSTEMS HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br><br>(Jointly Administered) |
| ALLIED SYSTEMS HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MONEY MANAGEMENT CORP., AVENUE CAPITAL GROUP, BDCM OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL - CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP/BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P.<br><br>Defendants.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P.<br><br>Counterclaim and Cross-Claim Plaintiffs, | Adv. Proc. No. 12-50947 (CSS) |

---

[1] The Debtors in these cases, along with the federal tax identification number (business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (87568828); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

01:13349114.1

v.

ALLIED SYSTEMS HOLDINGS, INC.

Counterclaim Defendant,

and

AMERICAN MONEY MANAGEMENT CORP., AVENUE CAPITAL GROUP, BDCM OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL - CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP/BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

Cross-Claim Defendants.

---

BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd., and Spectrum Investment Partners, L.P.,

Plaintiff(s),

v.

Yucaipa American Alliance Fund, I, LP, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund, II, LP, Yucaipa American Alliance (Parallel) Fund II, L.P., Ronald Burkle, Derex Walker, Ira Tochner, Jeff Pelletier, Jos Opdeweegh, Joseph Tomczak, and Mark Gendregske,

Defendants.

Adversary Proceeding No. 13-50499 (CSS)

---

The Official Committee of Unsecured Creditors Of Allied Systems Holdings, Inc. and its affiliated debtors,

Plaintiff(s),

2

|  |  |
|---|---|
| v.<br><br>Yucaipa American Alliance Fund, I, LP, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund, II, LP, Yucaipa American Alliance (Parallel) Fund II, L.P., Mark J. Gendregske, Jos Opdeweegh, James Frank, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak,<br><br>Defendants. | Adversary Proceeding No. 13-50530-(CSS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 20, 2013, Yucaipa American Alliance Fund II, L.P. and Yucaipa American Alliance (Parallel) Fund II L.P. (together, "Yucaipa Fund II"), along with Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (together, "Yucaipa Fund I" and collectively with Yucaipa Fund II, "Yucaipa"), by and through their undersigned counsel, caused a copy of the following discovery material:

**Yucaipa's First Set of Interrogatories to Defendants, Cross-Claim Defendant Avenue Capital Group**

to be served via the manner indicated upon the following counsel of record:

Avenue Capital Group
National Corporation Research, Ltd.
615 S. Dupont Hwy.
Dover, DE 19901
*Federal Express*

PLEASE TAKE FURTHER NOTICE that on February 21, 2013, that Yucaipa, by and through their undersigned counsel, caused a copy of the following discovery material:

**Yucaipa's First Set of Requests for Production to Defendant and Cross-Claim Defendant Avenue Capital Group**

to be served via the manner indicated upon the following counsel of record:

Avenue Capital Group
National Corporation Research, Ltd.
615 S. Dupont Hwy.
Dover, DE 19901
*First Class Mail*

| | |
|---|---|
| Dated: February 21, 2013<br>Wilmington, Delaware | Respectfully submitted,<br><br>YOUNG, CONAWAY, STARGATT &<br>TAYLOR, LLP<br><br>/s/ *Donald J. Bowman, Jr.*<br>John T. Dorsey, Esquire (No. 2988)<br>Michael R. Nestor (No. 3526)<br>Donald J. Bowman, Jr. (No. 4383)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br><br>- and -<br><br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br><br>David E. Ross<br>David E. Spalten<br>Adam K. Grant<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br><br>- and -<br><br>LATHAM & WATKINS, LLP<br><br>Russell F. Sauer, Jr.<br>Robert A. Klyman<br>Ted. A. Dillman<br>355 S. Grand Ave.<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br><br>*Attorneys for Yucaipa* |