IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLIED SYSTEMS HOLDINGS, INC. *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 12-11564 (CSS)<br>(Jointly Administered)<br><br>Re: **D.I. 919 & 974** |
| BDCM Opportunity Fund II, LP, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>Yucaipa American Alliance Fund, I, LP, *et al.*,<br><br>Defendants. | <br><br><br><br>Adversary Proc. No. 13-50499<br><br>Re: **D.I. 17 & 48** |
| The Official Committee Of Unsecured Creditors Of Allied Systems Holdings, Inc., and its Affiliated Debtors,<br><br>Plaintiff,<br><br>v.<br><br>Yucaipa American Alliance Fund, I, LP, *et al.*,<br><br>Defendants. | <br><br><br><br><br><br>Adversary Proc. No. 13-50530<br><br>Re: **D.I. 28 & 64** |

## ORDER MODIFYING SCHEDULING ORDER

**IT IS HEREBY ORDERED** that

1. In light of the stipulation between Defendant Gendregske and the Official Committee Of Unsecured Creditors Of Allied Systems Holdings, Inc., and its Affiliated Debtors (the "Committee") modifying the briefing schedule for Defendant Gendregske's motion to

dismiss the Committee's complaint, the hearing on Defendant Gendregske's motion to dismiss shall be held on ___April 9___, 2013, at ___1:00 p.m.___ (ET).

Dated: __3/8__, 2013

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge