# **CERTIFICATE OF SERVICE**

I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 14th day of March 2013, I caused copies of the foregoing document to be served upon the parties listed below via First Class U.S. Mail.

| | |
|---|---|
| Jeffrey W. Kelley, Esq.<br>Ezra Cohen, Esq.<br>Michael E. Johnson, Esq.<br>Troutman Sanders LLP<br>600 Peachtree Street, NE Suite 5200<br>Atlanta, GA 30308-2216 | Mark D. Collins, Esq.<br>Robert J. Stearn, Jr., Esq.<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 King Street<br>Wilmington, DE 19801 |
| Robert A. Klyman, Esq.<br>Glen B. Collyer, Esq.<br>Gregory O. Lunt, Esq.<br>Latham & Watkins LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560 | Michael R. Nestor, Esq.<br>John T. Dorsey, Esq.<br>Donald J. Bowman, Jr.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801 |
| Adam C. Harris, Esq.<br>Robert J. Ward, Esq.<br>Victoria A. Lepore, Esq.<br>David M. Hillman, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>Jeffrey Drobish, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899 |
| Derek C. Abbott, Esq.<br>William M. Allemann, Jr.<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>Wilmington, DE 19801 | Justin S. Antonipillai, Esq.<br>Ian S. Hofman, Esq.<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004 |
| David L. Buchbinder, Esq.<br>U. S. Trustee for the District of Delaware<br>844 N. King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801 | |

| | |
|---|---|
| March 14, 2013<br>Date | */s/ William A. Hazeltine*<br>William A. Hazeltine |

1