# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>ALLIED SYSTEMS HOLDINGS, INC., et al.<br>     Debtor | Chapter: 11<br><br>Bankruptcy No. 12–11564–CSS |
| The Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. and its affiliated debtors<br><br>     Plaintiff<br><br>     vs.<br><br>James Frank , et al.<br><br>     Defendant | <br><br><br>Adversary No. 13–50530–CSS |

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 5/31/13 was filed on 6/3/13 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 6/24/13 .

If a request for redaction is filed, the redacted transcript is due 7/5/13 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 9/3/13 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*[signature]*

Clerk of Court

Date: 6/3/13

(ntc)