# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., *et al*, | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLIED SYSTEMS HOLDINGS, INC., and its affiliated debtors, | |
| Plaintiff, | |
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., AND SPECTRUM INVESTMENT PARTNERS, L.P., | Adv. Proc. No. 13-50530 (CSS) |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICA ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK J. GENDREGSKE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, | |
| Defendants. | |

| | |
|---|---|
| ALLIED SYSTEMS HOLDINGS, INC., | |
| Plaintiff, | Adv. Proc. No. 12-50947 (CSS) |
| v. | |
| AMERICAN MONEY MANAGEMENT CORP., AVENUE CAPITAL GROUP, BDCM OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, | |

SPECTRUM INVESTMENT PARTNERS LP, TEAK
H ILL – CREDIT CAPITAL INVESTMENTS, LLC,
THE CIT GROUP/BUSINESS CREDIT, INC., THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, YUCAIPA AMERICAN ALLIANCE
FUND II, L.P., YUCAIPA AMERICAN ALLIANCE
(PARALLEL) FUND II, L.P.

                                        Defendants.

## AGREED AMENDED SCHEDULING ORDER

The parties to the above-captioned Adversary Proceedings, by and through their respective counsel, hereby stipulate and agree as follows:

1.      The August 22, 2013 trial and the deadlines and timetables established by Paragraphs 6, 7, 10 and 11 of the Scheduling Order entered on February 20, 2013 in these Adversary Proceedings [Adv. Proc. No. 12-50947 Dkt. 109; Adv. Proc. No. 13-50530 Dkt. 28] are vacated.

2.      The following issues may be addressed by the Court in conjunction with the hearing on the proposed sale contemplated by the sales procedures motion if approved by the Court:

a.      The enforceability and/or impact of the Third Amendment to the Debtors' First Lien Credit Agreement on any first lien debt purportedly held by any of the Yucaipa Fund Defendants;

b.      Who, if anyone, is "Requisite Lender" under the Debtors' First Lien Credit Agreement; and

c.      The Yucaipa Fund Defendants' ability to use any claimed ownership of the Debtors' debt in connection with a bid to acquire the Debtors' assets in connection

with the proposed sale contemplated by the sales procedures motion if approved by the Court.

3.      The parties shall meet and confer in good faith in connection with any deposition discovery they may deem necessary to address the issues set forth in Paragraph 2 above.

4.      Consistent with, among other things, the Court's calendar, the trial on the remaining claims alleged in the Committee's Amended Complaint shall be set for Spring 2014, with Parties reserving the right to seek further extensions as appropriate.

5.      The parties shall meet and confer in good faith on the other aspects of an amended scheduling order and shall submit to the Court a further proposed amended scheduling order addressing, among other things, the completion of party document productions, the commencement and completion of fact discovery, commencement and completion of expert discovery, the timing of dispositive motions and pre-trial procedures.

6.      The dates set forth in this Agreed Amended Scheduling Order may be amended upon Order of the Court; or upon written agreement of the Parties, without approval from the Court, if the Court's calendar will not be affected, or with approval from the Court if the change(s) will affect the Court's calendar.

7.      This Agreed Amended Scheduling Order is entered without prejudice to any of Mr. Gendregske's rights to request severance, and without prejudice to his rights relating to withdrawal of the reference, the right to a jury trial, and/or other related issues.


Dated: June 19, 2013

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

AGREED TO AND CONSENTED BY:

**YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP**

 /s/  Donald J. Bowman, Jr.
John T. Dorsey, Esquire (No. 2988)
Michael R. Nestor (No. 3526)
Donald J. Bowman, Jr. (No. 4383)
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600

- and -


**LATHAM & WATKINS, LLP**
Russell F. Sauer, Jr.
Robert A. Klyman
Julie R.F. Gerchik
Monica Klosterman
355 S. Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 485-1234

*Attorneys for Defendants Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance
(Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., and Yucaipa American
Alliance (Parallel) Fund I, L.P., Jos Opdeweegh, James Frank, Derex Walker, Jeff Pelletier,
Ira Tochner, and Joseph Tomczak Yucaipa*


**RICHARDS, LAYTON & FINGER, P.A**.

 /s/  Mark D. Collins
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Christopher M. Samis (No. 4909)
Marisa A. Terranova (No. 5396)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

4

-and-

**TROUTMAN SANDERS LLP**
Jeffrey W. Kelley (GA Bar No. 412296)
Ezra H. Cohen (GA Bar No. 173800)
Michael E. Johnson (GA Bar No.395039)
Mathew R. Brooks (GA Bar No. 378018)
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, GA 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

*Attorneys for the Debtors*

**SULLIVAN HAZELTINE ALLINSON LLC**

/s/  *William D. Sulllivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
901 N. Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 428-8191
Facsimile:  (302) 428-8195

- and -

**SIDLEY AUSTIN LLP**
Michael G. Burke
Nicholas K. Lagemann
Cameron Moxley
Dennis Kao
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile:  (212) 839-5599

*Counsel to the Committee*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/  *Derek C. Abbott*
Derek C. Abbott (No. 3376)
William M. Alleman, Jr. (No. 5449)
1201 North Market Street

5

Wilmington, Delaware 19801
Telephone:  (302) 658-9200
Facsimile: (302) 658-3989

- and -

**ARNOLD & PORTER LLP**
Justin Antonipillai  (admitted *pro hac vice*)
Ian S. Hoffman  (admitted *pro hac vice*)
555 Twelfth Street, NW
Washington, D.C.  20004-1206
T: 202-942-5000
F: 202-942-5999
justin.antonipillai@aporter.com
ian.hoffman@aporter.com

*Counsel for Defendant Mark Gendregske*

**LANDIS RATH & COBB LLP**

/s/  *Adam G. Landis*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

**SCHULTE ROTH & ZABEL LLP**
Adam C. Harris
David Hillman
Robert J. Ward
Victoria A. Lepore
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Counsel to Petitioning Creditors*