# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLIED SYSTEMS HOLDINGS, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| ALLIED SYSTEMS HOLDINGS, INC.<br><br>                      Plaintiff,<br>v.<br><br>AMMC VIII, LIMITED,<br>AVENUE CAPITAL GROUP, BDCM<br>OPPORTUNITY FUND II, LP, BENNETT<br>MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED<br>OPPORTUNITIES MASTER FUND, MJX ASSET<br>MANAGEMENT, LLC, PAR-FOUR<br>INVESTMENT MANAGEMENT, SPECTRUM<br>INVESTMENT PARTNERS LP, TEAK HILL<br>CREDIT CAPITAL INVESTMENTS, LLC, THE<br>CIT GROUP BUSINESS CREDIT, INC., THE<br>OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS, YUCAIPA AMERICAN<br>ALLIANCE FUND II, L.P. and YUCAIPA<br>AMERICAN ALLIANCE (PARALLEL)<br>FUND II, L.P.<br><br>                      Defendants. | Adversary Proceeding<br>No. 12-50947 (CSS) |
| THE OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS OF ALLIED SYSTEMS<br>HOLDINGS, INC., and its affiliated debtors,<br><br>                      Plaintiff, | |

---

[1] The Debtors in these cases, along with the federal tax identification number (business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta. LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services. Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems. LLC (45-4241751); Logistic Technology, LLC (45-4242057): QAT, Inc. (59-2876863): RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

{935.001-W0026815.}

|  |  |  |
|---|---|---|
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | ) ) ) ) ) | |
| Intervenor(s) | ) ) | |
| v. | ) ) ) ) | Adversary Proceeding No. 13-50530 (CSS) |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT REGARDING THE DETERMINATION OF REQUISITE LENDERS UNDER THE FIRST LIEN CREDIT AGREEMENT

BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 LTD and Spectrum Investment Partners, L.P. (collectively, the "Petitioning Creditors") hereby move (the "Motion") this court for the entry of an order granting summary judgment as to the determination of who is Requisite Lender[2] under the First Lien Credit Agreement, pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable by Rule 7056 of the Federal Rules of Bankruptcy Procedure.

The arguments in support of this Motion are set forth in the Memorandum of Law in Support of Petitioning Creditors' Motion for Summary Judgment Regarding the Determination

---

[2] All capitalized terms not herein defined shall have the same meaning as set forth in the Opening Brief (defined below).

{935.001-W0026815.}　　　　　　　　　　2

of Requisite Lenders Under the First Lien Credit Agreement (the "Opening Brief") filed contemporaneously herewith and are incorporated herein by reference.

For the reasons set forth in the accompanying Opening Brief, the Petitioning Creditors respectfully request that the Court enter an order (i) granting this Motion, (ii) declaring the Petitioning Creditors as Requisite Lenders under the First Lien Credit Agreement, and (iii) awarding such other and further relief as the Court deems appropriate.

Dated: July 9, 2013
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri K. Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

**SCHULTE ROTH & ZABEL LLP**
Adam C. Harris
Robert J. Ward
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Counsel for Petitioning Creditors*