# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLIED SYSTEMS HOLDINGS, INC. *et al.*,[1]<br><br>    Debtors. | Chapter 11<br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| ALLIED SYSTEMS HOLDINGS, INC.<br><br>    Plaintiff,<br>v.<br><br>AMMC VIII, LIMITED, AVENUE CAPITAL GROUP, BDCM OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YUCAIPA AMERICAN ALLIANCE FUND II, L.P. and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P.<br><br>    Defendants. | Adversary Proceeding<br>No. 12-50947 (CSS)<br><br><br><br><br><br>Ref. No. 246 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLIED SYSTEMS HOLDINGS, INC., and its affiliated debtors,<br><br>    Plaintiff, | |

---

[1] The Debtors in these cases, along with the federal tax identification number (business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta. LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services. Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems. LLC (45-4241751); Logistic Technology, LLC (45-4242057): QAT, Inc. (59-2876863): RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

{935.001-W0026816.3}

| | |
|---|---|
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., <br><br>                    Intervenor(s) <br><br> v. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, <br><br>                    Defendants. | Adversary Proceeding <br> No. 13-50530 (CSS) <br><br> Ref. No. 253 |

### ORDER GRANTING PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT REGARDING THE DETERMINATION OF REQUISITE LENDERS UNDER THE FIRST LIEN CREDIT AGREEMENT

Upon consideration of the Petitioning Creditors' Motion for Summary Judgment Regarding the Determination of Requisite Lenders Under the First Lien Credit Agreement (the "Motion");[2] the Memorandum of Law in Support of Petitioning Creditors' Motion for Summary Judgment Regarding the Determination of Requisite Lenders Under the First Lien Credit Agreement (the "Opening Brief"); the Reply Memorandum of Law in Support of Petitioning Creditors' Motion for Summary Judgment Regarding the Determination of Requisite Lenders Under the First Lien Credit Agreement ("Reply Brief," together with the supporting affidavits and affirmations filed in connection with the Opening Brief and Reply Brief, the "Petitioning Creditors' Summary Judgment Papers"); and upon consideration of Yucaipa's Memorandum of

---

[2] All capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Petitioning Creditors' Summary Judgment Papers.

Law in Opposition to the Petitioning Creditors' Motion for Summary Judgment Regarding the Determination of Requisite Lender Under the First Lien Credit Agreement (together with the supporting declarations in support thereof, the "Yucaipa Opposition"); and it appearing that sufficient notice of the Petitioning Creditors' Summary Judgment Papers having been given; and upon oral argument on the Petitioning Creditors' Summary Judgment Papers and Yucaipa Opposition having been held on July 30, 2013 (the "Hearing"); and it appearing that the relief requested in the Petitioning Creditors' Summary Judgment Papers is in the best interests of the Debtors' estates; and sufficient cause appearing therefor; it is hereby:

ORDERED that the Motion is GRANTED for the reasons set forth by the Court at the Hearing; and it is further

ORDERED that the Petitioning Creditors are granted summary judgment in connection with the determination of Requisite Lenders under the First Lien Credit Agreement; and it is further

ORDERED that the Petitioning Creditors are and shall be deemed the Requisite Lenders under the First Lien Credit Agreement; and it is further

ORDERED that all of Yucaipa's procedural and evidentiary objections contained in the Yucaipa Opposition and stated on the record during the Hearing are OVERRULED; and it is further

ORDERED that the Court shall retain jurisdiction over all matters arising from or relating to the interpretation or implementation of this Order.

Dated: _____August 7_____, 2013
Wilmington, Delaware

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge