# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLIED SYSTEMS HOLDINGS, INC., *et al.*,[†]<br><br>Debtors. | Chapter 11<br>No. 12-11564 (CSS)<br>(Jointly Administered) |
| ALLIED SYSTEMS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMMC VIII, LIMITED, AVENUE CAPITAL GROUP, BDCM OPPORTUNITY FUND II, LP, BENNETT MANAGEMENT, BLACK DIAMOND CLO 2005-1 LTD., DEL MAR DISTRESSED OPPORTUNITIES MASTER FUND, MJX ASSET MANAGEMENT, LLC, PAR-FOUR INVESTMENT MANAGEMENT, SPECTRUM INVESTMENT PARTNERS LP, TEAK HILL CREDIT CAPITAL INVESTMENTS, LLC, THE CIT GROUP BUSINESS CREDIT, INC., THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, YUCAIPA AMERICAN ALLIANCE FUND II, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P.,<br><br>Defendants. | Adversary Proceeding<br>No. 12-50947 (CSS) |

---

[†] The Debtors in these cases, along with their federal tax identification numbers (business numbers where applicable), are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (87568828); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

01:13932540.1

| |
|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLIED SYSTEMS HOLDINGS, INC., and its affiliated debtors,<br><br>       Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>       Intervenors,<br><br>       v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, AND JOSEPH TOMCZAK,<br><br>       Defendants. |

Adversary Proceeding
No. 13-50530 (CSS)

## NOTICE OF APPEAL

Yucaipa American Alliance Fund II, L.P. and Yucaipa American Alliance (Parallel) Fund II, L.P. (together, "Yucaipa Fund II"), along with Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (together, "Yucaipa Fund I" and collectively with Yucaipa Fund II, "Yucaipa"), by and through their undersigned counsel, hereby appeal, pursuant to 28 U.S.C. § 158(a) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, from the Order Granting Petitioning Creditors' Motion for Summary Judgment Regarding the Determination of Requisite Lenders Under the First Lien Credit Agreement [Docket Nos. 275/280] entered by the United States Bankruptcy Court for the District of Delaware in the above-captioned adversary proceedings on August 7, 2013.

01:13932540.1

In accordance with Bankruptcy Rule 8001(a), the names of all parties to the order from which this appeal is taken and the names, addresses and telephone numbers of their respective counsel are as follows:

| **(Debtors)**<br>Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Andrew C. Terranova, Esq.<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700 | **(U.S. Trustee)**<br>David L. Buchbinder, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>Telephone: (302) 573-6491 |
|---|---|
| **(Debtors)**<br>Jeffrey W. Kelley, Esq.<br>Ezra H. Cohen, Esq.<br>Carolyn P. Richter, Esq.<br>Matthew R. Brooks, Esq.<br>Troutman Sanders LLP<br>Bank of America Plaza<br>600 Peachtree Street, Suite 5200<br>Atlanta, GA 30308-2216<br>Telephone: (404) 885-3000 | **(Official Committee of Unsecured Creditors)**<br>William D. Sullivan, Esq.<br>William A. Hazeltine, Esq.<br>Elihu E. Allinson, III, Esq.<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>Telephone: (302) 428-8191 |
| **(Official Committee of Unsecured Creditors)**<br>Michael G. Burke, Esq.<br>Brian J. Lohan, Esq.<br>Dennis Kao, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300 | **(Official Committee of Unsecured Creditors)**<br>Matthew A. Clemente, Esq.<br>Sidley Austin LLP<br>One South Deaborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000 |

| | |
|---|---|
| **(The CIT Group/Business Credit, Inc.)**<br>Richard W. Riley, Esq.<br>Sommer L. Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900 | **(The CIT Group/Business Credit, Inc.)**<br>Israel David, Esq.<br>Gary L. Kaplan, Esq.<br>Carl I. Stapen, Esq.<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Telephone: (212) 859-8080 |
| **(Petitioning Creditors, Del Mar Distressed Opportunities Master Fund, MJX Asset Management, LLC, Par-Four Investment Management, Spectrum Investment Partners LP, Teak Hill-Credit Capital Investments, LLC)**<br>Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>Telephone: (302) 467-4400 | **(Petitioning Creditors, Del Mar Distressed Opportunities Master Fund, MJX Asset Management, LLC, Par-Four Investment Management, Spectrum Investment Partners LP, Teak Hill-Credit Capital Investments, LLC)**<br>Lawrence Gelber, Esq.<br>Adam C. Harris, Esq.<br>Robert J. Ward, Esq.<br>Victoria A. Lepore, Esq.<br>David M. Hillman, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 756-2000 |
| **(Yucaipa, Derex Walker, Ira Tochner, Jeff Pelletier, James Frank, Jos Opdeweegh and Joseph Tomczak)**<br>Russell F. Sauer, Jr., Esq.<br>Robert A. Klyman, Esq.<br>Wayne S. Flick, Esq.<br>Kimberly A. Posin, Esq.<br>Latham & Watkins LLP<br>355 S. Grand Ave.<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 485-1234 | **(Yucaipa, Derex Walker, Ira Tochner, Jeff Pelletier, James Frank, Jos Opdeweegh and Joseph Tomczak)**<br>Michael R. Nestor, Esq.<br>Edmon L. Morton, Esq.<br>Donald J. Bowman, Jr., Esq.<br>Laurel D. Roglen, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600 |

| | |
|---|---|
| **(Mark Gendregske)**<br>Derek C. Abbott, Esq.<br>William M. Alleman, Jr., Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200 | **(Mark Gendregske)**<br>Justin S. Antonipillai, Esq.<br>Ian S. Hoffman, Esq.<br>Arnold & Porter LLP<br>555 Twelfth St., NW<br>Washington, DC 20004<br>Telephone: (202) 942-5000 |
| AMMC VIII, Limited<br>c/o MaplesFS Limited<br>P.O. Box 1093<br>Queensgate House<br>113 South Church Street<br>Cayman Islands | Avenue Capital Group<br>National Corporation Research, Ltd.<br>615 S. Dupont Hwy<br>Dover, DE 19901 |

Dated: August 21, 2013

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/* Michael S. Neiburg
   Michael R. Nestor (No. 3526)
   Edmon L. Morton (No. 3856)
   Donald J. Bowman, Jr. (No. 4383)
   Michael S. Neiburg (No. 5275)
   Laurel D. Roglen (No. 5759)
Rodney Square
1000 North King Street
Wilmington, DE 19801

-and-

LATHAM & WATKINS LLP
   Russell F. Sauer, Jr.
   Robert A. Klyman
   Wayne S. Flick
   Kimberly A. Posin
355 South Grand Avenue
Los Angeles, CA 90071

*Attorneys for Yucaipa*