IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALLIED SYSTEMS HOLDINGS, INC. | : | Case No. 12-11564 (CSS) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLIED SYSTEMS HOLDING, INC. AND ITS AFFILIATED DEBTORS, | : | |
| | : | |
| Plaintiffs, | : | Adv. Proc. No.: 13-50530 (CSS) |
| | : | |
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., AND SPECTRUM INVESTMENT PARTNERS, L.P., | : | |
| | : | |
| Intervenors, | : | |
| v. | : | |
| | : | Adv. Docket Nos.: 113, 121, 133, 115, 81 |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND, II, L.P., AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK J. GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, AND JOSEPH TOMCZAK. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

For the reasons set forth in the Court's Opinion of this date, the Court hereby orders:

1) The Motion of Defendant Mark Gendregske for Determination that the Claims Asserted Against Him Constitute Non-Core Proceedings [D.I. 113] is GRANTED.

2) The Motion of Defendant Mark Gendregske Pursuant to Federal Rule of Bankruptcy Procedure 9023 and Federal Rule of Civil Procedure 59(e) to Amend the Order Denying Motion to Dismiss [D.I. 121] is GRANTED. The Court's Order [D.I. 115] entered on April 9, 2013 is VACATED. The Court will enter an Amended Order denying the Motion of Defendant Mark J. Gendregske to Dismiss the Claims Asserted Against Him in the Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidance Transfers, and (VIII) Disallowance of Certain Claims [D.I. 81].

3) The Motion to Strike Mark Gendregske's Jury Demand [D.I. 133] is DENIED.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: January 28, 2015