IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALLIED SYSTEMS HOLDINGS, INC. | : | Case No. 12-11564 (CSS) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLIED SYSTEMS HOLDING, INC. AND ITS AFFILIATED DEBTORS, | : | |
| | : | |
| Plaintiffs, | : | Adv. Proc. No.: 13-50530 (CSS) |
| | : | |
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., AND SPECTRUM INVESTMENT PARTNERS, L.P., | : | |
| | : | |
| Intervenors, | : | |
| v. | : | |
| | : | Adv. Docket No.: 81 |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND, II, L.P., AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK J. GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, AND JOSEPH TOMCZAK. | : | |
| | : | |
| Defendants. | : | |

**AMENDED ORDER**

Upon consideration of the Motion of Defendant Mark J. Gendregske to Dismiss the Claims Asserted Against Him in the Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidance Transfers, and (VIII) Disallowance of Certain Claims [Adv. Docket No. 81] filed March 21, 2013; the Court having reviewed the Motion and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on April 9, 2013 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and (ii) notice of the Motion and the Hearing were sufficient notice under the circumstances.

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the Motion is DENIED.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: January 28, 2015