# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ASHINC Corporation, *et al.*,[1] | Case No. 12-11564-CSS |
| Debtors. | Jointly Administered |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, and its affiliated debtors, | |
| Plaintiff, | Adv. Pro. No. 13-50530-CSS |
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, | |
| Defendants. | |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

BLACK DIAMOND OPPORTUNITY FUND II,
LP, BLACK DIAMOND CLO 2005-1 LTD.,
SPECTRUM INVESTMENT PARTNERS, L.P.,
BLACK DIAMOND COMMERCIAL FINANCE,
L.L.C., as co-administrative agent, and
SPECTRUM COMMERCIAL FINANCE, LLC, as
co-administrative agent,

                Plaintiffs,

v.

YUCAIPA AMERICAN ALLIANCE FUND I,
L.P., YUCAIPA AMERICAN ALLIANCE
(PARALLEL) FUND I, L.P., YUCAIPA
AMERICAN ALLIANCE FUND II, L.P,
YUCAIPA AMERICAN ALLIANCE
(PARALLEL) FUND II, L.P., RONALD
BURKLE, JOS OPDEWEEGH, DEREX
WALKER, JEFF PELLETIER, IRA TOCHNER,
and JOSEPH TOMCZAK,

                Defendants.

Adv. Pro. No. 14-50971-CSS

## ORDER SUBSTITUTING PLAINTIFFS AND AMENDING
## CAPTIONS IN ABOVE-REFERENCED ADVERSARY PROCEEDINGS
## TO REFLECT LITIGATION TRUSTEE AS PLAINTIFF

Upon the motion (the "Motion")[2] of the Trustee for the entry of an order designating the

Trustee as the plaintiff in the above-captioned adversary proceedings as successor to the Official

Committee of Unsecured Creditors of the Debtors in adversary proceeding number 13-50530-CSS

(the "Committee Adversary Proceeding"), and as successor to Black Diamond Opportunity Fund

II, LP, and other plaintiffs in adversary proceeding number 14-50971-CSS (the "Black Diamond

Adversary Proceeding"), pursuant to 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure

2002(m), Federal Rule of Civil Procedure 25(c), made applicable herein by Federal Rule of

Bankruptcy Procedure 7025, and Rule 9004-1(a) of the Local Rules of Bankruptcy Practice and

---

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the Motion.

ACTIVE\45380870.v2-5/12/17

Procedure of the United States Bankruptcy Court for the District of Delaware; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors and the other parties in interest; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that henceforth, all filings in the Committee Adversary Proceeding shall identify the plaintiff in the caption as:

> Catherine E. Youngman, Litigation Trustee for ASHINC Corporation, *et al.*, as successor to the Official Committee of Unsecured Creditors of ASHINC Corporation, and its affiliated debtors.

And it is further

ORDERED that henceforth, all filings in the Black Diamond Adversary Proceeding shall identify the plaintiff in the caption as:

> Catherine E. Youngman, Litigation Trustee for ASHINC Corporation, *et al.*, as successor to Black Diamond Opportunity Fund II, LP, Black Diamond CLO 2005-1 LTD., Spectrum Investment Partners, L.P., Black Diamond Commercial Finance, L.L.C., as co-administrative agent, and Spectrum Commercial Finance, L.L.C., as co-administrative agent.

Dated: _____, 2017
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

ACTIVE\45380870.v2-5/12/17