IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS) |
| Catherine E. Youngman, Litigation Trustee for ASHINC Corporation, *et al.*, as successor to the Official Committee of Unsecured Creditors of ASHINC Corporation and its affiliated debtors,<br><br>                    Plaintiff,<br><br>    -against-<br><br>Yucaipa American Alliance Fund, I, LP, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund, II LP, Yucaipa American Alliance (Parallel) Fund II, L.P., Mark Gendregske, Jos Opdeweegh, James Frank, Derex Walker, Jeff Pelletier, Ira Tochner and Joseph Tomczak,<br><br>                    Defendants. | Adv. Pro. No. 13-50530 (CSS)<br><br>**Ref. No. 428** |

## YUCAIPA AND THE YUCAIPA-AFFILIATED DIRECTORS' REPLY TO MARK GENDREGSKE'S MOTION FOR AN ORDER DIRECTING MEDIATION

Yucaipa American Alliance Fund, I, LP, and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa"), along with Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner and Joseph Tomczak (collectively the "Director Defendants," and collectively with Yucaipa, the "Yucaipa Defendants"), defendants in the above-captioned Adversary Proceeding, reply to the Motion by Mark Gendregske For an Order Directing Mediation (the "Motion") (Dkt. No. 428) and respectfully represent as follows:

1.  The Yucaipa Defendants have no objection to attending and participating in good faith in a mediation of the Adversary Proceeding or the related adversary proceeding involving claims by Catherine E. Youngman, Litigation Trustee for ASHINC Corporation et al. (the "Litigation Trustee"), as successor to Black Diamond Opportunity Fund II, LP, Black Diamond CLO 2005-1 LTD., Spectrum Investment Partners, L.P., Black Diamond Commercial Finance, L.L.C., and Spectrum Commercial Finance, L.L.C., and against the Yucaipa Defendants and Ronald Burkle, Adv. Proc. No. 14-50971 (collectively with this Adversary Proceeding, the "Adversary Proceedings"), provided that each of the Yucaipa Defendants are fully included in the mediation on an equal footing to Mr. Gendregske—such that the mediation will include a good-faith attempt to resolve the issues, claims, or defenses asserted against or by the Yucaipa Defendants in the Adversary Proceedings.

2.  However, the Litigation Trustee has consistently taken the position that she will not engage in any mediation of the claims against any of the Yucaipa Defendants.

3.  Further, a separate litigation is currently pending in California state court between, among others, the Director Defendants, on the one hand, and Allied's D&O carriers—Lexington Insurance Company and XL Specialty Insurance Company (collectively, the "Insurance Carriers")—on the other, regarding the scope of coverage for the Litigation Trustee's

claims against the Director Defendants in the Adversary Proceedings (the "California Coverage Litigation"). Mr. Gendgregske, who is Allied's former CEO, is also insured by the Insurance Carriers, but Mr. Gendregske is not a party to the California Coverage Ligation.

4. The California Coverage Litigation is proceeding in California state court among non-debtor parties (including the Insurers and the Yucaipa Defendants), and none of the Yucaipa Defendants have consented to the jurisdiction of this Court or the entry of final orders by this Court with respect to the California Coverage Litigation, or any matters at issue therein.[1] The California Coverage Litigation should therefore not be included as part of any mediation involving the Adversary Proceedings. *See In re Resorts Int'l, Inc.*, 372 F.3d 154, 167 (3d Cir. 2004) (recognizing that the bankruptcy court's jurisdiction post-confirmation is limited to matters where there is a "close nexus to the bankruptcy plan or proceeding").

5. Accordingly, the Yucaipa Defendants do not oppose the relief sought in the Motion so long as they are treated as full and equal participants in the Mediation and the Mediation excludes any issues associated with the California Coverage Litigation.

---

[1] The Yucaipa Defendants also have not consented to the jurisdiction of this Court or the entry of final orders by this Court with respect to the Adversary Proceedings, and reserve all rights to seek an order withdrawing the reference.

Dated: May 25, 2018						Respectfully submitted,

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        */s/ Michael R. Nestor*

        Michael R. Nestor (No. 3526)
        Michael S. Neiburg (No. 5275)
        1000 North King Street
        Wilmington, Delaware  19801
        Telephone:	(302) 571-6600
        Facsimile:	(302) 571-1253
        Email:		mnestor@ycst.com

        -and-

        **GIBSON, DUNN & CRUTCHER LLP**

        Robert A. Klyman
        Maurice M. Suh
        Kahn Scolnick
        333 South Grand Avenue
        Los Angeles, CA  90071
        Telephone:	(213) 229-7000
        Email:		RKlyman@gibsondunn.com

*Attorneys for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak*