Fox Rothschild LLP
ATTORNEYS AT LAW

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444 Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

May 6, 2019

**BY HAND DELIVERY AND ECF**

The Honorable Christopher S. Sontchi
United States Bankruptcy Court
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

**Re: *In re: ASHINC Corporation, et al.*, Case No. 12-11564 (CSS)**
***ASHINC Corporation v. AMMC VIII, Limited, et al.*, Adv. Proc. No. 12-50947 (CSS),**
***Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa American Alliance Fund I, L.P., et al.*, Adv. Proc. No. 13-50530 (CSS) and *BDCM Opportunity Fund II, LP, et al. v. Yucaipa American Alliance Fund I, L.P., et al.*, Adv. Proc. No. 14-50971 (CSS)**

Dear Judge Sontchi:

Together with Joseph Hage Aaronson LLC, this firm represents Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee"), in connection with the above-referenced Adversary Proceedings. Pursuant to Your Honor's Order dated June 27, 2018, we respectfully submit this status report on behalf of the Trustee. This status report supplements the earlier reports submitted to the Court by both the Trustee and the Unsecured Creditors' Committee, which are incorporated by reference herein.[1]

[1] Unless otherwise defined, all capitalized terms herein shall have the same meaning as in the prior status reports.

A Pennsylvania Limited Liability Partnership

California Colorado Delaware District of Columbia Florida Georgia Illinois Minnesota
Nevada New Jersey New York North Carolina Pennsylvania South Carolina Texas Washington

157820\00001\94659875.v1



Depositions are ongoing. Sixteen depositions have been taken to date over the course of twenty days. The parties are cooperating to schedule the remaining depositions.

In connection with upcoming depositions, the Trustee requested production of deposition transcripts and exhibits in a related litigation between Yucaipa and its insurers, captioned *Yucaipa Am. Alliance Fund I, L.P., et al. v. Houston Casualty Co., et al.*, No. BC649271. Defendants objected to producing the documents. The Trustee offered to narrow the request to the transcript and exhibits of Derex Walker in that litigation. Defendants maintained their objection, and the Trustee moved to compel. (13-50530, D.I. 512; 14-50971, D.I. 290). Oral argument is scheduled for May 13.

Our understanding is that mediation discussions and efforts are ongoing.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Seth A. Niederman*

Seth A. Niederman
DE Bar No. 4588

SAN:idd
cc (*via email*):
Derek C. Abbott, Esq.
John C. Massaro, Esq.
Michael R. Nestor, Esq.
Robert A. Klyman, Esq.
Adam G. Landis, Esq.
Adam C. Harris, Esq
Robert Ward, Esq.
Mark D. Collins, Esq.
Jeffrey W. Kelley, Esq.
David L. Buchbinder, Esq.
Douglas Pepe, Esq.
Gregory Joseph, Esq.
Jeffrey Zaiger, Esq.
Maurice M. Suh, Esq.
Kahn A. Scolnick, Esq.
Ian S. Hoffman, Esq.