# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **ASHINC Corp** | ) | **Case No. 12-11564 (KBO)** |
| | ) | |
| Debtors. | ) | |
| | ) | |

---

| | | |
|---|---|---|
| **CATHERING E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,** | ) ) ) ) ) ) | Adv. Proc. No. 13-50530 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,** | ) ) ) | |
| | ) | |
| Intervenors, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,** | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

---

| | | |
|---|---|---|
| **CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,** | ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 14-50971 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |

v.                                              )
                                                )
YUCAIPA AMERICAN ALLIANCE FUND I, L.P.,         )
YUCAIPA AMERICAN ALLIANCE (PARALLEL)            )
FUND I, L.P., YUCAIPA AMERICAN ALLIANCE         )
FUND II, L.P., YUCAIPA AMERICAN ALLIANCE        )
(PARALLEL) FUND II, L.P., RONALD BURKLE,        )
JOS OPDEWEEGH, DEREX WALKER, JEFF               )
PELLETIER, IRA TOCHNER, and JOSEPH              )
TOMCZAK,                                        )
                                                )
        **Defendants.**                         )

---

## ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this** 18th day of June, 2019, **it is hereby ORDERED** that the above
adversary cases are **TRANSFERRED** to the **Honorable Karen B. Owens** for all further
proceedings and dispositions.[1]

                                        _____
                                        Christopher S. Sontchi
                                        Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.