# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>　　　　　　　　Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>　　　　　　　　Intervenors,<br><br>　　　　　　　　v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, | Adv. Proc. No. 13-50530 |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

|  |  |
|---|---|
| Defendants. |  |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>       Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>       Defendants. | Adv. Pro. No. 14-50971 (CSS) |

## [PROPOSED] ORDER REGARDING OUTSTANDING DISCOVERY DISPUTE

Pursuant to the Court's letter dated January 9, 2020 (the "**Letter Ruling**," 13-50530, D.I. 649; 14-50971, D.I. 410), Plaintiff Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors (the "**Trustee**"), and Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ron Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak (collectively, the "**Yucaipa Defendants**," and together with the Trustee, the "**Parties**") have conferred and jointly submit this ~~proposed~~ order:

**WHEREAS**, on July 26, 2019, the Yucaipa Defendants filed a letter (13-50530, D.I. 602; 14-50971, D.I. 368) raising a discovery dispute concerning alleged deficiencies in the document production made by Black Diamond Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd., and Spectrum Investment Partners, L.P.; and

**WHEREAS**, the Trustee responded to the Yucaipa Defendants' letter on August 2, 2019, (13-50530, D.I. 603; 14-50971, D.I. 369) and the Yucaipa Defendants replied by letter on August 8, 2019 (13-50530, D.I. 606; 14-50971, D.I. 372); and

**WHEREAS**, on August 22, 2019, the Parties appeared before the Court for a hearing on this matter; and

**WHEREAS**, at the Court's direction at the hearing, the Parties submitted supplemental briefing on the relevancy on the non-produced documents, which was fully submitted on September 13, 2019 (13-50530, D.I. 616, 620, 625; 14-50971, D.I. 380, 389, 390); and

**WHEREAS**, on January 9, 2020, the Court issued the attached Letter Ruling denying the Yucaipa Defendants' discovery request, instructing the Parties to confer and submit an Order;

**IT IS HEREBY ORDERED THAT**, for the reasons set forth in the Letter enclosed as Exhibit A hereto, the Yucaipa Defendants' discovery request is DENIED.

**SO ORDERED**:

Dated: January 16th, 2020
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**