# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*, | Case No. 12-11564 (KBO) (Jointly Administered) |
| Debtors. | |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS | Adv. Proc. No. 13-50530 |
| Plaintiff, | **Ref. Docket No. 654** |
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, | |
| Defendants. | |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent, | Adv. Pro. No. 14-50971 (KBO)  **Ref. Docket No. 416** |

|                                               |
| --------------------------------------------- |
| Plaintiff,                                    |
| v.                                            |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, |
| Defendants.                                   |

**YUCAIPA DEFENDANTS' MOTION FOR CLARIFICATION AND/OR RECONSIDERATION OF JANUARY 16, 2020 ORDER (ADV. NO. 13-50530, DKT. 654; ADV. NO. 14-50971, DKT. 416)**

Yucaipa American Alliance Fund, I, LP, and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa"), along with Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner and Joseph Tomczak (collectively the "Director Defendants"), and Ron Burkle (collectively with Yucaipa and the Director Defendants, the "Yucaipa Defendants") respectfully seek clarification and/or reconsideration of footnote 14 in this Court's Order dated January 16, 2020 (the "Order") entered in Adv. No. 13-50530 [D.I. 654] and Adv. Case No. 14-50971 [D.I. 416]. As grounds, the Yucaipa Defendants rely on the *Memorandum of Points and Authority in Support of Yucaipa Defendants' Motion for Clarification of January 16, 2020 Order (Adv. No. 13-50530, Dkt. 654; Adv. No. 14-50971, Dkt. 416)* and the supporting declaration (including the exhibits thereto), which are being filed contemporaneously herewith.

WHEREFORE, the Yucaipa Defendants respectfully request that the Court enter an order clarifying and/or reconsidering footnote 14 of the Order, to specify that the Yucaipa Defendants may pursue a ratification defense at trial.

**Local Rule 7012-1 Statement**

The Yucaipa Defendants do not consent to the entry of final orders or judgments by the Court to the extent that the Court has determined that it, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.  Further, the Yucaipa Defendants do not consent to the entry of final orders or judgments by the Court to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: January 30, 2020                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

By:   */s/ Michael S. Neiburg*
Michael R. Nestor (No. 3526)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware  19801
Telephone:   (302) 571-6600
Facsimile:   (302) 571-1253
Email:   mnestor@ycst.com
   mneiburg@ycst.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Maurice M. Suh
Kahn Scolnick
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 229-7000
RKlyman@gibsondunn.com
MSuh@gibsondunn.com
KScolnick@gibsondunn.com

*Attorneys for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak*