## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>                   Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS) |
| Catherine E. Youngman, Litigation Trustee for ASHINC Corporation, *et al.*, as successor to the Official Committee of Unsecured Creditors of ASHINC Corporation and its affiliated debtors,<br><br>                   Plaintiff,<br><br>   -against-<br><br>Yucaipa American Alliance Fund, I, LP, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund, II LP, Yucaipa American Alliance (Parallel) Fund II, L.P., Mark Gendregske, Jos Opdeweegh, James Frank, Derex Walker, Jeff Pelletier, Ira Tochner and Joseph Tomczak,<br><br>                   Defendants. | Adv. Pro. No. 13-50530 (KBO) |

### STATEMENT OF MATERIAL UNDISPUTED FACTS IN SUPPORT OF DEFENDANT MARK GENDREGSKE'S MOTION FOR SUMMARY JUDGMENT

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Derek C. Abbott (DE Bar No. 5310)
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Tel.: (302) 351-9357
Fax: (302) 425-4664

**ARNOLD & PORTER KAYE SCHOLER LLP**

John C. Massaro
Ian S. Hoffman
Jennifer L. Wieboldt
Snayha M. Nath
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999

*Counsel for Mark Gendregske*

DOCUMENT FILED UNDER SEAL