# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>                Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>                Intervenors,<br><br>                v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                Defendants. | Adv. Proc. No. 13-50530 (CSS) |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

1

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                          Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                          Defendants. | Adv. Proc. No. 14-50971 (CSS) |

**DECLARATION OF GILA S. SINGER IN SUPPORT OF
LITIGATION TRUSTEE'S OPPOSITIONS TO THE MOTION FOR SUMMARY
JUDGMENT BY DEFENDANTS YUCAIPA AMERICAN ALLIANCE FUND I, L.P.,
AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,
AND THE MOTION FOR SUMMARY JUDGMENT BY RONALD BURKLE, JOS
<u>OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, AND IRA TOCHNER</u>**

      I, GILA S. SINGER, pursuant to 28 U.S.C. § 1746, declare as follows:

      1.      I am attorney admitted *pro hac vice* to practice before this Court and an associate of the law firm Joseph Hage Aaronson LLC, counsel to Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "**Trustee**"). I submit this declaration on my own knowledge and belief in support of the Trustee's oppositions to the Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (Adv. Proc. No. 13-50530, D.I. 696; Adv.

2

Proc. No. 14-50971, D.I. 453) (the "**Entities' Motion**"), and the Motion for Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner (Adv. Proc. No. 13-50530, D.I. 698; Adv. Proc. No. 14-50971, D.I. 455) (the "**Individuals' Motion**").

2. I incorporate by reference my Declaration, dated May 1, 2020, submitted in support of the Trustee's Partial Motion for Summary Judgment (Adv. Proc. No. 13-50530, D.I. 713; Adv. Proc. No. 14-50971, D.I. 466) and the attached exhibits 1 through 109.

3. Attached are true and correct copies of the following additional documents cited in the Trustee's memoranda of law in opposition to the Entities' Motion and the Individuals' Motion:

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| 110 | 12/31/2007 | Ltr from Yucaipa to J. Opdeweegh re: Employment with Yucaipa American Management, LLC | YUCAIPA909662-66 | |
| 111 | 3/28/2008 | Email from G. Collyer to S. Bond et al. re: FW: Draft Allied Amendment | AHS00131706-23 | |
| 112 | 4/8/2008 | Allied Holdings, Inc. Lenders' Presentation | YUCAIPA888489-504 | 141 |
| 113 | 4/8/2008 | Goldman Sachs & Co. - Allied Lender Call | YUCAIPA692780 | |
| 114 | 4/8/2008 | Memo. from P. Byrne re: Allied Holdings | AM0035-39 | Byrne 07 |
| 115 | 4/8/2008 | Email from B. Ramakrishnan to J. New & B. Dubin re: allied | GSO0005764 | |
| 116 | 4/8/2008 | Minutes of Meeting of the Special Committee of the Board of Directors of Allied Systems Holdings, Inc. | AHS00137544-45 | 314 |
| 117 | 4/13/2008 | Minutes of Meeting of the Board of Directors of Allied Systems Holdings, Inc. | AHS00137547-49 | 315 |
| 118 | 4/14/2008 | Minutes of Meeting of the Board of Directors of Allied Systems Holdings, Inc. | AHS00137550-52 | 316 |

