# Exhibit 110

**The Yucaipa Companies**

December 31, 2007



Mr. Jozef Opdeweegh
100 South Pointe Drive
# 910
Miami Beach, Florida, 33139

RE:   **Employment with Yucaipa American Management, LLC**

Dear Mr. Opdeweegh:

This letter is intended as an offer of employment with Yucaipa American Management, LLC ("Yucaipa").

Set forth below are the basic terms and conditions of the employment. If you find everything in order, please execute a duplicate copy of this letter and return it to my attention. If there are any questions concerning the provisions of this employment letter please give me a call.

## TERMS OF EMPLOYMENT

   1.   <u>At Will Employment</u>.  Your employment is at will and there is no guaranteed term or period of time associated with your employment.

   2.   <u>The Company</u>.  You will work for Yucaipa American Management, LLC.

   3.   <u>Position</u>.  You will have the title of "Operating Partner" and will provide support for certain portfolio companies listed on Schedule 1 (and the partners assigned to such companies) where such companies are significantly involved in logistics hereinafter referred to "Logistics Companies". You will be responsible for, among other things, monitoring the Company's investments in the Logistics Companies, sitting on various boards of directors and related matters. Although your title will be "Operating Partner" or Partner you will be an employee of Yucaipa and your salary and other compensation (including bonus, if any) will be subject to normal withholding taxes.

   4.   <u>Office</u>.  Your office will be at 9130 West Sunset Boulevard, Los Angeles, California 90069.

   5.   <u>Compensation</u>.  As base compensation you will receive a salary of $650,000 per year which will be paid in installments every two weeks. $150,000 of the $650,000 in annual compensation will be a credit and set off against any net carried interest that may be paid to you as described below herein. You will also be eligible for a discretionary bonus. All bonuses are

discretionary based on your performance and the performance of our funds. Any bonus that is paid will be a draw or prepayment against any carried interest you may receive. Bonuses will be paid in one lump sum but are subject to normal withholding taxes.

Subject to the vesting schedule set forth below you will receive 8% of "net carried interest" received by the General Partner for future Logistics Company not as of the date hereof listed on Schedule 1, but which are later added to Schedule 1 by written amendment. The term General Partner references the General Partner of the investment fund receiving the "net carried interest". Subject to the vesting schedule set forth below you will also receive 2.5% of net carried interest received on the Logistics Companies listed on Schedule 1 as of the date of this letter agreement.

For the avoidance of doubt and by way of example, if the dollar amount of the net carried interest is $1 million for a particular (or any) Logistics Company you will receive 2.5% of that amount if the Logistics Company was in existence and listed on Schedule 1 as of the date of this letter and 8% of net carried interest if the Logistics Company was not listed on Schedule 1 as of the date of this letter but was later added to Schedule 1 by written amendment. For the purposes of this employment letter agreement, "net carried interest" is that amount identified as carried interest and actually received by the General Partner pursuant to the distribution waterfall set forth in the relevant partnership agreements less relevant costs and expenses. No carried interest of any kind or character will be paid unless it is received by the General Partner.

With respect to any net carried interest it is subject to the following vesting schedule: 20% of "net carried interest" will vest on the first anniversary date of your "Start Date" referenced below in Paragraph 7. Thereafter, 20% will vest on the second, third and fourth anniversary dates (respectively) such that at the fourth anniversary of the Start Date 80% of net carried interest will have vested. Vesting is on a "cliff basis" and each 20% vests on the anniversary date of the Start Date. The last 20% of net carried interest will not vest until all clawback obligations regarding carried interest payments have expired.

6.  **Discretionary Investments**. You will have the opportunity (solely at your discretion) to make investments in Yucaipa's domestic funds based on the same formula as other principals at Yucaipa. Generally, the investment mechanism works as follows: When a portfolio investment is confirmed, the Chief Financial Officer at Yucaipa provides a written notice to Yucaipa principals and certain employees offering them an opportunity to invest their own funds and setting forth the proposed amount of each investment.

7.  **Start Date**. Your start date will be March 3, 2008.

8.  **Benefits**. You will be entitled to the same medical and other health benefits provided to other employees at Yucaipa. Details of these plans will be forwarded under separate cover by my office, but generally consist of a medical, dental and vision plan, along with a small amount of basic life insurance and the opportunity to purchase supplemental life. The employer

Mr. Jozef Opdeweegh
December 31, 2007
Page 3 of 5

does contribute toward the cost of these benefits using a sliding scale, depending on the size of the employee's family and/or number of dependants and the employee's annual gross compensation (incl. salary and bonuses). For example, if your annual gross compensation is $100,000 or less and you are single with no dependants, the contribution is $425 per month. Based on the same rate of compensation, for an employee with one dependant, the contribution is $600 per month and for an employee with two or more dependants the contribution is $800 per month. If your annual gross compensation is greater than $100,000 and you are single with no dependants, the contribution is $375 per month. Based on the same rate of compensation, for an employee with one dependant, the contribution is $550 per month and for an employee with two or more dependants the contribution is $750 per month. Based on a March 3, 2008 start date, you will be eligible for health benefits on April 1, 2008. You will have the opportunity, at your discretion, to join our 401(k) Plan. Eligibility for this Plan requires approximately 6 months of full time employment.

9. **Business Expenses.** Yucaipa will reimburse you for all legitimate business expenses in accordance with its standard policies.

10. **Blackberry.** As a Yucaipa employee you are required to purchase a Blackberry for business usage. However, Yucaipa does not reimburse employees for expenses related to the purchase or use of a Blackberry. As a result, included in your compensation are the average yearly costs associated with the purchase and use of a Blackberry.

11. **Other Matters.** The Company understands that you have a unique schedule and that you will spend time in Europe to visit with your children approximately every other month for approximately 4-5 days. These trips will <u>not</u> be counted against any vacation time but will be at your cost and expense. We also agree that you will ultimately reside in Los Angeles but need time to sell your homes in both Atlanta, Georgia and Miami, Florida. The sales of your homes in Atlanta and Miami will be at your cost and expense.

The Company will reimburse you for reasonable travel expenses (including rental cars, air travel expenses and hotels) for necessary visits to the Los Angeles area to re-locate your residence.

We are looking forward to working with you.

Sincerely,

*[signature]*
Robert P. Bermingham

RPB/lj

CONFIDENTIAL                                                                                                    YUCAIPA909664

Mr. Jozef Opdeweegh
December 31, 2007
Page 4 of 5

Terms and Conditions of this Letter Agreement are accepted this 1st day of JAN, 2008.

By: _____
    Jozef Opdeweegh

cc:  Ron Burkle
     Ira Tochner
     Naoma Nicholls
     Margaret Brown
     Nandi Witter

CONFIDENTIAL                                                                YUCAIPA909665

Mr. Jozef Opdeweegh
December 31, 2007
Page 5 of 5

## SCHEDULE 1 TO EMPLOYMENT LETTER FOR JOS OPDEWEEGH

1. Source Interlink

2. Allied Holdings

3. Performance Transportation

4. Americold

These companies are at times referred to as the Logistics Companies

CONFIDENTIAL                                                                                                                                        YUCAIPA909666