# Exhibit 112

Confidential

YUCAIPA888489



# ALLIED HOLDINGS, INC.

# Lenders' Presentation

## *April 8, 2008*



DEPOSITION EXHIBIT
141
3/6/19
Rich Germosen, CCR, CRCR, CRR, RMR



SHAH
EXHIBIT
50
11/14/18

 ## Agenda

- Business Update

- Recent Financial Performance

- 2008 Outlook

- Amendment Overview

- Q&A

Confidential

YUCAIPA888490

1

Confidential

# I. Business Update

*Mark Gendregske, CEO, Allied Systems Holdings*

YUCAIPA888491



## Current Environment

- American Axle strike

- OEM production output

- Fuel pricing and surcharges

- Mid-2008 US IBT contract renewal

Confidential

YUCAIPA888492

3

Confidential

# II. Recent Financial Performance

*Tom King, CFO, Allied Systems Holdings*

YUCAIPA888493

# 2007 Year End Results Update

| Preliminary 2007 Results – Presented in January 2008 | $51,270 | Notes |
|---|---:|---|
| Maintenance | (1,499) | Ended year $1 million above Plan as a result of normal variation and extraordinary effort to accrue all 2007 expenses. |
| Cargo claims | (504) | Q4 damage rate increased slightly (analyzed in detail each quarter-end) |
| Axis Subsidiary | (904) | Mexico joint venture year-end results below expectations and volume below plan |
| Shipper Mix, Length of Haul, & Other | 309 | |
| Unaudited Adjusted Bank EBITDA Forecast | $48,672 | |
| Variance | $ (2,598) | |

Confidential

YUCAIPA888494

5

Confidential



# 2008 Year To Date Performance

| $ in thousands | January | February | YTD |
|---|---|---|---|
| **Plan Book EBITDA** | 4,020 | 3,566 | 8,540 |
| Volume | 10 | (579) | (569) |
| Insurance | 167 | 152 | 319 |
| Fuel, net | 97 | (625) | (528) |
| Maintenance | (1,112) | (784) | (1,896) |
| Other, net | (114) | 177 | 63 |
| **Actual Book EBITDA** | 468 | 1,907 | 2,375 |
| Variance | $(952) | $(1,658) | $(2,610) |

| **Hauled Units** | | | |
|---|---|---|---|
| Plan | 462,259 | 547,093 | 1,009,352 |
| Actual | 462,636 | 526,205 | 988,841 |
| Variance | 377 | (20,888) | (20,511) |

YUCAIPA888495

Confidential

# III. 2008 Outlook

*Tom King, CFO, Allied Systems Holdings*

YUCAIPA888496



## 2008 Bank Plan – As presented in January

|  | 1Q '08 vs '07 | 2Q '08 vs '07 | 3Q '08 vs '07 | 4Q '08 vs '07 | FY '08 vs '07 |
|---|---:|---:|---:|---:|---:|
| Prior Year EBITDA | $51,273 | $91,306 | $97,889 | $101,208 | $117,703 |
| Volume[1] | (8,619) | 2,269 | (2,754) | 9,209 | (4,648) |
| Fuel | 2,158 | 1,254 | (1,100) | 1,349 | 565 |
| Maintenance | 6,137 | 979 | 795 | 302 | (736) |
| Cargo Claims | (568) | (321) | (336) | (345) | (360) |
| US IBT Wage Savings | 16,294 | – | – | – | – |
| US IBT Health, Welfare & Pension Increases | (3,639) | (3,558) | (3,921) | (4,516) | (4,822) |
| Canadian Wage & Benefit Increases | (3,576) | (3,909) | (2,680) | (2,120) | (2,279) |
| Pricing | 18,890 | 13,100 | 13,368 | 14,347 | 14,444 |
| Insurance | (1,110) | (1,466) | (728) | (2,977) | (1,788) |
| Corporate and Terminal Overhead | 5,573 | (1,532) | (1,424) | (1,412) | (1,457) |
| Yucaipa Management Fee | (625) | – | – | – | – |
| Equipment Leases Expired (Bought Out) | 3,225 | 207 | 1,240 | 193 | – |
| Non Bargaining Employees Benefit Inflation | (1,431) | (1,494) | (1,560) | (1,630) | (1,702) |
| Corporate HQ Annual Rent Savings | 1,875 | (392) | 23 | 22 | 23 |
| Corporate HQ Relocation Expenses | 550 | – | – | – | – |
| **Operational Efficiencies Driven by Operating Management** | | | | | |
| Realignment | 2,500 | – | – | – | – |
| Non Bargaining Employee Reduction-In-Force | 3,000 | – | – | – | – |
| Network Optimization Project | (500) | 500 | – | – | – |
| Purchasing Initiative | 420 | – | – | – | – |
| Late 2007 Reduction in Workforce | 1,195 | – | – | – | – |
| Private Company Savings | 1,400 | 600 | – | – | – |
| Axis Subsidiary | (517) | 164 | 502 | 541 | 607 |
| Shipper Mix and Other | (2,598) | 183 | 1,894 | 3,533 | 2,950 |
| **Current Year EBITDA** | **$91,306** | **$97,889** | **$101,208** | **$117,703** | **$118,498** |
| *YoY Variance* | *$40,033* | *$6,583* | *$3,319* | *$16,495* | *$795* |
| **Volume (Units Hauled)[1]** | | | | | |
| Prior Year | 6,859,602 | 6,529,145 | 6,521,457 | 6,444,100 | 6,694,156 |
| Current Year | 6,529,145 | 6,521,457 | 6,444,100 | 6,694,156 | 6,573,972 |
| Variance | (330,457) | (7,688) | (77,357) | 250,056 | (120,183) |

