# Exhibit 113

| | |
|---|---|
| Company Name: | Goldman Sachs & Co./#58062 (Main) |
| Conference Title: | Allied Lender Call |
| Moderator's Name: | Gabe Jacobson |
| Conference Date: | 4/8/2008 |
| Conference Time: | 1:00 PM CT |
| Confirmation Code: | 4260629 |
| Operator: | Casey Mulholland |
| Prepared By: | Martha Peach |

| # | **Name** | **Affiliation** |
|---|---|---|
| 1 | **Jacobson, Gabe | Moderator |
| 2 | *Bond, Stephanie | Speaker |
| 3 | *Gendregske, Mark | Speaker |
| 4 | *King, Tom | Speaker |
| 5 | *MacAulay, Scott | Speaker |
| 6 | *Yenel, Zeynep | Speaker |
| 7 | Bartels, Patrick | Monarch |
| 8 | Buller, Jeff | Spectrum |
| 9 | Byrne, Patrick | American Money Management |
| 10 | Chap, Christian | McDonnell Investment |
| 11 | Coffin, Barbara | Citi |
| 12 | Dubin, Brian | GSO Capital |
| 13 | Ehrlich, Richard | Black Diamond Capital |
| 14 | Ernberg, Jens | Credit Suisse |
| 15 | Fisher, Gregg | Stanfield Capital Partners |
| 16 | Greaser, Eric | Avenue Capital |
| 17 | Homan, Johannes | Ore Hill Partners LLC |
| 18 | Howard, Thomas | Par Four Investment Management |
| 19 | Kapur, Anurag | Alcentra |
| 20 | Lubbock, Angus | Kilimanjaro |
| 21 | Malin, Adam | Goldman Sachs & Company |
| 22 | Mann, Evan | Credit Capital Investment |
| 23 | Peters, Tonya | Citi |
| 24 | Potesky, James | Credit Suisse |
| 25 | Sanders, Brandon | Cedarview Capital |
| 26 | Scheffer, Jeff | Spectrum |
| 27 | Scott, Michael | Venor Capital |
| 28 | Seiden, Matt | Durham Asset Management |
| 29 | Serenson, Michael | MJX Asset Management |
| 30 | Suggs, Julia | Bank of America |
| 31 | Taylor, Fred | MJX Asset Management |
| 32 | Trew, Glen | Stone Tower Capital |
| 33 | VonMeister, Joseph | GSO Capital |
| 34 | Weisstub, Jeremy | Redwood Capital |
| 35 | Wellington, Michael | Goldman Sachs & Company |
| 36 | Wilson, Carly | Lehman Brothers |

CONFIDENTIAL

Confidential

GS - 002108

YUCAIPA692780