# Exhibit 114

4/8/2008

**MEMORANDUM:**

| | | Distribution | |
|---|---|---|---|
| | JBB | CME | JDG |
| | DFM | DPM | PJB |
| | | DJD | RSG |
| | | | File |

TO:       Distribution
FROM:   Patrick J. Byrne
RE:       **Allied Holdings**    *Senior Secured Credit Facilities*

---

**Bank Loan Summary**

Borrower(s): Allied Holdings, Inc. (the "Borrower")

| Facilities: Institutional Tranches | MDY/SP Rating | ($ MM) Amount | Spread LIBOR + | Offer Price | Current Yield | Avg. life (Yrs.) | Maturity[a] | DM to Avg. life |
|---|---|---|---|---|---|---|---|---|
| Revolver | B1/BB- | $ 35.0 | 225 | 70.00 | 11.63% | 4.5 | 09/30/12 | 892 |
| Synthetic Letter of Credit | B1/BB- | $ 50.0 | 400 | 70.00 | 13.38% | 4.5 | 09/30/12 | 1,067 |
| First Lien Term Loan | B1/BB- | $155.0 | 400 | 70.00 | 13.38% | 4.5 | 09/30/12 | 1,067 |
| First Lien Term Loan DD[b] | B1/BB- | $ 25.0 | 400 | 70.00 | 13.38% | 4.5 | 09/30/12 | 1,067 |
| Second Lien Term Loan | NR | $ 50.0 | 700 | n/a | | | | |

Corporate Family Ratings are B2/B+

S&P Recovery Rating is 1 for the First Lien Credit Facilities

Moody's Loss Given Default Rating is LGD2 for the First Lien Credit Facilities

[a] Initial term of facilities is 6 months with initial funding on 03/30/07; Facilities will convert to a 5 year term (from the effective date of the Plan of Reorganization) at emergence from Ch. 11

[b] Undrawn fee is 200bps

**Industry:** Moody's - (27) Cargo Transport; S&P - (37) Surface transport, Shipping/shipbuilding, Trucking

**TERMS:**

**Admin. Agent/Syndication:** Goldman Sachs
**Use of Funds:** Refinance DIP financing, fund future capital reserves and working capital requirements
**Seniority:** Senior secured
**Security & Collateral:** The First Lien Term Loan will be secured by a first priority interest in all of the assets of the Company, 100% of the domestic capital stock, and 65% of the foreign stock of the Company. The Second Lien Term Loan will be secured by a second priority interest in all of the assets of the Company, 100% of the domestic capital stock, and 65% of the foreign stock of the Company.
**Availability:** The First Lien Term Loan and Second Lien Term Loan will be fully funded at closing. The First Lien Delayed Draw Term Loan will be unfunded at closing but is expected to be drawn within 12 months. The Revolver will be unfunded at closing.
**Call Protection:** 101 for first year on the First Lien Term Loan
**Amortization:** The Term Loan will be 1% per anum with the balance due at maturity. None for the Revolver or LC.
**Mandatory Repayments:** 1) 75% of excess cash flow 2) 100% of asset sales with permitted re-investment carve outs 3) 100% of proceeds from new equity issuance prior to the Exit Facilities Conversion Date and 50% of proceeds after Conversion Date and 4) 100% of new debt issuance
**Selected Covenants:** Limitations on incurring more indebtedness; limitations on permitting liens on assets; limitations on mergers, acquisitions, and investments; and other standard covenants for a transaction of this type.

**Financial Covenants:**

| Maximum Leverage Ratio | | Minimum Interest Coverage | |
|---|---|---|---|
| 06/30/07 | 6.75 x | 06/30/07 | 1.35 x |
| 09/30/07 | 5.75 x | 09/30/07 | 1.55 x |
| 12/31/07 | 5.00 x | 12/31/07 | 1.75 x |
| 03/31/08 | 4.50 x | 03/31/08 | 2.00 x |
| 06/30/08 | 3.50 x | 06/30/08 | 2.25 x |
| 03/31/09 | 3.25 x | 09/30/08 | 2.50 x |
| 03/31/11 | 2.75 x | 03/31/09 | 2.75 x |
| Thereafter | 2.75 x | 03/31/11 | 3.25 x |
| | | Thereafter | 3.25 x |

| Maximum Capital Expenditures | |
|---|---|
| FY2007 | 67.00 mm |
| Thereafter | 70.00 mm |

