# Exhibit 115

| | |
|---|---|
| **From:** | Ramakrishnan, Bala |
| **Sent:** | Tuesday, April 08, 2008 12:07 PM |
| **To:** | New, Jason; Dubin, Brian |
| **Subject:** | allied |

I am listening to the allied call. I don't think we should give the amendment. Unless they make a commitment to contribute the purchased bank debt and delever the company within a certain time frame, this is like letting the fox into the hen's shelter. BTW this CFO sounds like a scumbag....investors are really upset on the call. I think there is a lot of cross ownership and holdrs are upset that they are ripping PTS off by competing with them on price using a union allowed lower cost base


**Bala Ramakrishnan**
Managing Director
GSO Capital Partners
280 Park Avenue, 11th Floor
New York, NY 10017
212-503-2131

GSO0005764