# Exhibit 121

| | |
|---|---|
| From: | T. Mike Riggs [tmriggs@iequitypartners.com] |
| Sent: | Tuesday, September 16, 2008 11:09 AM |
| To: | Derex Walker |
| Subject: | confidential - from Mike Riggs |
| Attachments: | Business Update.ppt |

Derex,

I hope you are doing well. I am proud that my small car haul company Active Transportation has achieved a $1 million EBITDA in the month of August on less than $5 million in revenue. The turnaround and the trend line (see the attached slide from a recent lender presentation) is getting better each week, despite being in this depressed industry. We have implemented a number of margin improvement projects, many of which I discussed with you some time back. Since this EBITDA turnaround came from significantly improved margins, and only minimally from revenue growth, and since even more revenue growth is likely, our lender meetings have led to a number of unsolicited offers from potential equity investors. I have declined all offers.

However, given the recent financial trends at Allied, and also given Zuckerman's recent "grievance" regarding the 15% pay cut, I can envision a way to bring those investors into play if Yucaipa would consider divesting its stock in Allied Holdings. Given the trials of the recent twelve months, your interest level might not be there … but unless I ask I will never know. To be clear, if Yucaipa would have any interest in selling off its stake in Allied Holdings, then I am confident I could get funding at an appropriate price to purchase your shares. I would intend to implement a similar margin turnaround strategy at Allied, and I am fully aware of all of the risks. I am not sure what other exit strategies even exist in our industry, but I am confident we could negotiate something mutually acceptable.

It would be in both of our interests to pursue any such transaction as confidentially as possible, so I promise that no one else will see this email. Let me know if there is any fit with your plans. If you are not interested at this time, I fully understand and I wish you only good luck. I hope all is going well for you, both personally and professionally.

Respectfully,

T. Michael Riggs
Chairman & CEO
Active Transportation, LLC

NOTE: NEW CONTACT INFORMATION

615 Nature Mill Way
Alpharetta, Georgia 30022
Cell 262-496-5440
NEW E-Fax 770-200-2672
E-Mail tmriggs@iequitypartners.com
Website www.iequitypartners.com


EXHIBIT
101
MR 2-26-19

DOCUMENT PLACEHOLDER

This document was produced in native format.

Confidential
YUCAIPA700027

