# Exhibit 123

Confidential

# GENERAL CONCEPT PRESENTATION  FOR JASON NEW

*CONFIDENTIAL*



FROM MIKE RIGGS

CHAIRMAN

INNOVATIVE EQUITY PARTNERS

ACTIVE TRANSPORTATION

December 20th, 2008

Venor-Yucaipa0025713

Confidential

# Allied Holdings Is Caught In A Downward "Death Spiral" and Needs a New Direction…and New Leadership



Aging fleet (Avg. age older than 13 years)

Wall Street Issues make equipment financing more difficult than ever

Poor pricing decisions have yielded suboptimal earnings

Prior Allied bankruptcy, PTS liquidation, and auto industry crisis have scared off investment and financing capital

Allied Holdings needs a turnaround plan

Riggs believes his business model and management team can turn Allied around

1. Use pricing leverage as appropriate in partnership with OEMs to downsize revenue

2. improve margins by better managing key operating metrics

3. Gain longer term contracts from OEMs with faster pay terms

4. Replenish fleet with increased cash flow to build permanent barriers to entry

CONFIDENTIAL

2

Venor-Yucaipa0025714

Confidential

770-777-2704    p 1

FAX from T Mike Riggs

Dec 01 08 08:36p

Venor-Yucaipa0025715

# Automotive News

**NOVEMBER 10, 2008**

$155/YEAR; $5/COPY

Entire contents © 2008 Crain Communications Inc. All rights reserved.

# The options: Bailout now or collapse

## Auto bankruptcy would spread pain deep into economy

**David Sedgwick**
dsedgwick@crain.com

Without a federal bailout in the next three months or so, General Motors, Ford and Chrysler will face a financial collapse that could drag down suppliers, dealers and even import automakers.

To head off such a collapse, the CEOs of GM, Ford and Chrysler asked Congress last week for $25 billion in emergency "bridge" loans and to ac-

## Signs of stress

- Suppliers suffer big losses !PAGE 8!
- GM, Ford low on cash !PAGE 8!
- GMAC: GM's captive no more !PAGE 8!
- Obama tough on global warning !PAGE 39!



For up-to-the-minute coverage of the turmoil in the auto industry, go to www.autonews.com.

### news ANALYSIS

celerate a second $25 billion in loans to subsidize development of fuel-efficient vehicles.

The view in many Detroit offices: Like falling dominoes, the collapse of GM or Chrysler would force many suppliers out of business. In turn, those bankrupt suppliers would knock out Ford Motor Co.'s production, cripple transplant automakers' assembly plants and shut down thousands of dealerships.

Some political observers suggested that President-elect Barack Obama and his Democratic allies would prefer to let the lame-duck Congress and President Bush take the heat for a controversial bailout.

Late Friday, Obama said an economic stimulus bill, which could include aid to the auto industry, should be passed "sooner rather than later." If Congress does not pass the bill during its lame-duck session, Obama said, it will be the first undertaking of his administration.

But the stark truth is this: The auto industry simply can't afford to delay a bailout until Obama takes office Jan. 20. Consider these signs of crisis:

- General Motors burned through $7

billion in the third quarter, leaving it with cash reserves of $15 billion. At that rate, GM will run out of cash by midyear. Meanwhile, Ford is burning cash at a rate of $2.6 billion per month.
- Industry sales of new cars and trucks plunged 31.9 percent in October to an annualized rate of 10.5 million units — the worst monthly result in 25 years.
- North American light-vehicle production is projected to decline at least 19 percent in the fourth quarter compared with the year-ago period. As production declines, suppliers are

---

## Life at 11 million: Slash, rethink
### Suppliers, dealers, retail groups must adjust — or crash

**Bad news at 11**
Seasonally adjusted annual rate of U.S. sales for cars and light trucks in millions of units



Source: Automotive News Data Center

**Amy Wilson and Pat Scott**
awilson@crain.com

DETROIT — Auto dealers and suppliers are moving heaven and earth to adjust to an annual auto sales rate not seen in a quarter century: fewer than 11 million units.

October sales plunged 31.9 percent to 838,592. The paltry 10.9 million unit seasonally adjusted annual sell-

Trailers: October's disaster > 37

ing rate was the lowest since the dark days of March 1983, when sales were crushed by soaring oil prices.

Get used to it. Sales around 11 million "probably is the appropriate base to plan from" maybe for the next six months," said Ford Motor Co. sales analyst George Pipas.

### The new realities

So what will life be like at 11 million?

- Suppliers will be saddled with "tremendous excess capacity sitting idle and adding to losses," said Neil

"it will be the final straw for suppliers."
- Dealerships selling Detroit 3 brands are closing their doors every day, but with an 11 million SAAR they'll go bust at an even faster rate, say executives and analysts.
- Suppliers and dealers are combing their operations for savings. Dealers are rethinking comfortable old assumptions about advertising, facilities planning and staffing in a frantic effort to slash costs.

