# Exhibit 124

| | |
|---|---|
| **From:** | Derex Walker |
| **Sent:** | Tuesday, February 24, 2009 9:56 PM |
| **To:** | 'markh@comw.com' |
| **Subject:** | Re: Meeting |

Mark:

If you would like to schedule a meeting with management, please have Robert Priddy call Ron Burkle at 310-789-7295 to schedule this meeting.   Thanks, Derex.

----- Original Message -----
From: Hughes, Mark <markh@comw.com>
To: Derex Walker
Sent: Tue Feb 24 11:04:13 2009
Subject: Meeting

Derex,

We would like to move forward on diligence and nicole fry suggested we reach out to you to coordinate. We have a diligence list and would like to visit the company on tuesday. please advise. Thx.

Mark

*************************** NOTICE TO RECIPIENT ***************************

The information contained in this message and any attachment(s) may be privileged, confidential, proprietary or otherwise protected from disclosure and is intended solely for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited and may be unlawful.  If you have received this message in error, please notify us immediately by replying to this email and permanently delete the message from your computer.

Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an offer to buy or sell any securities.



CONFIDENTIAL

YUCAIPA997598