# Exhibit 125

| | |
|---|---|
| From: | T. Mike Riggs [tmriggs@iequitypartners.com] |
| Sent: | Saturday, June 27, 2009 1:55 AM |
| To: | Derex Walker |
| Subject: | Equity Offer for Jack Cooper-Active Transportation - confidential |
| Attachments: | Wynnchurch Funding Proposal to Active.pdf; Laurus Funds Term Sheet for Active Transportation.pdf; GE Proposal to JHT Holdings - Arrnaged by TM Riggs.pdf; Hyde Park SPAC Offer to JHT.pdf; Batten Capital - Financing Support Letter for Allied Debt Transaction 12 23 08 (2).doc |

Derex,

I finally made it to Los Angeles. I will see you in the morning. However before we meet tomorrow I thought I should share the email below with you. I ask that you only share it with Ron because it is supposed to be confidential. I do not feel I am violating the confidentiality clause because I did not share their specific proposal with you. However I wanted you to know that I do have several pending financing options. This is just one of them.

My relationships with various financing partners could help affect a buyout of Yucaipa's position in Allied Holdings if you are ever interested in pursuing that alternative. I have attached several other examples of some of prior financing term sheets, to hopefully add more credibility to the idea. I am comfortable in the fund raising space.

See you in the morning. See below.

T. Mike Riggs
Chairman & CEO
Cell    262-496-5440
E-Fax  770-200-2672
E-Mail  tmriggs@iequitypartners.com

---

**From:** Pelham Smith [mailto:psmith@prophetequity.com]
**Sent:** Friday, June 26, 2009 5:43 PM
**To:** tmriggs@iequitypartners.com
**Cc:** tcooper@jackcooper.com; Ross Gatlin; George Stelling; Ben Eakes; Charles Collie
**Subject:** Jack Cooper Letter of Intent

Mike,

I have attached a letter of intent which outlines the terms of a proposed equity investment by Prophet Equity in IEP Carhaul, the purpose of which would be to significantly strengthen the balance sheet and improve the liquidity position of the company. We are very excited about a potential investment in IEP Carhaul and look forward to having the opportunity to move the process forward.

We are proposing a $20 million investment in the form of common stock. There is nothing magical about that number. But it does accomplish the liquidity objectives and allow you and your management team to focus on running and improving the business rather than spending too much of your time restructuring payment terms with vendors and creditors. And as we have discussed, Prophet Equity would also continue to be a source of capital to fund additional related acquisitions.

If you have any questions or would like to discuss any aspect of our proposal, give me a call.

Best regards,

Pelham



Professionals' Eyes Only                                                                                              YUCAIPA764336

Pelham Smith
Prophet Equity LLC
181 Grand Avenue, Suite 201
Southlake, TX 76092
817-898-1508 - office
214-789-0468 - cell
817-898-1509 - fax
psmith@prophetequity.com

Professionals' Eyes Only                                                                                                  YUCAIPA764337



39400 Woodward Avenue
Suite 185
Bloomfield Hills, MI 48308
Tel: (248) 593-3804
Fax: (847) 604-6135

November 7, 2008

T. Michael Riggs
Chairman & Chief Executive Officer
Active Transportation
2900 S. Davis Blvd, Suite B
Joplin, Missouri 64804

Dear Mr. Riggs,

Wynnchurch Capital, Ltd. ("Wynnchurch") is pleased to provide you with this written indication of interest ("IOI") setting forth our interest in providing up to $18 million of equity funding (the "Equity Financing") to Active Transportation ("Active") for:

(a) the purchase of the 64 former PTS car haul units now owned by Toyota, mentioned in the letter from Toyota (the "Initial Acquisitions"); and,
(b) the balance of the former PTS units, approximately 115 more units (the "Follow-On Acquisitions"), should terms and conditions be provided by Toyota which are similar to those provided for the Initial Acquisitions.

Based upon our review of the materials you have provided to date, Wynnchurch is interested in providing the Equity Financing for the Initial Acquisitions and Follow-On Acquisitions assuming that:

(i) all car haul units would be purchased at an approximate price of $200,000 per truck/trailer combination (a "Unit");
(ii) approximately 50% of the purchase price per Unit would be funded with the Equity Financing and the remaining consideration would be financed through third party indebtedness;
(iii) the Units would be in generally good working condition suitable to meet Toyota's operational requirements;
(iv) there is sufficient demand from Toyota to utilize the Units;
(v) a Contract Carriage Agreement mutually acceptable to all parties would be entered into providing for immediate utilization of all purchased Units; and,
(vi) the Contract Carriage Agreement entered into with Toyota would be for a period of not less than five years, assuming that Active has materially complied with Toyota's operational requirements.

We anticipate that the Initial Acquisitions could be completed by the calendar year end of 2008, and that the Follow-On Acquisitions could be completed within the first quarter of 2009, assuming they were offered and there was sufficient operational demand to support their utilization.

We would fund our investment from our own capital under management, which is approximately $500 million, with over $150 million available for new transactions. Wynnchurch intends to provide a solid base of equity capital which would facilitate the closing of the transaction. If this involves acquisitions or other initiatives requiring additional capital, we would make additional equity available to the Company. The equity capital for this transaction would come from Wynnchurch Capital Partners II, L.P. Regarding the debt funding required to complete the Initial Acquisitions and Follow-On Acquisitions, we understand that Active has identified lenders interested in supporting the transactions outlined herein. However, if necessary, Wynnchurch maintains a number of strong relationships with financing institutions and is confident appropriate levels of debt financing could be secured in an expeditious manner.

While to date we have been impressed by the Active management team and have reviewed the financial analysis of the Initial Acquisitions prepared by Active and its advisors, consummation of the proposed Equity Financing is subject to and contingent upon i) completion of a thorough business, financial, and legal due diligence review of Active, including discussions with key customers, with results satisfactory to Wynnchurch in its sole discretion and ii) negotiation of a definitive purchase agreement and related documents, with terms and conditions satisfactory to both parties.

Wynnchurch Capital, Ltd. is a Chicago-based private equity investment firm that specializes in investing in transportation and logistics businesses. We have significant experience in the automotive supply industry through the acquisition of five portfolio companies, as well as the logistics industry where we have invested in four businesses over the past five years. We have been making private equity investments as principals collectively for over 60 years, and have led or participated in more than 55 middle market buyout transactions over the past 10 years, through which we believe we have developed an outstanding track record as a value-added partner to management.

This letter represents a preliminary non-binding letter of interest and neither Wynnchurch nor Active shall be liable hereunder in any respect. We hope you find this letter responsive, and we look forward to working together with you and the Company's management team toward completing a transaction. If you need any additional information on Wynnchurch, or desire clarification on any points in this letter, please do not hesitate to call me at (248) 593-3801 or visit our website at www.wynnchurch.com.

Wynnchurch is prepared to immediately dedicate significant resources and commence due diligence with the goal of completing the Initial Acquisitions by year-end. Our team stands ready to meet in Chicago on November 18th to initiate the transactions outlined herein. Thank you for your consideration.

Sincerely,

*[signature]*

Terry Theodore
Partner

2

Professionals' Eyes Only

YUCAIPA764339