# Exhibit 126

Case 13-50530-CSS    Doc 772-17    Filed 08/21/20    Page 2 of 4

**EXHIBIT
707**
6-13-2019
TOCHNER - I
Lori Scinta, RPR, CSR #4811

**From:** Ira Tochner [ira.tochner@yucaipaco.com]
**Sent:** Thursday, July 30, 2009 8:25 AM
**To:** Derex Walker
**Subject:** Fw:

-----Original Message-----
From: Ron Burkle <burkle@yucaipaco.com>

Date: Thu, 30 Jul 2009 00:34:13
To: Ira Tochner<Ira.Tochner@yucaipaco.com>
Subject: Re:


We do need it now, but if its a deal point do we blow up over it or just change it then? The last 3 was bought when we were supposed to be partners but I get it and just adjust the math....our traunch stays btw....we should have a strategy call after u talk to him

----- Original Message -----
From: Ira Tochner <ira.tochner@yucaipaco.com>
To: Ron Burkle
Sent: Thu Jul 30 00:20:51 2009
Subject: Re:

Two reasons why they'd push back.

First, they really have $43 million invested, not just $40 million, so your $3 million fee just gets them whole.

But the bigger deal is the term. We have always proposed extending it to 2019, but we don't need that much. Maybe just to 2014. But as I think you told me, it didn't seem like he was willing to give on extending the 2012 term.

He seemed fine PIKing half the debt, or even PIKing all for a year or so.

I think they'll take 20% of the equity.

Once we have a deal, we can do a pre-pack and force the rest of the debt to agree to the same terms as ComVest. Just the threat of bk may get other debtholders to agree.

Depends how important you believe extending the term is. Michael argues very hard that we'll be on the same page in 2012, so if it should be extended, we'll all extend. I told him we needed that flexibility today, as part of putting in $40 million.
-----Original Message-----
From: Ron Burkle <burkle@yucaipaco.com>

Date: Thu, 30 Jul 2009 00:08:26
To: Ira Tochner<Ira.Tochner@yucaipaco.com>
Subject: Re:


Ok so they have 30 in it....if we give em 35 on half....that's like 3+ million....so...we give em 50 pct of the new senior and we get 50 pct of the debt....we (the company) pay them a 3 million fee . The debt is 50pct pik and they get 20pct of the equity....that would be our

final offer although we wouldn't say so....if they say no....we sue mon and file tues.....ur thoughts

----- Original Message -----
From: Ira Tochner <ira.tochner@yucaipaco.com>
To: Ron Burkle
Sent: Wed Jul 29 23:49:04 2009
Subject: Re:

I made up the 30 percent. All I'm saying is that our proposal was we put in $40 million and we split the senior (DIP) and their investment 50-50.

Michael said they have to show a profit on their investment.

So if we "buy" half of their investment, they need to show a profit on it. So we'd be paying $20 million, and in their minds, we can't get 50 percent. Our $20 million would get us something less (unspecified). I said 30%, but it would be something higher than that.


-----Original Message-----
From: Ron Burkle <burkle@yucaipaco.com>

Date: Wed, 29 Jul 2009 23:46:08
To: Ira Tochner<Ira.Tochner@yucaipaco.com>
Subject: Re:


I'm up I don't understand the 50/50 and we only get 30pct

----- Original Message -----
From: Ira Tochner <ira.tochner@yucaipaco.com>
To: Ron Burkle
Sent: Wed Jul 29 23:36:45 2009

Its 11:30 pm in LA right now, so I thought I'd give you a quick update when you get up.

Allied - We had a long talk with Michael late this afternoon. Over an hour. I'm sure that he now believes a liquidation is very close. He wanted to know what we needed as part of a deal. I told him:

1. $40 million
2. Control
3. Safe investment (senior debt)
4. Proper capital structure (no debt)
5. Amended terms

He said he needs:

1. Cash pay interest
2. No change to the term
3. 35% of the equity
4. A premium on his investment

After lots of discussion, he said he's willing to do the following:

1. Yucaipa puts in $40 million
2. We split everything 50-50, except the math will give them a premium. So our $20 million below may only buy 30% of their interest.

Confidential                                                                                              YUCAIPA698177

3. No amendment to debt terms except maybe half the debt PIKs.
4. They get 35% of the equity of the company (not Yucaipa's equity)

The tone of the call was friendly, both he and Derex are pretty level headed. I was a bit more emotional (purposely).

I made sure I didn't kill the deal in case you wanted to accept what they offered. But I left him with the sense what we need and what they need clearly don't match up.

Next email is on Ceiva.

Confidential

YUCAIPA698178