Exhibit 127

**EXHIBIT
710**
6-13-2019
TOCHNER - I
Lori Scinta, RPR, CSR #4811

| | |
|---|---|
| **From:** | Ron Burkle |
| **Sent:** | Monday, August 03, 2009 1:11 PM |
| **To:** | Ira Tochner |
| **Subject:** | Re: Allied Update |

That would be fair actually please call me at 310 4350237

----- Original Message -----
From: Ira Tochner <ira.tochner@yucaipaco.com>
To: Ron Burkle
Sent: Mon Aug 03 12:54:55 2009
Subject: Re: Allied Update

K. Also, I assume their 20% interest is calculated BY TRANCHE. Inotherwords, they get 20% of
the money we make on their debt, even if we lose our money on the equity.
-----Original Message-----
From: Ron Burkle <burkle@yucaipaco.com>

Date: Mon, 3 Aug 2009 12:49:05
To: Ira Tochner<Ira.Tochner@yucaipaco.com>
Subject: Re: Allied Update


Don't waste your time...their is no bid ask

----- Original Message -----
From: Ira Tochner <ira.tochner@yucaipaco.com>
To: Ron Burkle
Sent: Mon Aug 03 12:38:11 2009
Subject: Fw: Allied Update

Ron. Still some differences apparently. Their expenses are higher (probably around $1.5
million), they introduced a 25% promote, and a premium on their cost. Plus getting paid the
interest. The plan right now is to document everything the way we want it and send it to
them. And let JO solve the differences. Let me know if you feel differently.


From: "Hughes, Mark"
Date: Mon, 3 Aug 2009 15:25:46 -0400
To: Falk, Michael<Michael@Comvest.com>; Priddy, Robert<Robertp@comvest.com>;
<ira.tochner@yucaipaco.com>; Derex Walker<Derex.Walker@yucaipaco.com>
Subject: Allied Update


Ira and I just spoke regarding the summary terms of our deal. While there were relatively
small bid / ask differences (see below), we agreed to move forward on drafting definitive
documentation on the terms below with the objective to close by this Wednesday:


ComVest as requisite lender will amend the credit agreement to allow Yucaipa to purchase and
hold first lien debt of Allied

Confidential

YUCAIPA722709

Yucaipa will purchase $145m face value of Allied's first lien from ComVest for $44m / $55m (bid / ask difference to be agreed to by both parties prior to closing)

ComVest will be paid its accrued interest at Closing (Ira, we did not discuss this but i assumed this was the case)

ComVest would receive a 20 / 25% participation in ALL of Yucaipa's profits (bid / ask difference to be agreed to by both parties prior to closing)

Allied would pay all of ComVest legal fees including the $820k of Cooper and restructuring related legal incurred to date


Although we are clearly not lawyers, we both agreed that the documentation should be relatively straightforward. We will be drafting the standard LSTA purchase agreement and a participation agreement in the debt and equity of Yucaipa's positions in Allied. Therefore, we agreed that ComVest will not terminate the LC facility or term loan and that we should lock up this deal by close of business on Wednesday


If anyone has any issues with the foregoing please address them immediately as Allied's lawyers have commenced drafting of the documents.


Mark


------------------_____

Mark J Hughes

Partner

ComVest Investment Partners

CityPlace Tower

525 Okeechobee Blvd., Suite 1050

West Palm Beach, Fl 33401

561.727.2050 (office)

561.307.2429 (mobile)

markh@comvest.com <mailto:markh@comvest.com>


******The ComVest Group has moved to a new location effective June 29, 2009*******

Our new contact information is:

The ComVest Group

Confidential

CityPlace Tower
525 Okeechobee Blvd., Suite 1050
West Palm Beach, Fl 33401
Phone (561) 727-2000
Fax (561) 727-2100

************************* NOTICE TO RECIPIENT *************************

The information contained in this message and any attachment(s) may be privileged,
confidential, proprietary or otherwise protected from disclosure and is intended solely for
the use of the individual or entity to whom it is addressed. If you are not the intended
recipient, you are hereby notified that any dissemination, distribution, copying or use of
this message and any attachment is strictly prohibited and may be unlawful. If you have
received this message in error, please notify us immediately by replying to this email and
permanently delete the message from your computer.

Nothing contained in this message and/or any attachment(s) constitutes a solicitation or an
offer to buy or sell any securities.

Confidential

YUCAIPA722711