# Exhibit 128

| | |
|---|---|
| **From:** | Derex Walker [Derex.Walker@yucaipaco.com] |
| **Sent:** | Friday, August 21, 2009 7:44 PM |
| **To:** | Blount, John AHI |
| **Cc:** | Gendregske, Mark AHI |
| **Subject:** | Re: Employee Call |

Shared with Ron your thoughts. He doesn't plan on talking to the customers given that you guys have this under control. Mark, you should reach out to Nancy Davies as Ron doesn't plan on reaching out to her.

John, let's discuss the script for the employee call over the weekend. There are couple messages we would like for you guys to convey from us. Thanks.

----- Original Message -----
From: Blount, John AHI <John.Blount@AlliedHoldings.com>
To: Derex Walker
Cc: Gendregske, Mark AHI <Mark.Gendregske@AlliedHoldings.com>
Sent: Fri Aug 21 15:08:01 2009
Subject: RE: Employee Call

I guess it depends on what the message is. I think the message is "Allied will continue to be here to serve you, and has solid backing behind it." If that's the message, Ron has already spoken the best way possible: with his wallet.

From: Derex Walker [mailto:Derex.Walker@yucaipaco.com]
Sent: Fri 8/21/2009 6:06 PM
To: Blount, John AHI
Cc: Gendregske, Mark AHI
Subject: Re: Employee Call


Thanks! Is there a helpful way to use Ron to reinforce the message? Thoughts?

----- Original Message -----
From: Blount, John AHI <John.Blount@AlliedHoldings.com>
To: Derex Walker
Cc: Gendregske, Mark AHI <Mark.Gendregske@AlliedHoldings.com>
Sent: Fri Aug 21 14:59:49 2009
Subject: Employee Call

Derex,

Mark tells me you would like to see the script for our short employee call Monday regarding the ComVest transaction. I'm working on it, but don't have a draft in any kind of condition to share (it is scribbled notes on a legal pad at this point). I've got an event at my kids' school tonight and was hoping to send you the draft tomorrow. Does that work?

Mark also mentioned that Ron Burkle is planning to call the customers. Ron is obviously a far better business man than I will ever be, but at the risk of sounding impudent I would like to raise a few concerns I have with that approach.

DEPOSITION EXHIBIT
409
5/2/19
Rich Germosen, CCR, CRCR, CRR, RMR

1

CONFIDENTIAL                                                                                                              AHS00093834

First, I think it sends the wrong message. We have been telling the customers for months not to worry and that Allied is fine. Bringing out Ron himself to announce the deal makes it look like the deal may have been far more important or less certain than we had conveyed.

Second, I don't think Ron's calls are necessary. Mark has already called and received (I believe) exactly the reaction we were hoping to receive.

Third, Ron is an extremely powerful tool and the ultimate decision-maker at Allied. As such, we should be extremely stingy in sharing him with the customers--we should save him for the critical items like last week's Toyota meeting.

Finally, if I were a customer, I would definitely take the opportunity to try to pin Ron down on his consolidation plans. There is rampant, open talk in the industry (not from us, of course) that Allied plans to roll up its competitors. If I were GM, Ford, etc., and Ron called me today, I would ask questions like "Why did you put another $40 million into Allied? You must have a plan to get back that money and more, and given your reputation for being union-friendly, it would seem your plan is to get that money from me, your customer." I'm sure Ron has a good answer to this, but why put him in that position?

John

CONFIDENTIAL

AHS00093835