# Exhibit 132

( The Yucaipa Companies )

January 20, 2010

Mark Gendregske     via e-mail: Mark.Gendregske@Alliedholdings.com
President and CEO
Allied Systems Holdings, Inc.
2302 Parklake Drive, Ste 600
Atlanta, GA 30345

RE:    Timely Notification of Sensitive Matters

Dear Mark:

As the major shareholder in Allied it is imperative that appropriate Yucaipa personnel receive prompt and complete information on any sensitive matters that come to your attention.

Sensitive matters include, but are not limited to, any matter that may result in press coverage, any incident that has or may result in litigation or issues, incidents or individuals that are being investigated by any government agency, whether at the federal, state or local level, or matters that will have an impact on the operations of the company, whether in a negative or positive fashion.

At the same time that your officers and directors are being notified of any incident or set of facts, you should be notifying The Yucaipa Companies, LLC of the same information. This correspondence and notification should in any event not be any later than one hour after the information becomes available to you or any consultant, law firm or accounting firm providing services to your company.

Initially, notification can be by telephone but should be followed-up with electronic and/or fax correspondence providing all relevant details. Phone calls should be directed to Frank Quintero, with a copy to the undersigned and to our general counsel, Robert Bermingham and Derex Walker.

We would appreciate it if you would sign a copy of this letter in the space provided below, acknowledging your receipt and acknowledging your receipt and acknowledgement of this notification policy.

THE YUCAIPA COMPANIES, LLC

By: _____
    Ronald W. Burkle, Managing Member

9130 West Sunset Boulevard / Los Angeles, California 90069
Telephone (310) 228-2894 / Fax (310) 789-1791

We acknowledge receipt and agreement to the policy set forth in this correspondence.

Allied Systems Holdings, Inc.
By: _____
Name: MARK J. GENDREGSKE
Title: President & CEO, Allied Systems Holding
1/23/2010

EXHIBIT
614
5-23-2019
WALKER - II
Lori Scinta, RPR, CSR #4811

YUCAIPA686542

Confidential