# Exhibit 133

**Allied Holdings, Inc.**  **March 2010**
2302 Parklake Drive
Building 15, Suite 600
Atlanta, GA 30345

---

| | |
|---|---|
| **General Information** | |
| Total investment amount | $164.0MM |
| Type of security | Common equity ($107.8MM); first lien debt ($43.0MM); second lien debt ($13.2MM) |
| Percent owned | 71.3% of common equity (as-converted); 55.6% first lien debt 66.7% second lien debt |
| Date of initial investment | May 3, 2006 |
| Board information | YAAF appointed four of the five directors on the board, consisting of three YAAF representatives and the CEO |
| **Transaction Information** | |
| Pre-Petition Notes | $81.6MM for pre-petition senior unsecured notes (converted into equity) |
| Rig Financing | $12.6MM of convertible equipment financing (converted into equity) |
| First Lien Debt Purchase | $43.0MM for First Lien Debt |
| Second Lien Debt Purchase | $26.4MM of Second Lien Debt (50% converted into equity) |
| Company industry | Automotive Logistics |
| **Portfolio Information** | |
| Funds | Yucaipa American Alliance Fund I, LP |
| Status | Unrealized |
| Carrying value | $164.0MM |
| Valuation rationale | Market analysis |
| Distributions to date | None |
| Team: | Ira Tochner, Derex Walker, Stephanie Bond |

**Company Description**

Headquartered in Decatur, Georgia, Allied ("Allied" or the "Company") is the largest transporter of new vehicles in North America. The Company primarily offers short-haul delivery services for the North American auto industry, providing transportation services from the manufacturing plant to the railhead or dealership or from the railhead to the dealership. Allied transports approximately 5.0 million vehicles annually and has a North American footprint consisting of 80 terminals, over 3,600 rigs and 38 maintenance garages. Allied has approximately 4,400 employees, of which over 3,500 are represented by the International Brotherhood of Teamsters (the "IBT"). Short-haul delivery services account for approximately 97% of Allied's revenue. The balance of Allied's revenue is generated from support services, including carrier management and brokerage services, vehicle inspections, title storage, marshalling and rail yard management, and computerized vehicle tracking.

Allied's customer base is highly concentrated and dependent on the Detroit 3. Allied's top five customers account for 84% of sales, and the Detroit 3 account for 64%. GM and Ford are Allied's two largest customers, accounting for 27% and 26% of revenue, respectively.

**Allied Holdings, Inc.**                                                            **March 2010**
**2302 Parklake Drive**
**Building 15, Suite 600**
**Atlanta, GA 30345**

---

**Transaction History**

The Company filed Chapter 11 on July 31, 2005 and emerged from bankruptcy on May 29, 2007 pursuant to a joint plan of reorganization sponsored by YAAF and the IBT. Our initial investment was made in Allied's pre-petition unsecured claims. We acquired $98.9 million of Allied's $150 million in pre-petition senior unsecured notes for $81.6 million. We later financed the Company's purchase of used rigs from a now defunct competitor and funded a portion of the Cash-Out Contribution (defined below).

Under the plan of reorganization, we converted our total investment of $94.4 million into 67.0% of the reorganized equity by:

1. Converting our position in the senior unsecured notes into 47.7% of reorganized equity;
2. Converting our share of the Rig Financing into 18.3% of the reorganized equity; and
3. Purchasing 40% of the $1.5 million in claims tendered by unsecured creditors who opted for cash in lieu of equity under the plan of reorganization at a rate equal to $0.25 on the dollar, providing an additional 1.0% of the reorganized equity ("Cash-Out Contribution")

Since making our initial investment, we have continued to look for ways to strengthen Allied's balance sheet. In early 2008, we bought $40 million of the $50 million in outstanding second lien term loans and subsequently converted $20 million of the acquired debt into convertible preferred stock. We continue to hold the remaining $20 million in acquired debt, which bears interest at L+750 bps. In August 2009, we were successful in purchasing a majority of the Company's first lien debt at a substantial discount to face. Specifically, we purchased $145 million (face) in first lien loans for a cash price of approximately $43 million or $0.30 on the dollar. This purchase makes us the majority and requisite lender for purposes of any amendments or consents to the Company's first lien credit facility. Our ownership of the first lien debt is not subject to any of the customary restrictions or limitations normally associated with a sponsor's acquisition of its bank debt.

