# Exhibit 138

**Allied Holdings, Inc.**  March 2011
2302 Parklake Drive
Building 15, Suite 600
Atlanta, GA 30345

| | |
|---|---|
| **General Information** | |
| Total investment amount | $164.0MM |
| Type of security | Common equity ($107.8MM); first lien debt ($43.0MM); second lien debt ($13.2MM) |
| Percent owned | 71.3% of common equity (as-converted); 55.6% first lien debt 66.7% second lien debt |
| Date of initial investment | May 3, 2006 |
| Board information | Three YAAF representatives, one independent (approved by YAAF) and the CEO |
| **Transaction Information** | |
| Pre-Petition Notes | $81.6MM for pre-petition senior unsecured notes (converted into equity) |
| Rig Financing | $12.6MM of convertible equipment financing (converted into equity) |
| First Lien Debt Purchase | $43.0MM for First Lien Debt |
| Second Lien Debt Purchase | $26.4MM of Second Lien Debt (50% converted into equity) |
| Company industry | Automotive Logistics |
| **Portfolio Information** | |
| Funds | Yucaipa American Alliance Fund I, LP |
| Status | Unrealized |
| Carrying value | $164.0MM |
| Valuation rationale | Market analysis |
| Distributions to date | None |
| Team: | Ira Tochner, Derex Walker, Stephanie Bond |

**Company Description**

Headquartered in Decatur, Georgia, Allied ("Allied" or the "Company") is the largest transporter of new vehicles in North America. The Company primarily offers short-haul delivery services for the North American auto industry, providing transportation services from the manufacturing plant to the railhead or dealership or from the railhead to the dealership. Allied has historically transported over 4.5 million vehicles annually and has a North American footprint consisting of 61 terminals and 35 maintenance garages. Allied has approximately 3,650 employees, of which over 3,050 are bargaining employees.[1] Short-haul delivery services account for approximately 97% of Allied's revenue. The balance of Allied's revenue is generated from support services, including carrier management and brokerage services, vehicle inspections, title storage, marshalling and rail yard management, and computerized vehicle tracking. Allied's customer base is highly concentrated, with Ford now accounting for more than 75% of revenue.[2]

---

[1] Approximately 2,000 are represented by the International Brotherhood of Teamsters (the "IBT") in the U.S., 580 are represented by the Canadian Automotive Workers, and 390 are represented by the IBT in Canada.
[2] To note, the Company is currently in the process of rationalizing its customer base and is focused on retaining higher margin business. It recently signed a five-year contract with Ford which includes substantial price increases and volume guarantees. As a result of the rationalization, the number of employees is projected to decrease and the Company will likely exit a number of terminals and garages. These changes are still in process and have not yet been finalized.

**Allied Holdings, Inc.**  **March 2011**
**2302 Parklake Drive**
**Building 15, Suite 600**
**Atlanta, GA 30345**

---

Transaction History

The Company filed Chapter 11 on July 31, 2005 and emerged from bankruptcy on May 29, 2007 pursuant to a joint plan of reorganization sponsored by YAAF and the IBT. Our initial investment was made in Allied's pre-petition unsecured claims. We acquired $98.9 million of Allied's $150 million in pre-petition senior unsecured notes for $81.6 million. We later financed the Company's purchase of used rigs from a now defunct competitor and funded a portion of the Cash-Out Contribution (defined below).

Under the plan of reorganization, we converted our total investment of $94.4 million into 67.0% of the reorganized equity by:

1. Converting our position in the senior unsecured notes into 47.7% of reorganized equity;
2. Converting our share of the Rig Financing into 18.3% of the reorganized equity; and
3. Purchasing 40% of the $1.5 million in claims tendered by unsecured creditors who opted for cash in lieu of equity under the plan of reorganization at a rate equal to $0.25 on the dollar, providing an additional 1.0% of the reorganized equity ("Cash-Out Contribution")

Since making our initial investment, we have continued to look for ways to strengthen Allied's balance sheet. In early 2008, we bought $40 million of the $50 million in outstanding second lien term loans and subsequently converted $20 million of the acquired debt into convertible preferred stock. We continue to hold the remaining $20 million in acquired debt, which bears interest at L+750 bps. In August 2009, we were successful in purchasing a majority of the Company's first lien debt at a substantial discount to face. Specifically, we purchased $145 million (face) in first lien loans for a cash price of approximately $43 million or $0.30 on the dollar. This purchase makes us the majority and requisite lender for purposes of any amendments or consents to the Company's first lien credit facility. Our ownership of the first lien debt is not subject to any of the customary restrictions or limitations normally associated with a sponsor's acquisition of its bank debt.

