# Exhibit 139

BDCM0007316

| | |
|---|---|
| **From:** | Rich Ehrlich |
| **Sent:** | Friday, April 08, 2011 4:19 PM |
| **To:** | T. Michael Riggs (mriggs@jackcooper.com) |
| **Subject:** | Emailing: Project Eagle Term Sheet v3.0 |
| **Attachments:** | Project Eagle Term Sheet v3.0.pdf |

Attached is the confidential restructuring term sheet we discussed.



1

Confidential

**Draft dated April 8, 2011**
**For Discussion Purposes Only**

---

**Allied Systems Holdings, Inc.**
**RESTRUCTURING TERM SHEET**
**As of April 8, 2011**

---

The following is a summary (the "*Restructuring Term Sheet*") of certain material terms of a proposed restructuring (the "*Restructuring*") between Seller, Lenders and Buyer. It was drafted by Black Diamond Capital Management LLC ("Black Diamond"), a Lender, to further discussions between the parties. Black Diamond is not affiliated with the Seller or Buyer, nor does it represent the Seller or Buyer. Black Diamond provides no assurances that any of the parties involved will agree to the proposed terms. This Restructuring Term Sheet is not enforceable or binding on any of the parties and is for discussion purposes only. The Restructuring Term Sheet does not contain all the terms, conditions, and other provisions of the Restructuring and the transactions contemplated by this Restructuring Term Sheet are subject to conditions to be set forth in the documentation governing the Restructuring. Capitalized terms not immediately defined shall have the meanings ascribed to them in subsequent provisions of this Restructuring Term Sheet or, if not defined herein, shall have the meanings ascribed to them in the Loan Documents.

**SUMMARY**: The following summary, and all of the provisions that follow other than the "Other Terms and Conditions" set forth at the end of this Restructuring Term Sheet, contemplate consummating the Restructuring outside of court proceedings. To the extent that court proceedings are considered necessary or desirable, the parties agree to make best efforts to modify the term sheet to accommodate such proceedings.

As of the Effective Date, (i) Seller will sell its majority common equity interests in the Borrowers to the Buyer for [$xx], (ii) The First Lien Lenders will exchange their existing debt for loans under the New Facilities and receive 10% of the common stock of the Buyer (iii) Second Lien Lenders will convert all of the 2nd lien debt into a 5% common equity stake in the Buyer, (iv) Seller will reimburse First and Second Lien Agent for all reasonable administrative costs and legal costs incurred to date, and (v) all existing unfunded commitments under the First Lien Loan Documents will be terminated (to the extent they have not already been terminated).

I.   **Parties; Existing Documents**

| | |
|---|---|
| **Obligors** | Allied Systems Holdings, Inc. and Allied Systems, LTD. (L.P.) (the "Borrowers") and Certain Subsidiaries of the Borrowers. |
| **Seller** | Yucaipa American Alliance Fund I, LP and Yucaipa American Alliance (Parallel) Fund I, LP. |
| **First Lien Lenders** | The Revolving, LC Usage and Term Loan lenders from time to time under the First Lien Loan Documents. |
| **Second Lien Lenders** | The Term Loan lenders from time to time under the Second Lien Loan Documents. |
| **Lenders** | First and Second Lien Lenders |
| **Agents** | (i) The CIT Group/Business Credit, Inc. ("CIT") in its capacity as First Lien administrative agent (the "*Administrative Agent*") and as collateral agent (the "*Collateral Agent*") under the First Lien Loan Documents and the Security |

Confidential

Confidential                                                                                                           BDCM0007317

Documents; and

(ii) Bank of New York Mellon in its capacity as successor Second Lien administrative agent (the "*Administrative Agent*") and successor collateral agent (the "*Collateral Agent*") under the Second Lien Credit Agreement and the Security Documents

**New First Lien Agent**   TBD

**Loan Documents**   The Amended and Restated First Lien Secured Super-Priority Debtor in Possession and Exit Credit and Guaranty Agreement, dated as of March 30, 2007 (as in effect on the date hereof, and subject to the amendment and restatement thereof in accordance with this Restructuring Term Sheet, the "*Loan Agreement*"), among the Obligors, the Administrative Agent and the Lenders and, together with the Notes (if any) and the Security Instruments, the "*Loan Documents*". All obligations owing in respect of any of the Loan Documents, whether prior to or after the Effective Date, the "*Obligations*").

**Buyer**   Jack Cooper Holdings Corp.

**Effective Date**   The date that is to become the effective date of the Restructuring (the "*Effective Date*").

## II.   New Facilities

**First Out Term A Debt**   Except as provided below, the rights and terms for the First Out Term A Debt shall be governed by the Loan Documents:

(a) The Outstanding Revolving Loan under the existing credit agreement will be converted into a First Out Term A Loan.

