# Exhibit 140

| | |
|---|---|
| **From:** | Ira Tochner [ira.tochner@yucaipaco.com] |
| **Sent:** | Tuesday, May 17, 2011 9:42 AM |
| **To:** | Derex Walker; Mark AHI Gendregske |

Fyi, Bilbao called and said Riggs desperately wants to do a deal. Doesn't want Axis. I didn't respond, except to say Riggs knows the deal (which I assume he knows that it's par or nothing). His Imperial banker wants to talk to us directly, and stop going thru Black Diamond. I said I'd ask Ron if he wants us take that meeting.



Confidential

YUCAIPA712516