# Exhibit 141

| | |
|---|---|
| From: | Derex Walker |
| Sent: | Thursday, June 16, 2011 5:32 PM |
| To: | Frank Quintero |
| Cc: | Ira Tochner; Stephanie Bond |
| Subject: | Allied |
| Attachments: | Allied Proposal.doc |

**EXHIBIT 536**
5-15-2019
S. BOND - I
Lori Scinta, RPR, CSR #4811

Frankie:

Could you please give the attached to Ron? Ira and I will give him a call tomorrow to discuss. Thanks, Derex

Confidential

YUCAIPA734306

Jack Cooper/Black Diamond Proposal for Acquiring Allied Debt

Option 1:

- Assign $145MM in Allied first lien loans held by Yucaipa to Black Diamond for cash at a rate of $0.50 on the dollar
- Loan assignment would be contingent on the following:
    - Dismissing lawsuit against Jack Cooper/Mike Riggs
    - Releasing the Allied lenders (other than CIT) from any claims
    - Indemnifying the Allied lenders (other than CIT) from any claims brought by CIT as a result of the Yucaipa/Allied litigation against CIT
    - Executing a "cooperation agreement" to facilitate the purchase of the Allied assets by Jack Cooper
        - The cooperation agreement would also facilitate Jack Cooper's leasing the assets during the pendency of the bankruptcy case
        - Loan assignment to Black Diamond would not be contingent on assets being sold to Jack Cooper
- Gross proceeds to Yucaipa under this option 1 would be $72.5MM
    - Net proceeds to Yucaipa after taking into account ComVest profit interest (i.e., 20% of any amounts over $45MM) and right to deferred interest (i.e., $4MM off the top) would be $63.8MM
    - Yucaipa's total investment in Allied is $164MM

Option 2

- Assign $135MM in Allied first lien loans held by Yucaipa to Jack Cooper for cash and a note at a rate of $0.837 on the dollar or $113MM
    - Yucaipa would also be entitled to receive $10MM in excess LC deposits outside of the loan assignment to Jack Cooper, bringing the total distribution to Yucaipa to $123MM
- Loan assignment not contingent on financing or due diligence but is contingent on the following:
    - Dismissing lawsuit against Jack Cooper/Mike Riggs
    - Releasing the Allied lenders (other than CIT) from any claims
    - Settling lawsuit with CIT or indemnifying the Allied lenders for any claims brought by CIT as a result of the lawsuit
    - Executing a "cooperation agreement" to facilitate the foreclosure on the Allied assets by Jack Cooper
    - Allied having a minimum of $5MM in cash and $10MM in receivables plus at least 2,500 rigs in "reasonable working condition"
- Loan assignment is also not contingent on other lenders participating in the transaction

- $113MM in consideration paid in conjunction with the loan assignment would consist of $28.6MM in cash and $84.75MM in a note (the "Note")
    - The Note will have a coupon of 6% and mature in 6 months
    - Jack Cooper would have option of extending the maturity for an additional 6 months by paying 3%, but coupon on the Note will reset to 12% for the extension period
    - The Note would have a lien on the Allied loans assigned to Jack Cooper under this option 2 and any other Allied loans acquired by Jack Cooper from third parties
    - The Note would also be guaranteed by Jack Cooper on an unsecured basis
- Net proceeds to Yucaipa after taking into account ComVest profit interest (i.e., 20% of any amounts over $45MM) and right to deferred interest (i.e., $4MM off the top) would be $104MM

Confidential

YUCAIPA734308