# Exhibit 149

**Page 301**

```
 1        UNITED STATES BANKRUPTCY COURT
 2              DISTRICT OF DELAWARE
 3
 4  ---------------------------------------x
 5  In re:                    Chapter 11
 6  ASHINC Corporation, et al.,    Case No.
 7                  Debtors.   12-11564(CSS)
 8  ***CAPTION CONTINUED***    Jointly Administered
 9  ---------------------------------------x
10            ***CONFIDENTIAL***
11    ***INCLUDES PROFESSIONAL EYES ONLY PORTIONS***
12
13        VIDEOTAPED STENOGRAPHIC DEPOSITION OF:
              RICHARD A. EHRLICH - VOLUME II
14               Thursday, May 9, 2019
                   New York, New York
15               8:39 a.m. - 7:05 p.m.
16
17
18
19
20
21
22  Reported by:
23  Rich Germosen,
      CCR, CRCR, CRR, RMR, NYACR, NYRCR
24  NCRA/NJ/NY/CA Certified Realtime Reporter
    NCRA Realtime Systems Administrator
25  Job No. 10055133
```

**Page 302**

```
 1  ---------------------------------------x
 2  CATHERINE E. YOUNGMAN, LITIGATION    Adv. Proc.
 3  TRUSTEE FOR ASHINC CORPORATION, ET. AL., No. 13-50530
 4  AS SUCCESSOR TO THE OFFICIAL COMMITTEE
 5  OF UNSECURED CREDITORS OF ASHINC
 6  CORPORATION, AND ITS AFFILIATED
 7  DEBTORS,
 8                    Plaintiff,
 9       -against-
10  BLACK DIAMOND OPPORTUNITY FUND II, LP,
11  BLACK DIAMOND CLO 2005-1 LTD., and
12  SPECTRUM INVESTMENT PARTNERS, L.P.,
13                    Intervenors,
14       -against-
15  YUCAIPA AMERICAN ALLIANCE FUND I, L.P.,
16  YUCAIPA AMERICAN ALLIANCE (PARALLEL)
17  FUND I, L.P., YUCAIPA AMERICAN ALLIANCE
18  FUND II, L.P., YUCAIPA AMERICAN ALLIANCE
19  (PARALLEL) FUND II, L.P., MARK
20  GENDREGSKE, JOS OPDEWEEGH, JAMES
21  FRANK, DEREX WALKER, JEFF PELLETIER,
22  IRA TOCHNER, and JOSEPH TOMCZAK,
23                    Defendants,
24  ---------------------------------------x
25
```

**Page 303**

```
 1  ---------------------------------------x
 2  CATHERINE E. YOUNGMAN, LITIGATION    Adv. Pro. No.
 3  TRUSTEE FOR ASHINC CORPORATION, ET AL.   14-50971(CSS)
 4  AS SUCCESSOR TO BLACK DIAMOND
 5  OPPORTUNITY FUND II, LP, BLACK DIAMOND
 6  CLO 2005-1 LTD., SPECTRUM INVESTMENT
 7  PARTNERS, L.P., BLACK DIAMOND
 8  COMMERCIAL FINANCE, L.L.C., as
 9  co-administrative agent, and SPECTRUM
10  COMMERCIAL FINANCE LLC, as
11  co-administrative agent,
12                    Plaintiff,
13       -against-
14  YUCAIPA AMERICAN ALLIANCE FUND I, L.P.,
15  YUCAIPA AMERICAN ALLIANCE (PARALLEL)
16  FUND I, L.P., YUCAIPA AMERICAN ALLIANCE
17  FUND II, L.P., YUCAIPA AMERICAN ALLIANCE
18  (PARALLEL) FUND II, L.P., RONALD BURKLE,
19  JOS OPDEWEEGH, DEREX WALKER, JEFF
20  PELLETIER, IRA TOCHNER, and JOSEPH
21  TOMCZAK,
22                    Defendants,
23  ---------------------------------------x
24
25
```

**Page 304**

```
 1       CONTINUED VIDEOTAPED STENOGRAPHIC DEPOSITION of
 2  RICHARD A. EHRLICH, taken in the above-entitled matter
 3  before RICH GERMOSEN, Certified Court Reporter, (License
 4  No. 30XI00184700), Certified Realtime Court Reporter-NJ,
 5  (License No. 30XR00016800), NCRA/NY/CA Certified
 6  Realtime Reporter, NCRA Registered Merit Reporter, New
 7  York Association Certified Reporter, NCRA Realtime
 8  Systems Administrator, taken at the offices of GIBSON
 9  DUNN & CRUTCHER LLP, 200 Park Avenue, New York, New York
10  10166, Thursday, May 9, 2019, commencing at 8:39 a.m.
```

