**REDACTED**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>　　　　　　　Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>　　　　　　　Intervenors,<br><br>　　　　　　　v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>　　　　　　　Defendants. | Adv. Proc. No. 13-50530 |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co- | Adv. Pro. No. 14-50971 (CSS) |

administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,

                Plaintiff,

v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,

                Defendants.

## DECLARATION OF KAHN SCOLNICK
## IN SUPPORT OF YUCAIPA DEFENDANTS' OPPOSITION TO THE LITIGATION
## TRUSTEE'S MOTION FOR SUMMARY JUDGMENT

YOUNG CONAWAY
STARGATT & TAYLOR, LLP
Michael R. Nestor (No. 3526)
Edmon L. Morton (No. 3856)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
mnestor@ycst.com

- and-

GIBSON, DUNN & CRUTCHER LLP
Maurice M. Suh (*Pro Hac Vice*)
Robert A. Klyman (*Pro Hac Vice*)
Kahn Scolnick (*Pro Hac Vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
msuh@gibsondunn.com

*Attorneys for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner.*

## DECLARATION OF KAHN SCOLNICK

I, Kahn Scolnick, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court *pro hac vice*, and I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, attorneys of record for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., (collectively, "Yucaipa"), Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner (collectively, the "Director Defendants"), and Ronald Burkle (collectively, with the Director Defendants, the "Individual Defendants," and with Yucaipa, the "Yucaipa Defendants").  I submit this declaration in support of the Yucaipa Defendants' Opposition to the Litigation Trustee's Motion for Partial Summary Judgment.

2. I have personal knowledge of the facts set forth in this declaration and, if called to testify, I could and would competently testify to them.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the certified transcript of the deposition of Scott Macaulay taken in Case No. 12-11564 on June 12, 2013.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the certified transcript of the Rule 30(b)(6) deposition of The CIT Group/Business Credit, Inc. ("CIT"), and the deposition of Michael Aliberto taken in this matter on November 15, 2018.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the certified transcript of the Rule 30(b)(6) deposition of Troutman Sanders LLP and the deposition of Hazen Dempster taken in this matter on April 23, 2019.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the portion of the certified transcript of the deposition of Leslie Meier that is not designated "Attorneys' Eyes Only" and taken in this matter on April 30, 2019.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the portion of the certified transcript of the deposition of Leslie Meier that is designated "Attorneys' Eyes Only" and taken in this matter on April 30, 2019.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the certified transcript of the deposition of Jonathan Ornstein taken in this matter on October 3, 2018, excerpts of which are attached as Exhibit 91 to the Declaration of Gila S. Singer in support of the Litigation Trustee's Motion for Partial Summary Judgment ("Singer Decl.").

9. Attached hereto as **Exhibit 7** is a true and correct copy of the certified transcript of the Rule 30(b)(6) deposition of Spectrum Investment Partners, L.P., SIPI Master Ltd., Khroma Special Situations Master SPC Ltd – Class A-1, Spectrum Group Management LLC, and Spectrum Commercial Finance, LLC (collectively, "Spectrum"), and the deposition of Jeffrey Schaffer taken in this matter on March 22, 2019.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the certified transcript of the Rule 30(b)(6) deposition of ComVest Investment Partners II, L.P. ("ComVest"), and the deposition of Mark Hughes taken in this matter on January 22, 2019.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the certified transcript of the deposition of T. Michael Riggs taken in *Riggs v. Comvest Investment Partners III, L.P.*, Case No. 502009CA042921 (Fla. 15th Cir. Ct.) on February 26, 2013, and marked as deposition Exhibit 72.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by Spectrum in this matter as Bates Nos. SPEC0005188 through 5192 and marked as deposition Exhibit 210.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates No. Yucaipa079782 and marked as deposition Exhibit 419.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Rebuttal Expert Report of Yvette R. Austin Smith dated November 12, 2019.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by Spectrum in this matter as Bates Nos. SPEC0003973 through 3975 and marked as deposition Exhibit 242.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a document bearing the production numbers Allied_12-11564_Committee_0011228 through 11230, and marked as deposition Exhibit 330.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by Allied Systems Holdings, Inc. ("Allied") in this matter as Bates Nos. AHS00137584 through 137585.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced in this matter bearing the production numbers YCP-ALLIED-00003514 through 3523 and marked as deposition Exhibit 179.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by Allied in this matter as Bates No. AHS00120816.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates Nos. YUCAIPA702040 through 702042, and marked as deposition Exhibit 71.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates Nos. Yucaipa080356 through 80358 and marked as deposition Exhibit 434.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by ComVest in this matter as Bates Nos. COMVEST002357 through 2359 and marked as deposition Exhibit 235.

23. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of a document marked as deposition Exhibit 356 and produced by the Yucaipa Defendants in this matter as Bates Nos. YUCAIPA_DEPO00001199 through 1203.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates No. Yucaipa079760 and marked as deposition Exhibit 428.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates No. Yucaipa079727 and marked as deposition Exhibit 430.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates No. Yucaipa081988 and marked as deposition Exhibit 432.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the Expert Report of J. Scott Victor dated September 27, 2019.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a document produced by Allied in this matter as Bates No. AHS00093840.

29. Attached hereto as **Exhibit 27** is a true and correct copy of a document produced by Allied in this matter as Bates Nos. AHS00019476 through 19486 and marked as deposition Exhibit 199.

30. Attached hereto as **Exhibit 28** is a true and correct copy of a document produced by The CIT Group/Business Credit, Inc. ("CIT") in this matter as Bates No. CIT0000019999.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a document produced by Spectrum in this matter as Bates Nos. SPEC0011038 through 11043 and marked as deposition Exhibit 251.

32. Attached hereto as **Exhibit 30** is a true and correct copy of the Expert Report of Michael Wysocki dated September 27, 2019.

33. Attached hereto as **Exhibit 31** is a true and correct copy of the Declaration of Scott D. Macaulay In Support of Chapter 11 Petitions and First Day Motion dated June 10, 2012, found at Docket Number 80 in Case No. 12-11564.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a document produced by Black Diamond in this matter as Bates No. BDCM0006152 and marked as deposition Exhibit 656.

35. Attached hereto as **Exhibit 33** is a true and correct copy of the Expert Report of William B. Chandler III dated September 27, 2019.

36. Attached hereto as **Exhibit 34** is a true and correct copy of the Rebuttal Expert Report of William B. Chandler III produced on November 12, 2019.

37. Attached hereto as **Exhibit 35** is a true and correct copy of the meeting minutes of the Board of Directors of Allied, dated July 29, 2010, produced by the Official Committee of

Unsecured Creditors ("Committee") in this matter as Bates Nos. CMTE-AP-00004733 through 4735.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a document produced by Black Diamond in this matter as Bates Nos. BDCM0011764 through 11767 and marked as deposition Exhibit 437.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates No. YUCAIPA716327 and marked as deposition Exhibit 475.

40. Attached hereto as **Exhibit 38** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates No. YUCAIPA722403 and marked as deposition Exhibit 648.

41. Attached hereto as **Exhibit 39** is a true and correct copy of a document produced by Black Diamond in this matter as Bates Nos. BDCM0032066 through 32068.

42. Attached hereto as **Exhibit 40** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates Nos. YUCAIPA664788 through 664795.

43. Attached hereto as **Exhibit 41** is a true and correct copy of the meeting minutes of the Board of Directors of Allied, dated September 23, 2012.

44. Attached hereto as **Exhibit 42** is a true and correct copy of the official transcript from a hearing held in a related matter before this Court on July 30, 2013, found at Docket Number 271 in Case No. 12-50947.

45. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates Nos. YUCAIPA837072 through 837073 and marked as deposition Exhibit 569.

46. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced by Spectrum in this matter as Bates Nos. SPEC 0000856 through 859 and marked as deposition Exhibit 126.

47. Attached hereto as **Exhibit 45** is a true and correct copy of the Summons and Complaint filed on October 5, 2011 in *Commerzbank AG v. Black Diamond Capital Holdings, L.L.C.*, Case No. 11-652733 (N.Y. Sup. Ct.) found at Docket Number 1 and marked as deposition Exhibit 375.

48. Attached hereto as **Exhibit 46** is a true and correct copy of a document produced by the Yucaipa Defendants in this matter as Bates No. Yucaipa079872 and marked as deposition Exhibit 365.

49. Attached hereto as **Exhibit 47** is a true and correct copy of a document produced by Spectrum in this matter as Bates Nos. SPEC 0010927 through 10932 and marked as deposition Exhibit 249.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on this 20th day of August, 2020, at La Cañada Flintridge, California.

*/s/ Kahn Scolnick*