# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>                  Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>                  Intervenors,<br><br>                  v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                  Defendants. | Adv. Proc. No. 13-50530 (CSS) |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors, and Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Jos Opdeweegh, Derex Walker, Ira Tochner, and Jeff Pelletier, and Defendant Mark Gendregske, hereby stipulate and agree as follows:

1. The above-captioned adversary proceeding (the "Action") is dismissed in its entirety with prejudice with respect to Defendants Jos Opdeweegh, Derex Walker, Ira Tochner, Jeff Pelletier, Joseph Tomczak, James Frank, and Defendant Mark Gendregske.[2]

2. This Court previously determined that, absent consent of the parties, it cannot enter final orders or judgments consistent with Article III of the United States Constitution as to Mr. Gendregske.  [D.I. 335, 336].  Nevertheless, the parties (including Mr. Gendregske) have consented to this stipulation and consent to entry of any such Order approving this stipulation.

[*Signature Page Follows*]

---

[2] The Action was previously dismissed against Defendants James Frank [D.I. 138] and Joseph Tomczak without prejudice [D.I. 690], and the Ninth Cause of Action was previously dismissed against Defendants Mark Gendregske [D.I. 691] and Derex Walker [D.I. 694] without prejudice.  The entire Action is now dismissed against these Defendants with prejudice.

2

Dated: December 1, 2020
Wilmington, Delaware

STIPULATED AND AGREED:

| | |
|---|---|
| FOX ROTHSCHILD LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Seth A. Niederman* | */s/ Michael S. Neiburg* |
| Seth A. Niederman (No. 4588) | Michael R. Nestor (No. 3526) |
| Citizens Bank Center | Michael S. Neiburg (No. 5275) |
| 919 North Market Street, Suite 300 | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 654-7444 | Telephone: (302) 571-6600 |
| Email: sniederman@foxrothschild.com | Facsimile: (302) 571-1253 |
| | Email: mnestor@ycst.com |
| -and- | mneiburg@ycst.com |
| JOSEPH HAGE AARONSON LLC | -and- |
| Gregory P. Joseph | |
| Douglas J. Pepe | GIBSON, DUNN & CRUTCHER LLP |
| Gila S. Singer | Robert A. Klyman |
| 485 Lexington Avenue, 30th Floor | Maurice M. Suh |
| New York, NY 10017 | Kahn Scolnick |
| Telephone: (212) 407-1200 | 333 South Grand Avenue |
| Email: gjoseph@jha.com | Los Angeles, CA 90071 |
| | Telephone: (213) 229-7000 |
| -and- | Email: rklyman@gibsondunn.com |
| ZAIGER LLC | *Attorneys for Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner* |
| Jeffrey H. Zaiger | |
| 432 Park Avenue, Suite 19A | |
| New York, NY 10022 | |
| Telephone: (917) 572-7701 | |
| Email: jzaiger@zaigerllc.com | |
| *Counsel for Litigation Trustee* | |

3

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (DE Bar No. 3376)
Tamara K. Mann (DE Bar No. 5643)
1201 N. Market Street, Suite 1600
PO Box 1347
Wilmington, DE 19801
Tel.: (302) 658-9200
Fax: (302) 658-3989
dabbot@mnat.com

-and-

ARNOLD & PORTER
KAYE SCHOLER LLP
John Massaro
Ian S. Hoffman
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000

*Counsel for Mark Gendregske*