# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ASHINC Corporation, *et al.*[1], <br><br>                    Debtors. | Chapter 11 <br><br> Case No. 12-11564 (CSS) <br> (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, <br><br>                    Plaintiff, <br><br> BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., <br><br>                    Intervenors, <br><br> v. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, <br><br>                    Defendants. | Adv. Proc. No. 13-50530 |

---

[1]     The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                              Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                              Defendants. | Adv. Pro. No. 14-50971 (CSS) |

## **DECLARATION OF JEFFREY A. SCHAFFER**

I, JEFFREY A. SCHAFFER, declare as follows

      1.      I am the Managing Member of Spectrum Group Management LLC, which is the investment manager for Spectrum Investment Partners, L.P. ("Spectrum").  I submit this Declaration in support of the Litigation Trustee's Reply in Further Support of Her Partial Motion for Summary Judgment.  The information in this Declaration is of my own personal knowledge, and, if called as a witness, I could and would testify competently thereto.

      2.      In the days leading up to Allied's involuntary bankruptcy filing on May 17, 2012, Black Diamond and Spectrum ("BD/S"), together with our shared counsel at Schulte Roth & Zabel, participated on multiple calls with representatives from Yucaipa and Yucaipa's counsel. These calls were to address BD/S's understanding that Yucaipa had been negotiating to sell its

2

Allied debt holdings to Jack Cooper Transport ("JCT") at a substantially higher price to what JCT was contemporaneously offering to BD/S. BD/S set up these calls because it wanted to know whether Yucaipa was prepared to renegotiate its deal with JCT to ensure BD/S received equal and ratable treatment on account of its Allied debt holdings, and to commit that BD/S would receive equal and ratable treatment in any transaction of Allied's First Lien debt (with JCT or otherwise).

3. I understand that Yucaipa has taken the position in these proceedings that it agreed in the course of these discussions leading up to the bankruptcy filing that "all Lenders would be treated ratably" and that it would submit to JCT "an offer to sell, transfer and otherwise dispose to the JCT Entities all of the Lenders Claims' at 107% of par." (Opp. at 24). These statements are not true.

4. Yucaipa never agreed, in principle or otherwise, that BD/S or other Allied Lenders would receive equal and ratable treatment in connection with a transaction with JCT, or any other transaction relating to Allied First Lien debt. BD/S's counsel circulated a draft agreement to Yucaipa that would have provided equal and ratable treatment, but Yucaipa never responded to it before the deadline of an agreed-upon bankruptcy standstill period that expired at 5:00 p.m. EST on May 17, 2012.

5. BD/S authorized its counsel to file for involuntary bankruptcy and to move for the appointment of a Trustee after the 5 p.m. standstill deadline on May 17, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2020

_____
Jeffrey A. Schaffer