

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No:  302.622.4238
Email: SNiederman@FoxRothschild.com

February 8, 2021

**BY ELECTRONIC FILING**

The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re:  ASHINC Corporation, et al.*, Case No. 12-11564 (CSS)
      *Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa American Alliance Fund I, L.P., et al.,* **Adv. Proc. No. 13-50530 (CSS), and** *BDCM Opportunity Fund II, LP, et al. v. Yucaipa American Alliance Fund I, L.P., et al.*, **Adv. Proc. No. 14-50971 (CSS)**

Dear Chief Judge Sontchi:

The parties agree on simultaneous submissions of 5-page letter briefs addressing the *Maxus* case at 2:00 p.m. on February 19, 2021.  We are available at the Court's convenience should Your Honor have any questions.

          Respectfully,

          */s/ Seth A. Niederman*
          Seth A. Niederman
          DE Bar No. 4588

cc (*via email*):
Michael R. Nestor, Esq.
Michael S. Neiburg, Esq.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

021411\00037\119382899.v1