

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

February 8, 2021

**BY ELECTRONIC MAIL AND ECF**

The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re: ASHINC Corporation, et al.*, **Case No. 12-11564 (CSS)**
       *ASHINC Corporation v. AMMC VIII, Limited, et al.*, **Adv. Proc. No. 12-50947 (CSS)**,
       *Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa American Alliance Fund I, L.P., et al.,* **Adv. Proc. No. 13-50530 (CSS) and** *BDCM Opportunity Fund II, LP, et al. v. Yucaipa American Alliance Fund I, L.P., et al.*, **Adv. Proc. No. 14-50971 (CSS)**

Dear Judge Sontchi:

    Together with Joseph Hage Aaronson LLC and Zaiger LLC, this firm represents Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee"), in connection with the above-referenced Adversary Proceedings. Pursuant to the Order dated June 25, 2020, we respectfully submit this status report on behalf of the Trustee. This status report supplements the earlier reports submitted to the Court by both the Trustee and the Unsecured Creditors' Committee, which are incorporated by reference herein.[1]

---

[1]    Unless otherwise defined, all capitalized terms herein shall have the same meaning as in the prior status reports.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

773770\01906\119389036.v1



The Honorable Christopher S. Sontchi
United States Bankruptcy Court
February 8, 2021
Page 2

    Fact discovery closed on July 26, 2019, and expert discovery closed on January 10, 2020. The parties each filed summary judgment motions on May 1, 2020, which were fully briefed on December 18, 2020. Oral argument took place on February 4, 2021.

    At argument, Your Honor requested that the parties submit supplemental letter briefing addressing the impact on the parties' cross-motions, if any, of Your Honor's decision in *In re Maxus Energy Corp.*, 2019 WL 647027 (Bankr. D. Del. Feb. 15, 2019). The parties have conferred and agreed to a mutual submission and exchange of 5-page letter briefs via email on February 19, 2021, at 2:00 p.m. Eastern. The letter briefs will also be filed via ECF.

    We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Seth A. Niederman*
Seth A. Niederman
DE Bar No. 4588

cc (*via email*):
Derek C. Abbott, Esq.
John C. Massaro, Esq.
Michael R. Nestor, Esq.
Michael S. Neiburg, Esq.
Robert A. Klyman, Esq.
David L. Buchbinder, Esq.
Maurice M. Suh, Esq.
Kahn A. Scolnick, Esq.
Ian S. Hoffman, Esq.