# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al*[1], | Case No. 12-11564 (CSS) (Jointly Administered) |
| Debtors. | |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS | Adv. Proc. No. 13-50530 (CSS) |
| Plaintiff, | |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | |
| Defendants. | |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>      Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>      Defendants. | Adv. Pro. No. 14-50971 (CSS) |

**ORDER GRANTING AN EXTENSION OF TIME FOR THE LITIGATION TRUSTEE TO FILE RESPONSES TO YUCAIPA'S RULE 9033(B) OBJECTIONS TO FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**WHEREAS**, the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, issued an Order dated May 4, 2021 (the "**Order**," 13-50530, D.I. 826; 14-50971, D.I. 564), granting in part and denying in part the motion for the summary judgment of Plaintiff Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors (the "**Litigation Trustee's Motion**"), and granting in part and denying in part the motion for the summary judgment of Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. ("**Yucaipa's Motion**");

**WHEREAS,** the Order was based upon the Court's Opinion dated May 4, 2021 (the "**Opinion**," 13-50530, D.I. 825; 14-50971, D.I. 563);

**WHEREAS**, the Order directed the Parties to submit a proposed form of Judgment consistent with the Opinion and Order within 14 days;

**WHEREAS**, on May 18, 2021, the Litigation Trustee submitted a proposed form of Judgment as directed by the Court;

**WHEREAS**, on May 18, 2021, Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (together, "**Yucaipa**"), filed an Objection to Entry of Judgment and Additional Objections to the Proposed Form of Judgment Submitted by the Litigation Trustee; Request for Stay in the Alternative (the "**Yucaipa Judgment Objection**" 13-50530, D.I. 830, 14-50971, D.I. 568);

**WHEREAS,** on May 18, 20121, Yucaipa also filed an Objection to Proposed Findings of Fact and Conclusions of Law Pursuant to FRBP 9033 (the "**Yucaipa Rule 9033 Objections**" 13-50530, D.I. 828, 14-50971, D.I. 566);

**WHEREAS**, Bankruptcy Rule 9033(b) requires any response to the Yucaipa Rule 9033 Objections to be filed within 14 days of receipt of the objections, which in the case of the Yucaipa Rule 9033 Objections is June 1, 2021 (the "**Response Deadline**");

**WHEREAS**, on May 19, 2021, the Court directed the Litigation Trustee to submit further briefing related to issues raised in the Yucaipa Judgment Objection (the "**Trustee Judgment Response**");

**WHEREAS**, the issues to be addressed in the Trustee Judgment Response overlap with the issues raised in the Yucaipa Rule 9033 Objections, such that the Court has indicated that it will grant an extension of the Response Deadline to allow the Litigation Trustee to address the Yucaipa Rule 9033 Objections in the Trustee Objection Response; now, therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to Bankruptcy Rule 9033(c), the Response Deadline for the Litigation Trustee to respond to the Yucaipa Rule 9033 Objections is extended by 21 days to June 22, 2021.

.

Dated: June 1st, 2021  
Wilmington, Delaware

CHRISTOPHER S. SONTCHI  
UNITED STATES BANKRUPTCY JUDGE