

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
COSTA MESA, CA

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

LOS ANGELES

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

SAN FRANCISCO

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

NEW YORK

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

COSTA MESA

650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**

FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Laura Davis Jones

September 13, 2021

ljones@pszjlaw.com
302.778.6401

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, Delaware 19801-3555

**Re: Youngman, et al. v. Yucaipa American Alliance Fund I, L.P. et al. (Civil Action Nos. 21-cv-994 and 21-cv-995); In re: ASHINC Corporation, et al. (Civil Action No. 21-cv-1060)**

Dear Chief Judge Connolly:

Our firm together with Glaser Weil represents Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.S (collectively, "Yucaipa") in the referenced matters pending in the District Court and Bankruptcy Court. The matters include both the appeals of the two subject adversary proceedings (Civil Action Nos. 21-cv-994 and 21-cv-995)), and the related Bankruptcy Rule 9033 referral as to one of the adversary proceedings (Civil Action No. 21-cv-1060) arising from the identical alleged breach of the same underlying agreements. We write to seek guidance with respect to filing pleadings with the Court in the near term as to both interrelated matters.

By Recommendation dated August 2, 2021, Chief Magistrate Judge Thynge recommended in part that "No briefing schedule be entered until after further mediation with Judge Weinstein and Mr. Melnick is completed." (Recommendation at ¶4). By Order dated August 11, 2021, Your Honor adopted that provision of the Recommendation. Pursuant to this Court's standing orders, "[a]ll briefing in connection with the appeal and all motion practice on appeal shall be deferred during the pendency of mediation unless the Court determines otherwise." Sept. 11, 2012 Standing Order at ¶2(b)(i).

DOCS_DE:236017.2 96991/001



September 13, 2021
Page 2

As we disclosed to the Trustee's counsel when coordinating a trial date in Bankruptcy Court (presently scheduled to start February 7, 2022), Yucaipa intends to file pleadings, including, among other possible items, motions to withdraw the reference over the two adversary proceedings.

While the filings Yucaipa intends to make are directly related to the underlying adversary proceedings at issue in those appeals and the Bankruptcy Rule 9033 proceeding, they would not be briefings in connection with the appeal nor "motion practice on appeal." Although we do not believe the Court intends to prohibit the filing of any papers in connection with these proceedings until the mediation is concluded unless directly related to the appeals themselves, Yucaipa does not want to violate the Court's Orders. Yucaipa does not, however, want to lose an opportunity to file pleadings that Yucaipa believes must be considered by the Court prior to the pending trial scheduled in Bankruptcy Court on the claims for relief remaining pending in the adversary proceedings.

Accordingly, we bring the issue before the Court now, early in the mediation process and while sufficient time remains for the filing of pleadings and the disposition of issues, for the Court's guidance.

We thank the Court in advance for your attention to this matter.

Respectfully submitted,

*/s/ Laura Davis Jones*

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP

*Counsel for Yucaipa*

cc: Bankruptcy Judge Christopher S. Sontchi (via Chambers email)
    Counsel to the Trustee (via email)

DOCS_DE:236017.2 96991/001