# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ASHINC CORPORATION, *et al.*, <br><br>     Debtors. | Chapter 11 <br><br> Case No. 12-11564 (CSS) <br><br> (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, <br><br>     Plaintiff, <br><br> BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., <br><br>     Intervenors, <br><br> v. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., <br><br>     Defendants. | Adv. Proc. No. 13-50530 (CSS) |

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                     Plaintiff,<br><br>                     v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>                     Defendants. | Adv. Proc. No. 14-50971 (CSS) |

**NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO MOTION OF YUCAIPA AMERICAN ALLIANCE FUND I, L.P. AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P. FOR ENTRY OF AN ORDER PURSUANT TO 28 U.S.C. § 157(D) AND BANKRUPTCY RULE 5011(A) WITHDRAWING THE REFERENCE OF ADVERSARY PROCEEDINGS, AND REQUEST FOR TRANSMITTAL TO DISTRICT COURT PURSUANT TO <u>LOCAL BANKRUPTCY RULE 5011-1</u>**

PLEASE TAKE NOTICE that on February 1, 2013, the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the cases of the above-captioned debtors (the "<u>Debtors</u>"), filed the *Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims* [Adv. Docket No. 1] with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") in Adv. Proc. No. 13-50530-CSS (the "<u>Estate Action</u>").

PLEASE TAKE FURTHER NOTICE that on March 14, 2013, the Committee filed the *Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims* [Adv. Docket No. 76] in the Estate Action.

PLEASE TAKE FURTHER NOTICE that on November 19, 2014, plaintiffs BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd. (collectively, "Black Diamond"), and Spectrum Investment Partners, L.P. ("Spectrum," and together with Black Diamond, "BD/S") filed the *Complaint for (I) Equitable Subordination, (II) Breach of Contract, (III) Breach of the Implied Duty of Good Faith and Fair Dealing, and (IV) Tortious Interference with Contract* [Adv. Docket No. 1] with the Court in Adv. Proc. No. 14-50971-CSS (the "Lender Action," and together with the Estate Action, the "Actions").

PLEASE TAKE FURTHER NOTICE that on October 4, 2021, Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa") filed the *Motion of Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. for Entry of an Order Pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a) Withdrawing the Reference of Adversary Proceedings.* [Adv. 13-50530, Adv. Docket No. 890; Adv. 14-50971, Adv. Docket No. 625] (the "Motion to Withdraw the Reference") in the Actions.

PLEASE TAKE FURTHER NOTICE that all briefing with respect to the Motion to Withdraw the Reference has been completed. Below is a list of all relevant pleadings and respective docket numbers related to the Motion to Withdraw the Reference:

1. *Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims* [Filed 2/1/13] (Adv. 13-50530, Adv. Docket No. 1)

2. *Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims* [Filed 3/14/13] (Adv. 13-50530, Adv. Docket No. 76)

3. *Answer and Affirmative Defense of Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P to Plaintiff's Complaint* [Filed 2/11/13] (Adv. 13-50530, Adv. Docket No. 16)

4. *Answer and Affirmative Defense of Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P to Plaintiff's Amended Complaint* [Filed 4/1/13] (Adv. 13-50530, Adv. Docket No. 95)

5. *Complaint for (I) Equitable Subordination, (II) Breach of Contract, (III) Breach of the Implied Duty of Good Faith and Fair Dealing, and (IV) Tortious Interference with Contract* [Filed 11/19/14] (Adv. 14-50971, Adv. Docket No. 1)

6. *Answer to Complaint* [Filed 2/19/15] (Adv. 14-50971, Adv. Docket No. 19; Sealed Version, Docket No. 33)

7. *Motion of Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. for Entry of an Order Pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a) Withdrawing the Reference of Adversary Proceedings.* [Filed 10/4/21] (Adv. 13-50530, Adv. Docket No. 890; Adv. 14-50971, Adv. Docket No. 625)

8. *Litigation Trustee's Opposition to Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Entry of an Order Pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a) Withdrawing the Reference of Adversary Proceedings* [Filed 11/1/21] (Adv. 13-50530, Adv. Docket No. 895; Adv. 14-50971, Adv. Docket No. 630)

9. *Reply in Support of Motion of Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. for Entry of an Order Pursuant to 28*

U.S.C. § 157(d) and Bankruptcy Rule 5011(a) Withdrawing the Reference of Adversary Proceedings* [Filed 11/18/21] (Adv. 13-50530, [Adv. Docket No. 898](#); Adv. 14-50971, [Adv. Docket No. 633](#))

10. *Request for Oral Argument* [Filed 11/22/21] ([Adv. 13-50530, Adv. Docket No. 900](#); [Adv. 14-50971, Adv. Docket No.635](#))

Pursuant to Rule 5011-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Motion to Withdraw the Reference is ready for transmittal to the United States District Court for the District of Delaware.

Dated: November 22, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com
  dbertenthal@pszjlaw.com
  pkeane@pszjlaw.com

-and-

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Patricia L. Glaser (*admitted pro hac vice*)
Gali Grant (*admitted pro hac vice*)
Matthew P. Bernstein (*admitted pro hac vice*)
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Fax: (310) 556-2920
Email: pglaser@glaserweil.com
  ggrant@glaserweil.com
  mbernstein@glaserweil.com

*Counsel for Yucaipa*