

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323

Tel (302) 654-7444  Fax (302) 656-8920

www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

January 7, 2022

**BY ELECTRONIC MAIL AND ECF**

The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re: ASHINC Corporation, et al.*, Case No. 12-11564 (CSS)
      *Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa American Alliance Fund I, L.P., et al.*, Adv. Proc. No. 13-50530 (CSS) and *BDCM Opportunity Fund II, LP, et al. v. Yucaipa American Alliance Fund I, L.P., et al.*, Adv. Proc. No. 14-50971 (CSS)

Dear Judge Sontchi:

Together with Joseph Hage Aaronson LLC, Zaiger LLC, and Cohen & Gresser LLP, this firm represents Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee"), in connection with the above-referenced Adversary Proceedings. Pursuant to the Order dated June 25, 2020, we respectfully submit this status report on behalf of the Trustee. This status report supplements the earlier reports submitted to the Court by both the Trustee and the Unsecured Creditors' Committee, which are incorporated by reference herein.[1]

Trial on the Trustee's remaining claims is scheduled to begin on February 7, 2022. In light of Your Honor's Announcement regarding the recent surge in COVID-19 cases, both sides understand that this trial will be held remotely.

---

[1] Unless otherwise defined, all capitalized terms herein shall have the same meaning as in the prior status reports.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington

126548731.1

<em>n/a</em>
<p>...</p>

---

<p></p>



The Honorable Christopher S. Sontchi
United States Bankruptcy Court
January 7, 2022
Page 2

    Pursuant to the Stipulated Trial Scheduling Order so-ordered on December 10, 2021 (the "Trial Order"), the parties have exchanged drafts of proposed (1) witness lists; (2) exhibit lists; and (3) deposition designations. The parties are cooperating to meet the remaining deadlines in the Trial Order. In the course of meeting and conferring, the parties have reached an impasse on an issue with respect to the scope of trial. The Trustee has notified Yucaipa that we are planning promptly to file a motion to exclude evidence that the Fourth Amendment was entered into in good faith, and for an order clarifying the scope of trial. The parties are conferring on a proposed briefing schedule for the motion and agree that it should be heard as expeditiously as possible, in light of the proximity of the upcoming trial.

    Briefing on Yucaipa's appeals from Your Honor's Order and Judgment on the parties' cross-motions for summary judgment (Civil Action Nos. 21-cv-994 and 21-cv-995) is currently stayed, by Order of Chief District Judge Conolly. On October 4, 2021, Yucaipa moved for withdrawal of the reference with respect to the above-referenced Adversary Proceedings. The motions have been transmitted to the District Court and remain pending before Judge Connolly (Civil Action Nos. 1:21-cv-01649 and 1:21-cv-01650).[2]

    In connection with her efforts to collect on the $132,431,957 Judgment entered against Yucaipa following summary judgment, the Trustee has filed Adv. Proc. No. 21-51179, asserting violations of the Uniform Fraudulent Transfer Act ("UFTA") and seeking declaratory judgment against Yucaipa and its investors who received distributions from Yucaipa which are voidable as fraudulent transfers under the UFTA. By so-ordered stipulation, the parties have agreed to extend the deadline to respond to the complaint until after the upcoming trial in the above-referenced Adversary Proceedings.

    We are available at the Court's convenience should Your Honor have any questions.

    Respectfully,

    */s/ Seth A. Niederman*
    Seth A. Niederman
    DE Bar No. 4588

cc (*via email*):
Laura Davis Jones, Esq.
Patricia L. Glaser, Esq.
David L. Buchbinder, Esq.

---

[2] Yucaipa's appeal of Adv. Proc. No. 12-50947, also pending before Judge Conolly, remains stayed by court order and agreement of the parties pending the outcome of the above-referenced Adversary Proceedings. (Civil Action No. 1:18-cv-01467).

126548731.1