# **Exhibit 1**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>           Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>           Intervenors,<br><br>           v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>           Defendants. | Adv. Pro. No. 13-50530 (CSS) |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                      Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>                      Defendants. | Adv. Pro. No. 14-50971 (CSS) |

## AMENDED TRIAL SCHEDULING ORDER

This Stipulation is entered into by and between Plaintiff Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors (the "Litigation Trustee"), and Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (together, "Yucaipa", and with the Litigation Trustee, the "Parties").

WHEREAS, on February 1, 2013, the Official Committee of Unsecured Creditors of ASHINC Corporation and its affiliated debtors filed a complaint against Yucaipa. [Adv. Pro. No. 13-50530; D.I. 1].

WHEREAS, on November 19, 2014, BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd. filed a complaint against Yucaipa. [Adv. Pro. No. 14-150971; D.I. 1].

WHEREAS, on May 4, 2021, the Court entered an Opinion and Order granting, in part, and denying, in part, the Parties' Cross Motions For Summary Judgment. [Adv. Pro. No. 13-50530; D.I. 825; Adv. Pro. No. 14-50971; D.I. 563].

2

WHEREAS, trial on remaining claims in these matters is now scheduled to begin on March 1, 2022 (the "Trial");

WHEREAS, Yucaipa has filed (1) a Motion for Stay of Proceedings Pursuant to Bankruptcy Rule 8007 [Adv. Pro. No. 13-50530; D.I. 891; Adv. Pro. No. 14-50971; D.I. 626] (the "Stay Motion"), and (2) a Motion for Entry of an Order Pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a) Withdrawing the reference of Adversary Proceedings [Adv. Pro. No. 13-50530; D.I. 890; Adv. Pro. No. 14-50971; D.I. 625] (the "Withdrawal Motion");

WHEREAS, Yucaipa's Stay Motion was decided by Memorandum Order entered on December 6, 2021 [Adv. Pro. No. 13-50530; D.I. 907; Adv. Pro. No. 14-50971; D.I. 642];

WHEREAS, Yucaipa's Withdrawal Motion is fully-briefed but no decision has been rendered;

WHEREAS, Yucaipa enters this stipulation without prejudice to its arguments raised in the Stay Motion and the Withdrawal Motion and without consenting to the entry of final orders or judgments by the Court to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.;

WHEREAS, on December 10, 2021, the Court approved the Parties' stipulated pre-trial deadlines [Adv. Pro. No. 13-50530; D.I. 909; Adv. Pro. No. 14-50971; D.I. 644];

WHEREAS, subject to the approval of the Court, the Parties agree to the following Amended pre-trial deadlines in the event the upcoming Trial scheduled to begin on March 1, 2022, proceeds notwithstanding the Withdrawal Motion.

NOW, THEREFORE, it is hereby stipulated and agreed to as follows:

1. On or before December 30, 2021, the Parties shall exchange drafts of proposed witness lists.

2. On or before January 7, 2022, the Parties shall exchange drafts of proposed (i) exhibit lists and (ii) deposition designations.

3. On or before February 4, 2022, the Litigation Trustee shall send a draft statement of uncontested facts to Yucaipa.

4. On or before February 4, 2022, the Parties shall provide their objections, with a brief explanation, to any proposed: (i) witness, (ii) exhibit, or (iii) deposition designation.

5. On or before February 7, 2022, the Parties shall exchange counter deposition designations.

6. On or before February 11, 2022, Yucaipa shall provide the Trustee its comments, if any, to the draft statement of uncontested facts.

7. On or before February 16, 2022, the Parties shall file any motions *in limine* (not to exceed 15 pages).

8. On or before February 23, 2022, the Parties shall file any oppositions to *motion in limine* (not to exceed 15 pages).

9. On February 23, 2022, in accordance with the Chambers Procedures, the Parties will file the Joint Pre-Trial Memorandum and any trial briefs.

10. On or before 6:00 P.M. EST on February 27, 2022, the Parties shall exchange copies of any demonstrative exhibits to be used in opening statements.

11. On the morning of Trial, March 1, 2022, the Parties shall provide the Court with a copy of each deposition transcript and all exhibit binders that the Parties anticipate using at Trial.

*[Signatures on Following Page]*

5

Dated: January 13, 2022
Wilmington, Delaware

STIPULATED AND AGREED:

FOX ROTHSCHILD LLP

*/s/ Seth A. Niederman*
Seth A. Niederman (DE Bar. No. 4588)
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Email: sniederman@roxrothschild.com

-and-

JOSEPH HAGE AARONSON LLC
Gregory P. Joseph
Douglas J. Pepe
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1200
gjoseph@jhany.com

-and-

ZAIGER LLC
Jeffrey H. Zaiger
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Telephone: (917) 572-7701
jzaiger@zaigerllc.com

-and-

COHEN & GRESSER LLP
Douglas J. Pepe
800 Third Avenue
New York, New York 10022
Phone: 212-957-7605
Email: dpepe@cohengresser.com

*Counsel for Litigation Trustee*

PACHULSKI, STANG, ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4400
Email: ljones@pszjlaw.com

-and-

GLASER WIL FINK HOWARD AVCHEN & SHAPIRO LLP
Patricia Glaser
Gali Grant
Matthew Bernstein
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Email: pglaser@glaserweil.com

*Counsel for the Yucaipa Defendants*