

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

February 9, 2022

**BY ELECTRONIC MAIL AND ECF**

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re: ASHINC Corporation, et al.*, Case No. 12-11564 (CSS)
      *Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa American Alliance Fund I, L.P., et al.,* Adv. Proc. No. 13-50530 (CSS) and *BDCM Opportunity Fund II, LP, et al. v. Yucaipa American Alliance Fund I, L.P., et al.,* Adv. Proc. No. 14-50971 (CSS)

Dear Judge Sontchi:

Together with Joseph Hage Aaronson LLC, Zaiger LLC, and Cohen & Gresser LLP, this firm represents Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee"), in connection with the above-referenced Adversary Proceedings. Pursuant to the Order dated June 25, 2020, we respectfully submit this status report on behalf of the Trustee. This status report supplements the earlier reports submitted to the Court by both the Trustee and the Unsecured Creditors' Committee, which are incorporated by reference herein.[1]

Trial on the Trustee's remaining claims is scheduled to begin on March 1, 2022. In light of Your Honor's Announcement regarding the recent surge in COVID-19 cases, both sides understand that this trial will be held remotely.

---

[1]   Unless otherwise defined, all capitalized terms herein shall have the same meaning as in the prior status reports.

A Pennsylvania Limited Liability Partnership

California  Colorado  Delaware  District of Columbia  Florida  Georgia  Illinois  Minnesota
Nevada  New Jersey  New York  North Carolina  Pennsylvania  South Carolina  Texas  Washington

130447518.1



The Honorable Christopher S. Sontchi
United States Bankruptcy Court
February 9, 2022
Page 2

      Pursuant to the Amended Trial Scheduling Order entered on January 27, 2022 (the "Amended Trial Order"), the parties have exchanged drafts of proposed (1) witness lists; (2) exhibit lists; and (3) deposition designations, and objections thereto, as well as a draft statement of uncontested facts from the Trustee to Yucaipa (which Yucaipa will respond to on February 11), and counter deposition designations. The parties are cooperating to meet the remaining deadlines in the Amended Trial Order. With respect to the parties' dispute regarding the scope of trial, the Trustee filed a motion *in limine* to exclude evidence that the Fourth Amendment was entered into in good faith, and for an order clarifying the scope of trial, on January 11, 2022, which Your Honor granted at oral argument on February 8, 2022. The parties are conferring on a proposed order which will be submitted for Your Honor's approval.

      Briefing on Yucaipa's appeals from Your Honor's Order and Judgment on the parties' cross-motions for summary judgment (Civil Action Nos. 21-cv-994 and 21-cv-995) is currently stayed, by Order of Chief District Judge Conolly. On October 4, 2021, Yucaipa moved for withdrawal of the reference with respect to the above-referenced Adversary Proceedings. The motions have been transmitted to the District Court and remain pending before Judge Connolly (Civil Action Nos. 1:21-cv-01649 and 1:21-cv-01650).[2]

      In connection with her efforts to collect on the $132,431,957 Judgment entered against Yucaipa following summary judgment, the Trustee has filed Adv. Proc. No. 21-51179, asserting violations of the Uniform Fraudulent Transfer Act ("UFTA") and seeking declaratory judgment against Yucaipa and its investors who received distributions from Yucaipa which are voidable as fraudulent transfers under the UFTA. The parties are negotiating an extension of the deadline to respond to the complaint to March 1, 2022.

      We are available at the Court's convenience should Your Honor have any questions.

                                 Respectfully,

                                 */s/ Seth A. Niederman*
                                 Seth A. Niederman
                                 DE Bar No. 4588

cc (*via email*):
Laura Davis Jones, Esq.
Patricia L. Glaser, Esq.
David L. Buchbinder, Esq.

---

[2]    Yucaipa's appeal of Adv. Proc. No. 12-50947, also pending before Judge Conolly, remains stayed by court order and agreement of the parties pending the outcome of the above-referenced Adversary Proceedings. (Civil Action No. 1:18-cv-01467).

130447518.1