# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>　　　　　　　Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>　　　　　　　Intervenors,<br><br>　　　　　　　v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>　　　　　　　Defendants. | Adv. Proc. No. 13-50530<br><br>**Related to D.I. 912** |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 14-50971 (CSS)<br><br>**Related to D.I. 647** |

# **ORDER**

Upon consideration of the ASHINC Litigation Trustee's Motion in Limine to Exclude

Evidence that the Fourth Amendment was Entered into in Good Faith and for an Order Clarifying the Scope of Trial [Adv. No. 13-50530, D.I. 912, Adv. No. 14-50971, D.I. 647] filed January 10, 2022 (the "**Motion**"); the Court having reviewed the Motion, the opposition to the Motion by Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. [Adv. No. 13-50530, D.I. 918, Adv. No. 14-50971, D.I. 653], and the reply thereto [Adv. No. 13-50530, D.I. 922, Adv. No. 14-50971, D.I. 657] and having held a hearing on the Motion on February 8, 2022 (the "**Hearing**"), and the Court finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and (ii) notice of the Motion was sufficient under the circumstances, it is hereby

ORDERED that the Motion is GRANTED for the reasons set forth on the record at the Hearing.

Dated: February 11th, 2022
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**