# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>          Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>          Intervenors,<br><br>          v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>          Defendants. | Adv. Proc. No. 13-50530<br><br>**Related D.I. 940, 941, 942, 948** |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>          Plaintiff,<br><br>          v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>          Defendants. | Adv. Pro. No. 14-50971 (CSS)<br><br>**Related D.I. 676, 677, 678, 684** |

**ORDER DENYING YUCAIPA'S MOTION TO EXCLUDE
THE REPORTS AND TESTIMONY OF JONATHAN R. MACEY**

2

Upon consideration of Defendants Yucaipa American Alliance Fund I, L.P and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion To Exclude The Reports and Testimony of Jonathan R. Macey (the "**Motion to Exclude**"), and the Litigation Trustee's opposition thereto, it is HEREBY ORDERED THAT The Motion To Exclude is DENIED.