

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
COSTA MESA, CA

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

COSTA MESA
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**
FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Laura Davis Jones        February 18, 2022        ljones@pszjlaw.com
                                                  302.778.6401

### VIA CM/ECF AND E-MAIL

The Honorable Christopher S. Sontchi
U.S. Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

**Re:** *In re: ASHINC Corporation, et al.*, **Case No. 12-11564 (CSS)** *Youngman. v. Yucaipa American Alliance Fund I, L.P., et al.*, **Adv. Proc. No. 13-50530 (CSS) and** *Youngman. v. Yucaipa American Alliance Fund I, L.P., et al.*, **Adv. Proc. No. 14-50971 (CSS)**

Dear Judge Sontchi:

Our firm together with Glaser Weil represents Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa") in the above-referenced adversary proceedings. Plaintiff is Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee"). Trial on the Trustee's remaining claims is scheduled to begin March 1, 2022.

On February 18, 2022, the Trustee submitted her status report letter to the Court indicating that "because there are attorneys and witnesses that still have COVID concerns, counsel and witnesses for the Trustee will be appearing by Zoom." (Status Report at 1-2) [13-50530, D.I. 947; 14-50971, D.I. 683].

By Chambers email of February 16, 2021, Your Honor stated that you are holding the trial as a hybrid hearing (in person and Zoom).

DOCS_DE:238405.2 96991/001



February 18, 2022
Page 2

Yucaipa respects that Trustee's counsel and witnesses will appear by Zoom. We have made arrangements, and Yucaipa's counsel and witnesses will appear in person.

                                Respectfully submitted,

                                */s/ Laura Davis Jones*

                                Laura Davis Jones

cc:  Counsel to the Trustee (via email)
      Patricia L. Glaser, Esquire (via email)