

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920

www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

February 18, 2022

**BY ELECTRONIC MAIL AND ECF**

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re: ASHINC Corporation, et al.*, **Case No. 12-11564 (CSS)**
      *Official Committee of Unsecured Creditors of Allied Systems Holdings, Inc. v. Yucaipa American Alliance Fund I, L.P., et al.,* **Adv. Proc. No. 13-50530 (CSS) and** *BDCM Opportunity Fund II, LP, et al. v. Yucaipa American Alliance Fund I, L.P., et al.,* **Adv. Proc. No. 14-50971 (CSS)**

Dear Judge Sontchi:

  We write in response to Yucaipa's letter filed Friday evening, taking the position that its counsel and witnesses will appear in person for the upcoming trial. This was news to the Trustee and her counsel.

  In January, during the Omicron surge, Yucaipa's counsel raised COVID-related concerns and sought a 6-8 week adjournment of a scheduled February 7 trial, notwithstanding the fact that the trial was already set to be remote under Your Honor's Chambers Procedures at the time. In response, the Trustee agreed to a 3-week extension with the understanding that the trial would be conducted remotely, and have made arrangements to that end.

  By making the unilateral decision to now appear in person, however, Yucaipa puts the Trustee's counsel in a position where it feels compelled to appear in person as well. (Although, it is likely some of its witnesses would need to testify remotely.) Given the late notice, and that certain counsel have pre-existing health conditions making them more vulnerable to COVID, this is not our preference. We would prefer the trial be conducted remotely for all participants as previously agreed.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington



The Honorable Christopher S. Sontchi
United States Bankruptcy Court
February 21, 2022
Page 2

      If it is Your Honor's preference to have anyone appear in person, however, we will certainly accommodate that preference.

      We are available at Your Honor's convenience if you would like to discuss.

.

      Respectfully submitted,

      */s/ Seth A. Niederman*
      Seth A. Niederman
      DE Bar No. 4588

cc (*via email*):
Laura Davis Jones, Esq.
Patricia L. Glaser, Esq.
David L. Buchbinder, Esq.