

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
COSTA MESA, CA

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400


LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760


SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010


NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777


COSTA MESA
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**

FACSIMILE: 714/384 4751


WEB: www.pszjlaw.com

Laura Davis Jones

February 21, 2022

ljones@pszjlaw.com
302.778.6401

**VIA CM/ECF AND E-MAIL**

The Honorable Christopher S. Sontchi
U.S. Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

**Re:** *In re: ASHINC Corporation, et al.*, **Case No. 12-11564 (CSS)** *Youngman. v. Yucaipa American Alliance Fund I, L.P., et al.*, **Adv. Proc. No. 13-50530 (CSS) and** *Youngman. v. Yucaipa American Alliance Fund I, L.P., et al.*, **Adv. Proc. No. 14-50971 (CSS)**

Dear Judge Sontchi:

We write in response to the letter filed on February 21, 2022 by Plaintiff Catherine E. Youngman, as the Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee") on whether counsel and witnesses will be appearing in person or remotely for the upcoming trial. [13-50530, D.I. 950; 14-50971, D.I. 686].

Several months ago, counsel for Yucaipa and the Trustee agreed to conduct the trial entirely in person. Trustee's counsel never raised any issues regarding COVID concerns or otherwise at that time with an in-person trial.

On December 17, 2021, Your Honor issued his announcement that all hearings would be held entirely on Zoom and in-person attendance will not be permitted.[1] Thereafter, the parties prepared to conduct the trial entirely via Zoom. However, counsel for Yucaipa specifically informed counsel to the Trustee that Yucaipa would be able to pivot to an in-person trial if Your Honor's view about conducting in-person hearings changed. On February 16, 2022,

---

[1] http://www.deb.uscourts.gov/news/announcement-regarding-hearings-hon-christopher-s-sontchi.

DOCS_DE:238405.3 96991/001



February 21, 2022
Page 2

Chambers informed counsel for Yucaipa and the Trustee that the trial will be a hybrid hearing (in person and Zoom) and that Your Honor would prefer for trial counsel and witnesses to be in person but it would not be mandatory. Your Honor also issued an announcement on the Court's website the same day.[2]

The parties never agreed to a remote trial under all circumstances and, contrary to the statements in the Trustee's February 21, 2022 letter, Yucaipa's decision is in no way "unilateral." Yucaipa was prepared to hold the trial in-person if circumstances changed and specifically informed the Trustee's counsel of that position. It should come as no surprise that Yucaipa is preparing to conduct the trial in person now that Your Honor has indicated his preference for trial counsel and witnesses to be in person.

Respectfully submitted,

*/s/ Laura Davis Jones*

Laura Davis Jones

cc: Counsel to the Trustee (via email)
    Patricia L. Glaser, Esquire (via email)

---

[2] http://www.deb.uscourts.gov/news/updated-chambers-procedures-regarding-hearings-hon-christopher-s-sontchi.