# SIGN-IN SHEET

**CASE NAME:** ASHINC
**CASE NO:** 13-50530 & 14-50971
**COURTROOM LOCATION:** 6
**DATE:** 3/1/2022 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patty Glaser | Glaser Weil | As |
| Gali Grant | " | As |
| Maxim Litvak | Pachulski Stang Ziehl & Jones LLP | As |
| Laura Davis Jones | " | As |
| Doug Pepe | Cohen Rosseau LLP | Trustee |
| Gregory P. Joseph | Joseph Hage Aaronson LK | Trustee - Plaintiff |
| Jeffrey Zeiger | Zeiger LLC | Trustee - Plaintiff |
| Judd Wadenfeld | Zeiger LLC | Trustee - Plaintiff |
| Gila Singer | Joseph Hage Aaronson | Trustee - Plaintiff |
| Seth Niederman | Fox Rothschild | " |
| Catherine Youngman | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Samuel | Goldfarb | Litigation Trustee | BDCM |
| Brian | Asby | Litigation Trustee | Spectrum |
| Adam | Tarkan | Litigation Trustee | BDCM |
| Steve | Deckoff | Litigation Trustee | BDCM |
| Simon | Moradzadeh | Defendants | Glaser Weil |
| Logan | Vickery | Interested Party | Lowenstein Sandler LLP |
| Clinton | Lam | Liquidating Trustee | Impact Trial Consulting |
| Jesse | Levin | Yucaipa | Glaser Weil |
| Jeffrey | Schaffer | Litigation Trustee | Spectrum |
| Brad | Berliner | Litigation Trustee | Central States Funds |