# SIGN-IN SHEET

**CASE NAME:** ASHINC
**CASE NO:** 13-50530 & 14-50971

**COURTROOM LOCATION:** 6
**DATE:** 3/2/2022 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Yucaipa |
| John Glase | Glaser Weil | Yucaipa |
| Gail Grant | Glaser Weil | Yucaipa |
| Doug Pepe | Cohen & Gresser | Trustee |
| Jeff Zeiger | Zeiger LLC | Trustee |
| Judd Linden | Zeiger LLC | Trustee |
| Gila Singer | Joseph Hage Aronson | Trustee |
| Greg Joseph | " | " |
| Seth Niederman | of Fox Rothschild | " |
| Cathy Youngman | " | " |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Adam | Tarkan | Liquidating Trustee | BDCM |
| Colleen | Maker | Interested Party | Lowenstein Sandler LLP |
| Simon | Moradzadeh | Defendants | Glaser Weil |
| Nicholas | Lagemann | N/A | McElroy, Deutsch, Mulvaney & Carpenter LLP |
| Clinton | Lam | Liquidating Trustee | Impact Trial |
| Joe | Repking | Yucaipa | Glaser Weil |
| Jesse | Levin | Yucaipa | Glaser Weil |
| Jeffrey | Schaffer | Liquidating Trustee | Spectrum |
| Samuel | Goldfarb | Liquidating Trustee | BDCM |
| Brian | Asby | Liquidating Trustee | Spectrum |
| Rajiv | Gokhale | Yucaipa | Compass Lexecon |
| Clifford | Ang | Yucaipa | |
| Steve | Deckoff | Liquidating Trustee | BDCM |
| Logan | Vickery | Interested Party | Lowenstein Sandler LLP |
| Brad | Berliner | Liquidating Trustee | Central States Funds |