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| 119 | 4/15/2008 | Email from S. Messinsa to G. Collyer & M. Chan re: Allied - Revised Amendment No. 3 | Yucaipa_LW00009700-20 | |
| 120 | 4/15/2008 | Minutes of Meeting of the Board of Directors of Allied Systems Holdings, Inc. | AHS00137553-55 | 317 |
| 121 | 9/16/2008 | Email from M. Riggs to D. Walker re confidential - from Mike Riggs (w/ Business Update slide) | YUCAIPA700026-27 | 101 |
| 122 | 9/22/2008 | Forbearance Summary | BDCM0028410-61 | 360 |
| 123 | 12/20/2008 | Innovative Equity Partners, LLC - General Concept Presentation for Jason New | Venor-Yucaipa0025713-27 | |
| 124 | 2/24/2009 | Email from D. Walker to M. Hughes re: Meeting | YUCAIPA997598 | 48 |
| 125 | 6/27/2009 | Email from M. Riggs to D. Walker re: Equity Offer for Jack Cooper-Active Transportation - confidential | YUCAIPA764366-39 | 102 |
| 126 | 7/30/2009 | Email from I. Tochner to D. Walker re: Fw: | YUCAIPA698176-78 | 707 |
| 127 | 8/3/2009 | Email from R. Burkle to I. Tochner re Allied Update | YUCAIPA722709-11 | 710 |
| 128 | 8/21/2009 | Email from D. Walker to J. Blount re: Employee Call | AHS00093934-35 | 409 |
| 129 | 8/29/2009 | Email from S. Bond to D. Walker re: Allied | YUCAIPA701177-78 | 629 |
| 130 | 9/30/2009 | Allied Holdings, Inc. Company Overview | YUCAIPA593243-45 | |
| 131 | 12/31/2009 | Allied Holdings, Inc. Company Overview | YUCAIPA955102-04 | |
| 132 | 1/20/2010 | Memo from R. Burkle to M. Gendregske re Timely Notification of Sensitive Matters | YUCAIPA686542 | 614 |
| 133 | 3/31/2010 | Allied Holdings, Inc. Company Overview | YUCAIPA593228-30 | |
| 134 | 6/30/2010 | Allied Holdings, Inc. Company Overview | YUCAIPA593228-30 | |
| 135 | 7/20/2010 | Email from M. Riggs to D. Walker and M. Gendregske re CONFIDENTIAL - Letter of intent from Jack Cooper for | YUCAIPA709758-73 | 105 |

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| | | the Acquisition of Allied Systems Holdings, Inc. 7-21-10 | | |
| 136 | 9/30/2010 | Allied Holdings, Inc. Company Overview | YUCAIPA593246-48 | |
| 137 | 12/31/2010 | Allied Holdings, Inc. Company Overview | YUCAIPA593262-64 | |
| 138 | 3/31/2011 | Allied Holdings, Inc. Company Overview | YUCAIPA593125-27 | |
| 139 | 4/8/2011 | Email from R. Ehrlich to M. Riggs re: Emailing: Project Eagle Term Sheet v3.0 | BDCM0007316-20 | 80 |
| 140 | 5/17/2011 | Email from I. Tochner to D. Walker & M. Gendregske | YUCAIPA712516 | 410 |
| 141 | 6/16/2011 | Email from D. Walker to F. Quintero re: Allied | YUCAIPA734306-08 | 536 |
| 142 | 6/30/2011 | Allied Holdings, Inc. Company Overview | YUCAIPA593128-30 | |
| 143 | 9/30/2011 | Allied Holdings, Inc. Company Overview | YUCAIPA593131-33 | |
| 144 | 12/18/2011 | Email from M. Riggs to J. Schaffer & R. Ehrlich re Yucaipa/JC Term Sheet - CONFIDENTIAL | BDCM0000207-17 | 99 |
| 145 | 9/25/2012 | Aff. of D. Walker in Opp. to Plaintiffs' Motion for Summary Judgment, *BDCM Opportunity Fund II, LP v. Yucaipa Am. Alliance Fund I, LP*, No. 650150/2012 (Sup. Ct. N.Y. Cnty.) | | |
| 146 | 2/27/2013 | Excerpts from Transcript of Deposition of Robert Priddy, *Riggs v. ComVest Investment Partners III, LP*, No. 502009CA04921 (Fla. Cir. Ct.) | | 17 |
| 147 | 10/5/2018 | Appellants' Designation of Items to be Included in the Record on Appeal and Statement of Issues on Appeal, *Yucaipa American Alliance Fund II, L.P. v.* | | |

5

| Exhibit # | Date | Description | Bates Number | Deposition Exhibit # |
|---|---|---|---|---|
| | | *ASHINC Corp*, No. 18-cv-01467 (D. Del), ECF No. 4 | | |
| **148** | 4/23/2019 | Excerpts from Transcript of Deposition of Hazen Dempster (Troutman 30(b)(6)), Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |
| **149** | 5/9/2019 | Excerpts from Transcript of Deposition of Richard Ehrlich (Black Diamond 30(b)(6)), Adv. Proc. Nos. 13-50530, 14-50971 (Bankr. D. Del.) | | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 21, 2020

_____
Gila S. Singer (admitted *pro hac vice*)
Joseph Hage Aaronson LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Tel: (212) 407-1242