Confidential

YUCAIPA888497

8



## Opportunities

- Volume gains due to continued PTS uncertainty
  - Large competitor bankruptcy auction failed

- Reduce fuel consumption
  - Lower drive speeds and focus on reducing idling

- IBM contract renegotiation
  - Attempting to open contract early to obtain savings, likely via extension

- Mid-2008 US IBT contract renewal
  - Wage rates are fixed but need to negotiate health and welfare contributions as well as work rules

- Management focus on cost reduction
  - Exploring all options to reduce costs and size for current volumes

- New business development
  - Focused on new business opportunities

Confidential

YUCAIPA888498

Confidential

# IV. Amendment Overview

*Gabe Jacobson, Goldman, Sachs & Co.*

YUCAIPA888499

Confidential



# Amendment Request

- Permit Yucaipa (Sponsor) to purchase Allied 1st lien Term Loans in the open market

- Provide Yucaipa the <u>option</u> to contribute purchased debt to Allied so long as contributed debt converted into preferred stock

- Provide Yucaipa the <u>option</u> to seek similar amendment to 2nd lien credit agreement

YUCAIPA888500

11



# Amendment Overview

- Amend definition of "Eligible Assignee" to include Yucaipa and its affiliates

- Voluntary prepayment/pro rata provisions will not apply in the event Yucaipa contributes term loans to Allied (which term loans must be immediately cancelled)

## Restrictions and Limitations:

- Yucaipa must represent at the time of each trade that it has no <u>material non-public information</u> that has not been disclosed to the syndicate and would otherwise be material to a decision to trade the loans

- At any time, Yucaipa and affiliates cannot hold more than 33% of the amount of the outstanding term loan

- Yucaipa and affiliates not permitted to attend lender meetings without the consent of other lenders

Confidential

YUCAIPA888501

12



# Amendment Timeline

**April 2008**

| S | M | T | W | R | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

## Key Dates

- Amendment Launch — April 8
- Lender Consent Due — April 15
- Amendment Close — April 16

Confidential
YUCAIPA888502

13

Confidential



# Contact Information

*For questions of a business nature:*

**Goldman, Sachs & Co.**
- Gabe Jacobson     (212-357-1512 / gabe.jacobson@gs.com)
- Zeynep Yenel     (212-902-2348 / zeynep.yenel@gs.com)
- Roopesh Shah     (212-855-7786 / roopesh.shah@gs.com)

*For questions of a legal nature:*

**Skadden, Arps, Slate, Meagher & Flom LLP**
- Peter J. Neckles     (212-735-2466 / peter.neckles@skadden.com)
- Steven Messina     (212-735-3509 / smessina@skadden.com)

YUCAIPA888503

14

Confidential

# V. Q&A

YUCAIPA888504