---

**AFG Position**

| Security | Portfolio | Stated Spread | Face Amount | Cost Unit | Total | Market Unit | Total | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| Synthetic Letter of Credit | CLO VIII | 400 | 1,089 | 97.98 | 1,067 | 70.00 | 762 | (305) |
| Term Loan | CLO VIII | 400 | 3,888 | 97.99 | 3,810 | 70.00 | 2,722 | (1,088) |
| | | | 4,977 | | 4,877 | | 3,484 | (1,393) |

**Public Debt Securities**

| Security | | MDY/SP Rating | Amount Outstanding | Current Price | Offered YTW | Spread (YTW) T+ | L+ |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

**Primary Equity Securities**

| Description | Symbol | Price | Shares O/S | Market Equity | Dividends | Yield |
|---|---|---|---|---|---|---|
| Private | | | | | | |

This report may contain NON-PUBLIC & CONFIDENTIAL information that is to be used solely for evaluating the investment merits of senior secured debt. This report may contain projections and/or break-up evaluations in addition to historical information. These items are based on hypothetical assumptions and are subjective. Projections and/or valuations may not be achievable.


EXHIBIT 7-Byrne SMG 9/20/18

AM00035

**Allied Holdings (Private) - Operating Results**
(In millions)

| Operating Results | Monthly 02/28/07 | 03/31/07 | 04/30/07 | 05/31/07 | 06/30/07 | 07/31/07 | 08/31/07 | 09/30/07 | 10/31/07 | 11/30/07 | 12/31/07 | 01/31/08 | 02/29/08 | Annual: 12/31 Fiscal Year End 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | LTM | 2008** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 59.7 | 75.5 | 71.0 | 77.8 | 73.3 | 54.2 | 72.5 | 69.8 | 78.2 | 71.0 | | 57.2 | 63.1 | 898.1 | 865.5 | 895.2 | 892.9 | 893.2 | | | 759.9 |
| EBITDA | (0.1) | 6.0 | 4.5 | 6.3 | 5.3 | 0.3 | 7.8 | 5.7 | 9.3 | 7.5 | (2.2) | 0.1 | 1.9 | 75.9 | 64.0 | 37.4 | 13.2 | 53.0 | 48.7 | 52.4 | 91.3 |
| Margin | -0.2% | 7.8% | 6.3% | 8.1% | 7.3% | 0.6% | 10.8% | 8.1% | 11.9% | 10.5% | | 0.1% | 3.0% | 8.5% | 7.4% | 4.2% | 1.5% | 5.9% | | | 12.0% |
| Interest expense: | | | | | | | | | | | | | | | | | | | | | |
| First Lien | 0.9 | 0.9 | 1.4 | 1.4 | 1.4 | 1.4 | 1.5 | 1.4 | 1.3 | 1.4 | 1.4 | 1.4 | 1.2 | 17.7 | 16.2 | 18.4 | 26.5 | 17.2 | 15.6 | 16.0 | 20.6 |
| Second Lien | 0.0 | 0.0 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.6 | 5.6 | 6.1 |
| Subordinated | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 12.9 | 12.9 | 12.9 | 12.9 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total int. exp. | 0.9 | 0.9 | 1.9 | 1.9 | 1.9 | 1.9 | 2.0 | 1.9 | 1.8 | 1.9 | 1.9 | 1.9 | 1.7 | 30.6 | 29.1 | 31.4 | 39.4 | 30.1 | 20.2 | 21.6 | 26.7 |
| Capex | 3.8 | 4.5 | 2.7 | 7.8 | 10.5 | 8.8 | 4.2 | 7.0 | 5.9 | 5.6 | 18.9 | 6.5 | 1.7 | 21.8 | 18.6 | 22.5 | 19.4 | 35.8 | 80.8 | 84.0 | 69.5 |
| Free cash Flow | (4.8) | 0.6 | (0.1) | (3.5) | (7.0) | (10.4) | 1.7 | (3.2) | 1.5 | 0.0 | (23.0) | (8.3) | (1.5) | 23.5 | 16.3 | (16.5) | (45.7) | (13.0) | (52.3) | (53.3) | (4.9) |