"Dealers have to look at everything — people, buildings, service, inventory and advertising," said Cliff Cummings, owner of Toyota of San Bernardino in California. "Physical

#B6B807B ##############AUTO##S-DIGIT 30022
#034070263 8910WW 111GWJB09 P66
T M RIGGS CEO
ACTIVE TRANSPORTATION

Confidential

# If the industry & company are so bad, then why try to take over Allied Holdings?

4

- The Riggs management team combines world class executives with significant industry experience, and a proven turnaround track record (ex. Active and JHT)

- Riggs worked on the PTS alternative for OEMs with DE Shaw, so OEM customers would have great confidence in his leadership of Allied. Riggs proved ability to raise $75 million in equity.

- Riggs partners will offer up to 30 cents on the dollar for the Allied debt (despite it currently bidding at only15 cents) because of their confidence to turn it around.

- Riggs relationship with OEMs will lead to longer term contracts, higher pricing, and faster payment terms (all done with OEMs in the PTS effort AND with Riggs owned Active Transportation)

- The plan will be to downsize the revenue to $500 million revenue but achieve 15 - 20% EBITDA margins. A smaller but much more profitable company. Same as PTS plan with OEMs.

- Due to the difficulty of financing new equipment for the industry, there will be significant barriers to entry against future new entrants/competitors

- Under Riggs the company will be ready for opportunities presented by market rebound in two years, or via the bankruptcies of its competitors (i.e. Cassens)

Venor-Yucaipa0025716

Confidential

# Active Transportation Management Team

5

| T. Michael Riggs<br>Chairman and CEO | <ul><li>27 years of experience in the trucking industry</li><li>10-years with General Motors</li><li>President of Able Body (grew revenues from $4M to $60M in six years)</li><li>President of Hook Up (grew revenues from $1M to $70M in ten years)</li><li>CEO of JHT Holdings – led JHT from breakeven EBITDA in 2004 on $600 million in revenue to over $50 million EBITDA in 2006 on just over $400,000 million in revenue</li></ul> |
|---|---|
| Craig Irwin<br>Chief Operating Officer | <ul><li>15-years of operational experience in the drive-away industry</li><li>Responsible for day-to-day operations at Active</li><li>Divisional president at JHT, oversaw $300M in revenues a 1,800 union employees</li></ul> |
| Brent Souter<br>Chief Financial Officer | <ul><li>20-years of experience as a Controller, Accounting Manager and CFO</li><li>Head accounts for a manufacturing company with $90+M in revenue</li><li>Experience in planning and executing on cost savings initiatives</li></ul> |
| Don Herring<br>VP Business Development and Support Services | <ul><li>30-years experience in the automotive transportation industry</li><li>VP of Operations with Performance Transportation Services (PTS) which was the second largest automotive transport company in the industry prior to closing</li><li>Previously at Penske Logistics and held several senior logistic positions including Sr. VP of Operations.</li></ul> |
| Bob Griffin | <ul><li>Active Transportation board member</li><li>Senior executive at Leggett & Platt – manages over 5,000 employees</li></ul> |

Venor-Yucaipa0025717

Confidential

# Riggs has already proven the ability to raise $77 million of equity to OEMs in the PTS Effort

☐ D. E. Shaw Group, a global investment firm with $35 billion in aggregate investment capital, backed Mike Riggs and offered an equity investment which would have replenished the PTS fleet and revitalized the entity.

☐ Riggs worked in partnership with all customers and gained price increases, longer term contracts, AND faster pay terms...in writing

**Illustrative Capital Structure for Riggs / Monarch / Laminar Acquisition of PTS**

The intent to inject equity was presented to every OEM, but unfortunately Black Diamond went another direction which resulted in a liquidation event.

| Uses of Cash | | | Sources of Cash | | |
|---|---|---|---|---|---|
| PTS DIP | $ | 10 | New Term Loan | $ | 50 |
| PTS Revolver | | 67 | Equity | | 77 |
| PTS 2nd Lien | | 35 | | | - |
| Excess Cash | | 15 | | | - |
| Total | $ | 127 | Total | $ | 127 |

Venor-Yucaipa0025718

Confidential

# Below is the Actual Margin Improvement Since Riggs Purchased Active Transportation in January 2008



Venor-Yucaipa0025719

Confidential

# History of executing EBITDA improvements

**8**

- At JHT Holdings, management executed on a series of turnaround plans equating to $33 million in cost savings