Pursuant to the transactions described above, we are now in the unique position of controlling every tranche of the Company's capital structure. In addition to holding 55.6% of the first lien debt, we also hold 66.7% of the second lien debt as well as 71.3% of the fully-diluted equity. As a consequence, we believe that the Company now has the strongest balance sheet in the car haul industry and that it is in a unique position to capitalize on the financial distress of its competitors, many of which are family owned and suffer from liquidity and leverage issues. This is particularly true given that the OEMs are increasingly seeking to shift their business to suppliers that are financially stable.

**Investment Thesis**

Our investment in Allied is premised on the Company's leadership position in the auto transport market. Allied is the largest carrier with more than 3,600 rigs and a North American footprint of 80 terminals. It transports approximately 5.0 million vehicles annually and has a longstanding relationship with each of the major foreign and domestic OEMs.

Our belief is that with additional investment in its fleet, Allied can strengthen its position in the marketplace and substantially increase productivity. Allied is funding this investment

Confidential                                                                                    YUCAIPA593209

**Allied Holdings, Inc.**  **March 2010**
**2302 Parklake Drive**
**Building 15, Suite 600**
**Atlanta, GA 30345**

---

with concessions obtained from its customers and labor. The Company obtained over $30 million in annual pricing concessions from its customers in connection with its emergence from bankruptcy. The Company also renegotiated the terms of its collective bargaining agreement with the IBT while in Chapter 11. Under this new collective bargaining agreement, the Company is realizing $35 million in annual cost savings.

## Valuation Rationale

We hold the investment in Allied at cost based on a market comp analysis. The analysis reflects forecast updates based on Global Insights' industry forecasts, recent Company developments, and expectations of a gradual return to pre-2009 pricing, margin and market share. Given the nature of the business, we are assuming a forward-looking EBITDA multiple range of 5.0x – 6.0x and a NTM multiple of 8.0x – 9.0x.

## Financial Summary

Performance at Allied began to show signs of improvement in the final quarter of 2009. Business has continued to pick up in Q1 due to busy production schedules, as Allied's customers work to rebuild dealer inventories. For the three month period, revenue was $136.4 million versus prior year revenue of $104.0 million. EBITDA for the period was $7.3 million versus prior year EBITDA loss of $(651K).

Allied recently renegotiated a number of its customer contracts and obtained price increases in many cases with terms between 2 to 3 years. In connection with renegotiating these contracts, Allied gave back unprofitable business. As mentioned above, customer production schedules have been filled as OEMs work to re-stock depleted dealer inventories. March year-to-date volumes are 27% ahead of prior year.

As a consequence of the downturn in automotive sales from historical levels, the Company has been in breach of the financial covenants under its credit facility (which is now controlled by us) since August 2008.

| ($ in thousands) | March 2010 YTD | | March 2010 LTM | Variance of Actual to Prior Year | |
|---|---|---|---|---|---|
| | Actual | Prior Year | | $ | % |
| Revenue | $136,372 | $103,989 | $512,041 | $32,383 | 31.1% |
| Operating Income | (1,097) | (15,463) | (8,022) | 14,366 | -92.9% |
| EBITDA[1] | $7,326 | ($651) | 34,361 | 7,977 | -1225.3% |
| % of Revenue | 5.4% | -0.6% | 6.7% | | |
| Capital Expenditures[2] | 6,828 | 203 | | | |
| Interest Expense | 8,377 | 7,408 | | | |
| Cash[3] | $29,547 | $29,305 | | | |
| Total Debt[4] | 274,107 | 241,033 | | | |

*Based on unaudited internal financial results.*
*(1) EBITDA includes add back for restructuring charges and fresh start accounting adjustments.*
*(2) Given the uncertainty in the industry last year, the Company limited capex to essential spending in 2009 (spending only $750K for the full year), accounting for the increase in 2010.*
*(3) Excludes restricted cash and other time deposits.*
*(4) 2010 balance includes $33.1 million of unreimbursed letters of credit.*