Pursuant to the transactions described above, we are now in the unique position of controlling every tranche of the Company's capital structure. In addition to holding 55.6% of the first lien debt, we also hold 66.7% of the second lien debt as well as 71.3% of the fully-diluted equity. As a consequence, we believe that the Company now has the strongest balance sheet in the car haul industry and that it is in a unique position to capitalize on the financial distress of its competitors, many of which are family owned and suffer from liquidity and leverage issues. This is particularly true given that the OEMs are increasingly seeking to shift their business to suppliers that are financially stable.

Investment Thesis

Our investment in Allied is premised on the Company's leadership position in the auto transport market. Allied is the largest carrier with more than 2,200 active rigs and a North American footprint of 61 terminals. It has historically transported over 4.5 million vehicles annually.

Our belief is that with additional investment in its fleet, Allied can strengthen its position in the marketplace and substantially increase productivity. Part of this investment is being funded with concessions obtained from its customers. As noted above, the Company is currently in the process of rationalizing its customer base and is focused on retaining higher margin business. It recently signed a five-year contract with Ford which includes substantial price increases and volume guarantees.

Confidential                                                                                                                                                   YUCAIPA593126

**Allied Holdings, Inc.**  **March 2011**
**2302 Parklake Drive**
**Building 15, Suite 600**
**Atlanta, GA 30345**

## Valuation Rationale

We hold the investment in Allied at cost based on a sum-of-the-parts analysis, which includes a discounted cash flow analysis on the Ford contract referenced above.

## Financial Summary

For the February YTD period, Allied's unit volume was (5.4%) lower than prior year. In addition to the impact of volume given up in customer negotiations, severe weather and product holds at two of Allied's largest locations also contributed to the reduction in volume. For the YTD period, revenue was $79.8 million versus prior year of $82.9 million. Largely as a result of the lower volume, February YTD bank EBITDA loss was ($2.1MM) versus $3.2MM in 2010. For the LTM period, bank EBITDA is $19.6MM. In addition to the impact of the volume decline, starting in June 2010, the Company has paid its US IBT-represented employees a 20% wage increase compared to 2010, which negatively impacted YTD EBITDA by approximately $1.8MM.

As a consequence of the decline in automotive sales from historical levels, the Company has been in breach of the financial covenants under its credit facility (which is now controlled by us) since August 2008.

*($ in thousands)*

|  | Month of February | | February YTD | | YTD Variance vs. | February 11 |
|---|---|---|---|---|---|---|
|  | Actual | Prior Year | Actual | Prior Year | Prior Year | LTM |
| Revenue | $41,943 | $42,481 | $79,765 | $82,938 | ($3,173) | $540,178 |
| Units | 343,027 | 372,440 | 665,937 | 703,635 | (37,698) | 4,511,657 |
| Revenue Per Unit | $122.27 | $114.06 | $119.78 | $117.87 | $1.91 | $119.73 |
| Bank EBITDA[(1)] | (60) | 2,235 | (2,100) | 3,227 | (5,327) | 19,600 |
| % of Revenue | -0.1% | 5.3% | -2.6% | 3.9% |  | 3.6% |
| Capital Expenditures | 710 | 2,927 | 755 | 4,267 | (3,512) | 35,479 |
| Cash[(2)] |  |  | $18,295 | $29,457 |  |  |
| Total Debt[(3)] |  |  | 273,793 | 274,227 |  |  |

*Based on unaudited internal financial results. To note, the board of directors has not yet approved a plan for 2011.*
*(1) EBITDA includes add back for restructuring charges and fresh start accounting adjustments. The LTM number is based on 2010 EBITDA of $24.9MM pending the final audit.*
*(2) Excludes restricted cash and other time deposits.*
*(3) 2010 balance includes $33.1 million of unreimbursed letters of credit.*

Confidential                                                                                                   YUCAIPA593127