(b) Original principal amount of approximately $39.1 million (the amount outstanding from time to time, referred to in (d) below, the "*First Out Principal*"); [this amount represents principal and unpaid accrued interest under the current facility].

(c) First lien security interests (in the name of the Collateral Agent) in all the assets of the Obligors on a *pari passu* basis with the first lien security interests and the Second Out Term A Debt.

(d) First Out Term A Debt to be repayable in full prior to the Second Out Term A Debt.

(e) Interest paid on the First Out Principal monthly in cash at LIBOR plus 4.0%.

(f) Post-default rate of an additional 2.0%.

(g) Maturity date of December 15, 2014.

**Second Out Term A Debt**   Second Out Term A Debt of the Borrower with the following rights and terms:

(a) The Outstanding Principal Balances under the Term Loan and the LC Usage Loans will be converted into the Second Out Term A Debt

(b) Original principal amount of approximately $232.1million, the "*Second Out*

          *Principal*"). [this amount represents principal and unpaid accrued interest under the current facility]

(c)   First lien security interests (in the name of the Collateral Agent) in all the assets of the Obligors on a *pari passu* basis with the first lien security interests and the First Out Term A Debt.

(d)   Second Out Term A Debt to be repayable in full after the First Out Debt.

*(e)*   Interest on the Second Out Principal at (i) (I) the *greater* of (A) the one-month LIBO Rate and (B) 2.0%, *plus* (II) 4.0% in cash paid monthly, *plus* (ii) 4.0% PIK interest capitalized monthly.

(f)   Post-default rate of an additional 2.0%, and post-acceleration (voluntary or involuntary) all interest payable in cash only.

(g)   Maturity date of December 15, 2014.

**New Equity**   Post-Effective Date, The Buyers' fully diluted common equity ("*New Equity*") ownership structure:

(a)   85% Common Equity to existing holders

(b)   10% Common Equity to First Lien Lenders that convert into the Second Out Term A Debt.

(c)   5% Common Equity to Second Lien Lenders

Note, ultimate structure, including nature of legal entity and form of equity interests consistent with the needs of the parties.

### III. Financial Provisions

**Payment Waterfall**   The cash proceeds from the sale of any assets of the Borrower net of transactions costs and property taxes, as well as any amounts received after acceleration (whether voluntary or involuntary), shall be applied to the then-outstanding balance of the facilities as follows (the "*Payment Waterfall*"):

(a)   First, to any Obligations then due to the Administrative Agent and the Collateral Agent, including for professional fees (regardless of whether related to the asset sale in question);

(b)   Second, to the First Out Term A Debt in the following order of priority: (i) accrued cash interest, (ii) the principal amount of the First Out Term A Debt, and (iv) any other Obligations payable in respect of the First Out Term A Debt;

(c)   Third, to the Second Out Term A Debt and the First Lien Hedges in the following order of priority: (i) accrued cash interest, (ii) accrued but not yet capitalized PIK interest, (iii) the capitalized Pre-Closing Interest and PIK interest included in the Second Out Principal; (iv) ratably to the principal amount of the Second Out Principal and (vi) any other Obligations payable in respect of the Second Out Term A Debt;

**Guarantees**   Buyer will guarantee the new facilities and provide senior secured liens on their current assets that are junior to any existing liens.

Confidential      BDCM0007319

## IV. Miscellaneous

| | |
|---|---|
| **Business Plan** | Buyer will present a business plan to First Lien Lenders with five year projections to include income statement, balance sheet and cash flow statement. |
| **Employees** | TBD |
| **Board of Directors** | TBD |
| **Rating Requirement** | The facilities will be rated by Moody's and S&P |
| **Transaction Costs** | Buyer will pay all legal costs associated with new credit facility and restructuring. |
| **Documentation** | Restructuring documentation to be satisfactory to the parties and their counsel. Loan and security documents to be drafted by First Lien Lenders' counsel, with involvement as appropriate by the Administrative and Collateral Agent and its special counsel; |
| **Structuring and Tax Issues** | TBD |
| **Waivers and Releases** | TBD |
| **Transaction Specific Covenants** | The New Facilities will include provisions to protect the Borrower's business and asset value and to ensure that the Buyer does not favor its existing subsidiaries over the Borrower. Such provisions to include, but are not limited to, restrictions on dividends (at the subsidiary and the parent level), restrictions on asset sales or transfers (including transfers of customer contracts), minimum capex requirements, cash payments for use of Borrowers' assets by other subsidiaries, excess cash flow sweeps and/or minimum amortization. |
| **Other Terms and Conditions** | The representations, warranties and covenants will be usual and customary for facilities of this type. |