**Page 305**

```
 1  A P P E A R A N C E S :
 2
 3  ZAIGER LLC
 4  BY:  JEFFREY H. ZAIGER, ESQ.
 5  432 Park Avenue, Suite 19A
 6  New York, New York 10022
 7  (917) 572.7701
 8  jzaiger@zaigerllc.com
 9  Attorneys for the Plaintiff,
10  ASHINC Litigation Trustee
11
12  GIBSON DUNN & CRUTCHER LLP
13  BY:  MAURICE SUH, ESQ.
14      -and-
15  BY:  MICHAEL K. GOCKSCH, ESQ.
16      -and-
17  BY:  KAHN A. SCOLNICK, ESQ.
18  333 South Grand Avenue
19  Los Angeles, California 90071-3197
20  (213) 229.7000 / (213) 229.6656 (FAX)
21  msuh@gibsondunn.com
22  mgocksch@gibsondunn.com
23  kscolnick@gibsondunn.com
24  Attorneys for the Yucaipa Defendants and
25  Yucaipa Directors
```

**Page 306**

```
 1  A P P E A R A N C E S :  (CONT'D.)
 2
 3  ARNOLD & PORTER LLP
 4  BY:  IAN S. HOFFMAN, ESQ.
 5      -and-
 6  BY:  SNAYHA NATH, ESQ.
 7  601 Massachusetts Avenue, N.W.
 8  Washington, D.C. 20001-3743
 9  (202) 942.5000 / (202) 942.5999 (FAX)
10  ian.hoffman@arnoldporter.com
11  snayha.nath@arnoldporter.com
12  Attorneys for the Defendant, Mark Gendregske
13
14  ALSO PRESENT:
15  JONATHAN POPHAM, Legal Video Specialist
16  DEREX WALKER, The Yucaipa Companies
```

**Page 307**

```
 1               I N D E X
 2  WITNESS                           EXAMINATION
 3  RICHARD A. EHRLICH
 4    BY MR. SUH                          316
 5    BY MR. HOFFMAN                      558
 6
 7
 8
 9           E X H I B I T S
10  EXHIBIT NO.   DESCRIPTION              PAGE
11  Exhibit 26    document previously marked  323
12                Exhibit 26
13
14  Exhibit 444   document BDCM0007302 through 327
15                7306
16
17  Exhibit 445   document YUCAIPA DEPO       329
18                00000912
19
20  Exhibit 247   document previously marked  331
21                Exhibit 247
22
23  Exhibit 446   document BDCM0006275 through 337
24                6278
25
```

**Page 308**

```
 1         E X H I B I T S  (CONT'D.)
 2  EXHIBIT NO.   DESCRIPTION              PAGE
 3  Exhibit 447   document BDCM0006334 through 339
 4                6352
 5
 6  Exhibit 248   document previously marked  345
 7                Exhibit 248
 8
 9  Exhibit 448   document BDCM0006271        352
10
11  Exhibit 449   document BDCM0001031 and 1032 353
12
13  Exhibit 450   document BDCM0006279 through 355
14                6280
15
16  Exhibit 451   document BDCM0001640        369
17
18  Exhibit 452   document BDCM0006950 through 376
19                6952
20
21  Exhibit 250   document previously marked  378
22                Exhibit 250
23
24  Exhibit 453   document BDCM0006252        388
25
```

Volume II  
Richard Ehrlich  
Case 13-50530-CSS   Doc 772-40   Filed 08/21/20   Page 4 of 6  
Confidential  
Includes Professional Eyes Only Portions  
In re ASHINC Corporation, et al.

### Page 309

E X H I B I T S   (CONT'D.)

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 454 | document Yucaipa 082403 | 391 |
| Exhibit 455 | document Yucaipa 082687 | 396 |
| Exhibit 456 | document BDCM0002424 through 2428 | 399 |
| Exhibit 80 | document previously marked Exhibit 80 | 406 |
| Exhibit 457 | BDCM0002271 through 2278 | 408 |
| Exhibit 458 | document BDCM0002280 through 2282 | 411 |
| Exhibit 459 | document BDCM0002227 through 2233 | 414 |
| Exhibit 82 | document previously marked Exhibit 82 | 421 |
| Exhibit 460 | document BDCM0006118 through 6120 | 429 |

### Page 310

E X H I B I T S   (CONT'D.)