| Capitalization | | | | | | | | | | | | | | | | | | | | | |
| Cash | | | | | | | | | | | | | | 9.4 | 2.1 | 2.5 | 4.1 | 2.3 | 2.9 | 2.6 | 4.9 |
| Revolver (max $35mm) | | | | | | | | | | | | | | 24.6 | 0.0 | 3.0 | 52.0 | 61.0 | 12.1 | 16.4 | 0.0 |
| First lien term loan L+400 | | | | | | | | | | | | | | 73.8 | 96.5 | 98.3 | 100.0 | 100.0 | 178.6 | 178.6 | 180.0 |
| Total First Lien | | | | | | | | | | | | | | 98.5 | 96.5 | 101.2 | 152.0 | 161.0 | 190.7 | 195.0 | 180.0 |
| Second lien term loan L+700 | | | | | | | | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 50.0 | 50.0 | 50.0 |
| Capital Lease Obligations | | | | | | | | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 |
| Other | | | | | | | | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Secured | | | | | | | | | | | | | | 98.5 | 96.5 | 101.2 | 152.0 | 161.4 | 240.7 | 245.0 | 230.0 |
| 8.625% Sr. Sub Nts due 2007 | | | | | | | | | | | | | | 150.0 | 150.0 | 150.0 | 150.0 | 150.0 | 0.0 | 0.0 | 0.0 |
| Total Debt | | | | | | | | | | | | | | 248.5 | 246.5 | 251.2 | 302.0 | 311.4 | 240.7 | 245.0 | 230.0 |
| GAAP Equity | | | | | | | | | | | | | | 10.3 | 8.8 | (41.5) | (107.4) | (204.1) | 72.9 | 57.4 | (26.2) |
| Total Book Cap | | | | | | | | | | | | | | 258.8 | 255.3 | 209.7 | 114.6 | 107.2 | 313.6 | 302.4 | 203.8 |
| Ratios | | | | | | | | | | | | | | | | | | | | | |
| First Lien Debt/EBITDA | | | | | | | | | | | | | | 1.3 | 1.5 | 2.7 | 11.6 | 3.0 | 3.9 | 3.7 | 2.0 |
| Secured Debt/EBITDA | | | | | | | | | | | | | | 1.3 | 1.5 | 2.7 | 11.6 | 3.0 | 4.9 | 4.7 | 2.5 |
| Total Debt/EBITDA | | | | | | | | | | | | | | 3.3 | 3.8 | 6.7 | 23.0 | 5.9 | 4.9 | 4.7 | 2.5 |
| Total Book Cap/EBITDA | | | | | | | | | | | | | | 3.4 | 4.0 | 5.6 | 8.7 | 2.0 | 6.4 | 5.8 | 2.2 |
| EBITDA/First lien Int Exp | | | | | | | | | | | | | | 4.3 | 4.0 | 2.0 | 0.5 | 3.1 | 3.1 | 3.3 | 4.4 |
| EBITDA/Total Int Exp | | | | | | | | | | | | | | 2.5 | 2.2 | 1.2 | 0.3 | 1.8 | 2.4 | 2.4 | 3.4 |
| Tangible Assets | | | | | | | | | | | | | | 306.4 | 332.8 | 300.0 | 355.7 | 335.2 | 398.1 | 391.8 | 357.1 |
| Tangible Assets/Total Debt | | | | | | | | | | | | | | 1.2 | 1.3 | 1.2 | 1.2 | 1.1 | 1.7 | 1.6 | 1.6 |

**2008 full fiscal year estimate was provided by the Company's estimate from 01/31/08 Private Model

**Allied Holdings (Private) - Summary**

**Company Description**

Allied Holdings ("Allied" or "Company") is a vehicle transportation company. The Company provides services to the new and used car industry that include specialized trucking, logistics, and other support services. The Company operates two subsidiaries: Allied Automotive Group and Axis Group. Allied operates in the new car market while Axis operates primarily in the used car and rental car markets. Allied was founded in 1934 and is headquartered in Decatur, Georgia.