- This "Grizzly Bear" approach was successful in the case of JHT and Active Transportation. It can be implemented in Allied Holdings



| Initiative | Savings |
|---|---|
| Forward facing saddle design | $ 4.0 |
| Reusable decking supplies/Straps/Bogey Blocks | 3.0 |
| Taxi cost reduction\elimination | 2.0 |
| Workers Comp Initiatives | 2.0 |
| Lean Production | 2.0 |
| Pairing / Route Optimizer system | 1.0 |
| Mobile communications and new IT initiatives | 1.0 |
| Joplin/ Kenosha/ Snap-on Building Office consolidation | 1.0 |
| Canadian harmonization and 97 foot length law | 9.0 |
| Mexicana U.S. moves – Potential Laredo shut down | 1.0 |
| Price Increases | 3.0 |
| Security cost savings projects | 1.0 |
| 3rd Party Un-decking/Relay Concept | 1.0 |
| The revising of driver pay to stop turnover | 2.0 |

Venor-Yucaipa0025720

Confidential

# Example of one key metric driving higher profitability

☐ Maximizing load factor increases profit margins

☐ Active has improved the average load factor by over 10%



Venor-Yucaipa0025721

Confidential

# Allied Locations

10



| | GM | | Chrysler |
|---|---|---|---|
| | Ford | | Toyota |

Venor-Yucaipa0025722

Confidential

# Allied Margin Improvements Are Possible Via Load Optimizer Software – UPS has offered to consult



## Three (3) Step Approach: Pair – Route – Scenario

**Step 1:** Pairing    **Step 2:** Route    **Step 3:** Scenario

Maximized Revenue
------
- Total Cost
- Total Price
- Miles
- Load Factor

Terminal Vehicle Unpaired Inventory

Vehicle Selection Criteria

Total Trip $
---------
-Cost
-Revenue

Scenario Building

SORT KEYS

Pairing Constraints
-----------
Due Date
Pool
Vehicle types
All vehicles
Etc.

Brute Force Pairing Generation

CONFIDENTIAL

Terminal Cost
------
-Decking
-Back Office

Driver's Pay
------
-Miles
-Undecking

Customer Price
------
-Delivery
-Accesorials

Brute Force Scenario Generation
**Terminal Management Driven**
------------------------------------
- Wave Planning        - Miles
- Number of Drivers    - Load Factor
- Margin               - Day of Week

Venor-Yucaipa0025723

*11*

Confidential

## Better Customer Contracts: Higher Pricing, Longer Length, Faster Payment Terms




- ☐ Ford and Toyota represent majority of Active's total revenues
- ☐ Ford and Toyota have now executed new supply agreements with Active with significantly better terms and pricing
- ☐ Riggs negotiated similar deals with all the OEMs in the PTS transaction

| Ford Motor |
| --- |
| Three Year Evergreen Format |
| Largest price increase in Ford's system |
| Requesting Active to look at more locations |
| Automatic cost inflators in new contract |
| Great networking fit |
| 15-day payment terms by wire transfer |

| Toyota |
| --- |
| Evergreen Contracts - never does competitive bidding |
| Payment by wire transfer in 10 to 15 days |
| Significant Price Increases over previous pricing |
| Future growth likely – already offered $5 million I EBITDA worth of incremental new revenue |

CONFIDENTIAL

Venor-Yucaipa0025724

12

Confidential

As the aging available industry fleet shrinks, companies who improve margins and can afford newer car haul equipment will gain real pricing leverage and extremely high barriers to entry



Venor-Yucaipa0025725

*13*

Confidential

# Union  Carrier Summary – Note the customer  strategies. Given the state of the industry and the OEMs, who is in the best shape? (hint…it is Active Transportation)

- ☐ Union car haulers :
  - ◻ Allied Holdings - $700 million (50% of revenue with GM and Chrysler)
  - ◻ Jack Cooper Trans - $300 million (40% of revenue with GM and Chrysler)
  - ◻ Cassens Transportation - $200 million (65% of revenue with Chrysler)
  - ◻ Active Transportation - $50 million (95% Toyota and Ford)
  - ◻ DMT- $10 million
- ☐ Recent bankruptcy proceedings have tightened capacity
  - ◻ Allied Holdings exited Chapter 11 in May 2007
  - ◻ Blue Thunder ceased operations in March 2007
- ☐ Performance Transportation ("PTS") ceased operations in June
  - ◻ $250 million revenue carrier; NOTE: PTS liquidated in summer 2008

Page 14

Venor-Yucaipa0025726

Confidential

Thank You for consideration.

T. Michael Riggs
Chairman & CEO
615 Nature Mill Way
Alpharetta, Georgia 30022
Cell 262-496-5440
E-FAX  770-200-2672
E-Mail  tmriggs@iequitypartners.com
Website  www.iequitypartners.com

Venor-Yucaipa0025727