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 461 | document BDCM0006015 | 430 |
| Exhibit 462 | document BDCM0002149 | 433 |
| Exhibit 463 | document BDCM0000403 | 435 |
| Exhibit 464 | document BDCM0002156 | 439 |
| Exhibit 253 | document previously marked Exhibit 253 | 441 |
| Exhibit 465 | document BDCM006146 | 452 |
| Exhibit 466 | document BDCM0031989 | 454 |
| Exhibit 467 | document BDCM0001656 and 1657 | 455 |
| Exhibit 90 | document previously marked Exhibit 90 | 458 |
| Exhibit 468 | document BDCM0000965 through 967 | 463 |

### Page 311

E X H I B I T S   (CONT'D.)

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 92 | document previously marked Exhibit 92 | 470 |
| Exhibit 469 | document BDCM0006165 | 472 |
| Exhibit 470 | document Yucaipa 693253 through 693256 | 474 |
| Exhibit 471 | document BDCM0004864 through 4866 | 493 |
| Exhibit 266 | document previously marked Exhibit 266 | 497 |
| Exhibit 126 | document previously marked Exhibit 126 | 503 |
| Exhibit 123 | document previously marked Exhibit 123 | 505 |
| Exhibit 472 | document BDCM0003529 and 3530 | 509 |

### Page 312

E X H I B I T S   (CONT'D.)

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 473 | document BDCM0004354 through 4368 | 511 |
| Exhibit 474 | document BDCM0008936 | 513 |
| Exhibit 88 | document previously marked Exhibit 88 | 518 |
| Exhibit 475 | document Yucaipa 716327 | 530 |
| Exhibit 476 | document BDCM0034431 and 34432 | 532 |
| Exhibit 477 | document BDCM0002457 | 535 |
| Exhibit 478 | document YUCAIPA DEPO 00000001 through 222 | 554 |
| Exhibit 374 | document previously marked Exhibit 374 | 577 |
| Exhibit 479 | document AHS00094077 | 580 |

Page 313

```
             E X H I B I T S  (CONT'D.)
EXHIBIT NO.   DESCRIPTION                        PAGE
Exhibit 275   document previously marked         587
              Exhibit 275

Exhibit 480   document entitled Amended          601
              Responses and Objections of
              BDCM Opportunity Fund II LLP
              and Black Diamond Clo 2005-1
              Ltd. to Mark Gendregske's
              First Set of Interrogatories


QUESTIONS MARKED FOR LATER RULING
        Page  Line
        344   3
**original exhibits returned with original transcript
  by APTUS COURT REPORTING to
GIBSON DUNN & CRUTCHER LLP
(exhibit index concluded)
```

Page 314

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be preserved to the time of trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the officer before whom the within deposition was taken.

Page 315

---

P R O C E E D I N G S

8:39 a.m.

New York, New York

---

THE VIDEOGRAPHER: Stand by, please. Okay. We are now on the record. Today's date is May 9, 2019, and the time is 8:39 a.m. This is Volume II in the continuing deposition of Richard Ehrlich. We have one new counsel joining us today.

If you could, please, introduce yourself for the record.

MR. SCOLNICK: Kahn Scolnick, Gibson Dunn, here on behalf of Yucaipa and various individual defendants.

THE VIDEOGRAPHER: Okay. And if we could, please, have the witness resworn.

CERTIFIED STENOGRAPHER: (Complies.)

(Whereupon, the Certified Realtime Stenographer administered the oath to the witness.)

THE VIDEOGRAPHER: I'll just introduce myself. This is Jonathan Popham, and I'm the videographer.

MR. SUH: Okay.

Page 316

R I C H A R D  A.  E H R L I C H, conducting business at Black Diamond Capital Management, One Sound Shore Drive, Suite 200, Greenwich, Connecticut 06830, having been first duly sworn or affirmed, was examined and testified as follows:

CONTINUED EXAMINATION BY MR. SUH:

BY MR. SUH:

Q. Mr. Ehrlich, when we took a break yesterday for the evening, we left off on exhibit 443, which is I believe before you.

A. It is.

Q. And I'm going to give you the same instruction that we started out yesterday with, which is given that you have been appearing for two days, both in your capacity as a corporate representative and as an individual, every question I ask you, you should presume you're being asked in your representative capacity, unless I specifically indicate that you're being asked in your individual capacity, okay?