**Summary of Recent Results**

Allied Holdings went under Chapter 11 bankruptcy protection on July 31, 2005. While in bankruptcy reorganization the Company has been able to negotiate new labor and customer contracts affording the Company with millions in cost savings and price increases. Before entering bankruptcy protection the Company was experiencing declining revenues, EBITDA, and EBITDA margins. The Company has received its new exit financing of a $155 million First Lien Term Loan and a $50 million Second Lien Term Loan.

On April 8, the Company held a lenders' conference call in which they proposed an amendment to the Company's credit agreement. The proposed amendment would allow Yucaipa, the Sponsor, to do the following: purchase the Company's first lien term loan in the open market; provide the option to contribute the purchased first lien term loans to Allied in exchange for preferred stock; and seek these same amendments for the second lien term loan credit agreement. One restriction of the proposed amendment would only allow Yucaipa the ability to hold no more than 33% of the outstanding term loan. The Company is asking for commitments to the proposed amendment by April 15.

In early December Allied terminated its bid for PTS. During the April 2008 lenders' conference call management stated that the bid for PTS was terminated due to them not seeing value in the PTS business. Management also mentioned that they would compete against PTS for business. One condition of the Company's renegotiated labor contract is that if the Company competes with PTS they must pay full union wages.

The Company is seeing increased competition from non-union carriers which could affect their operations going forward. Despite the increased competition the Company is in the process of negotiating a multi-year contract extension with General Motors. The Company hopes to have the contract extension on place by the end of the year.

In the April 2008 lenders' conference call, Allied updated its preliminary full year 2007 financial results. The Company lowered its preliminary 2007 EBITDA to $48.7 million, which is a decrease of $2.6 million from the initial preliminary results that were released in January. The lowered preliminary EBITDA was mainly due to an increase in maintenance. The increase in maintenance accounted for $1.5 million of the lowered preliminary EBITDA and was caused by the Company using a bad estimate of maintenance expense for the initial preliminary numbers. The Company did not say when they would release audited 2007 financials. Based on the updated preliminary full year results, Allied fell short of its EBITDA plan by approximately $7.5 million. The shortfall in EBITDA was mainly due to a decrease in the volume of units shipped, an increase in fuel expense, and an increase in maintenance expense. These items were partially offset by an increase in pricing and union concessions. At the end of 2007, Allied was levered at 3.9x first lien debt and 4.9x total debt. These leverage ratios do not take into account the allowed add backs (interest income, management fees, and other reorganization costs above allowed amounts) to arrive at Bank EBITDA which is used for the covenant calculations.

February and YTD 2008 results were better than the year ago periods but fell short of the planned amount. The Company, for the YTD period, missed planned EBITDA by $2.6 million. The shortfall in EBITDA was mainly caused by an increase in maintenance expense. The Company is expecting a $1.5 million shortfall, from plan, in the month of March EBITDA mainly due to the United Axle strike. Based on preliminary LTM 02/29/08 results, the Company is levered at 3.7x first lien debt and 4.7x total debt. The leverage ratios have improved since the year end due to the improved year over year EBITDA performance.

The Company's recently released five year plan, which was revised from the Emergence Plan, calls for 2008 EBITDA to increase to $91.3 million. 2008's planned EBITDA was revised downward by approximately $5.8 million, from the Emergence Plan, mainly due to a decrease in volume. The large increase in 2008 EBITDA is expected to result from price increases, an approximate $18.9 million positive impact, union wage savings, an approximate $16.3 million positive impact, and cost savings initiatives, an approximate $11 million positive impact. These positive impacts will be mainly offset by an expected decrease in volume, an approximate $8.6 million negative impact.



Handwritten notes (rotated, left side):
→ Didn't see value in PTS business so they didn't bid on Company

→ 75% of Fleet needed to be replaced within next 5yrs after emergence from Bankruptcy

→ Expected to clear covenants this year

# Lenders' Presentation

## April 8, 2008

AM00038

AM00039



# Agenda

- Business Update
- Recent Financial Performance
- 2008 Outlook
- Amendment Overview
- Q&A