A. Yes.

Q. All right. Exhibit 443. So at what point did you determine

Volume II  Case 13-50530-CSS   Doc 772-40   Filed 08/21/20   Page 6 of 6   In re ASHINC
Richard Ehrlich                     Confidential                              Corporation, et al.
                       Includes Professional Eyes Only Portions

Page 401

1 pages, I think yours are double side printed, and
2 the restructuring term sheet is the last four pages.
3    A.    Okay.
4    Q.    So who drafted the restructuring term
5 sheet?
6    A.    Black Diamond drafted the
7 restructuring term sheet.
8    Q.    And who at Black Diamond drafted it?
9    A.    I don't recall all the parties that
10 were involved in drafting this document.
11    Q.    Who was the primary drafter?
12    A.    I do not recall whether it was
13 someone at Black Diamond or counsel for Black
14 Diamond.  I don't recall.
15    Q.    Okay.  Would you have been the
16 person -- and you now I'm asking you in your
17 individual capacity, Rich Ehrlich, would you have
18 been the person at Black Diamond who was primarily
19 responsible for drafting the restructuring term
20 sheet?
21    A.    With the aid of counsel potentially,
22 yes.
23    Q.    When you did draft the restructuring
24 term sheets, would you take -- would you draft first
25 draft and then hand it to counsel or would you get

Page 402

1 something from counsel and edit it?
2    A.    I don't know what happened here.
3    Q.    Okay.  Can you describe generally
4 what the purpose of the restructuring term sheet,
5 that is made part of exhibit 456, was?
6         MR. ZAIGER:  Objection to form.
7    A.    Sure.  In order to do that, I'm going
8 to need to read the whole term sheet.  Are you good
9 with that?
10    Q.    Well, are you familiar with the term
11 sheet as it stands?
12    A.    I would -- I'd need to refresh --
13    Q.    Okay.
14    A.    -- to answer your question.
15    Q.    Take a moment.  Mr. Ehrlich?
16    A.    Yes.
17    Q.    Do you still -- are you going to read
18 the whole document?
19    A.    I'm really refreshing myself with it.
20 I apologize.  I've seen a lot of documents over the
21 last few days.
22    Q.    Well, why don't I start by asking you
23 some preliminary questions before you get to the end
24 of it.
25    A.    Sure.

Page 403

1    Q.    If you need to continue reading every
2 last detail of it --
3    A.    Sure.
4    Q.    My question may not even reach those
5 details.
6    A.    Go ahead.
7    Q.    Who initiated the discussions
8 regarding the Project Evil term sheet?
9    A.    I don't recall.  I don't recall.  It
10 may have been Mike Riggs and it may have been Black
11 Diamond.
12    Q.    Is the buyer in the term sheet -- is
13 the contemplated buyer JCT?
14    A.    Pretty sure this was with Mike Riggs.
15 I don't know why we wouldn't have defined buyer.
16    Q.    But it would have either been Mike
17 Riggs or JCT?
18    A.    Or some other company.  My
19 recollection is is the buyer was some company
20 affiliated with Mike Riggs.
21    Q.    So Mike Riggs, JCT or some other
22 company associated with Mike Riggs?
23    A.    That's my recollection.
24    Q.    Okay.  How did you become aware that
25 Mike Riggs or an entity associated with Mike Riggs

Page 404

1 was interested in acquiring Allied?
2    A.    I think we knew Mike Riggs was
3 interested in acquiring Allied back when the ComVest
4 deal.
5    Q.    And so was it that Black Diamond
6 reached out to Mike Riggs to initiate this proposal
7 that's contained in exhibit 456?
8         MR. ZAIGER:  Objection to form.
9    A.    Yeah, I don't recall who initiated
10 it.
11    Q.    Okay.  Did Black Diamond believe that
12 Allied was insolvent as of March 31 of 2011?
13         MR. ZAIGER:  Objection to form.
14    A.    It appears that Black Diamond had
15 concerns that Allied may have been insolvent at that
16 point in time.
17    Q.    Okay.  And what was -- what were your
18 concerned based upon?
19    A.    I'm not sure, but I'm just saying it
20 because this is a restructuring term sheet.
21 Generally, you have restructuring term sheets for
22 companies that need to be restructured.  Typically
23 insolvent companies need to be restructured.
24    Q.    All right.  So if you look at page
25 two of the term sheet, it creates two debt