## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*[1], | Case No. 12-11564 (CSS) (Jointly Administered) |
| Debtors. | |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS | Adv. Proc. No. 13-50530 (CSS) |
| Plaintiff, | |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | |
| Defendants. | |

---

[1]     The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent, | Adv. Pro. No. 14-50971 (CSS) |

                                   Plaintiff,

v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,

                                   Defendants.

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TRIAL
ON MARCH 7, 2022 AT 10:00 A.M. (EASTERN TIME)[2]**

---

**THE TRIAL WILL BE A HYBRID PROCEEDING, BOTH IN PERSON AND REMOTE VIA ZOOM AND REQUIRES ALL PARTICIPANTS WHO WISH TO APPEAR VIA ZOOM TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING BY MARCH 4, 2022 AT 12:00 P.M. (EASTERN TIME) FOR THE MARCH 7, 2022 HEARING (a separate link will be provided for each day of the Trial):
ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

https://debuscourts.zoomgov.com/meeting/register/vJItdu2pqDsuHh4SRN6lk0Itj6iq03xo2qU

---

[2] **The trial is scheduled for 10:00 a.m. on March 1, March 2, March 3, March 4, and March 7, 2022.  A Notice of Agenda will be filed for each day of trial and Zoom participants MUST register for each session separately.**

**MATTERS GOING FORWARD – TRIAL  – Adv. Proc. 13-50530 CSS**

1.  Amended Complaint (to add Count) of the Official Committee of Unsecured Creditors for (I) Equitable Subordination, (II_ Recharacterization, (III) Breach of Contract, (I§V) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims [Docket No. 76; Filed March 14, 2013]

    Related Documents:

    A.  Answer of Yucaipa to Amended Complaint [Docket No. 96; Filed April 1, 2013]

    B.  Court's Opinion and Order Granting in Part and Denying in Part Each Party's Motion for Summary Judgment [Docket Nos. 825 and 826; Filed May 4, 2021]

    C.  Judgment [Docket No. 841; Filed June 23, 2021]

    D.  Memorandum Order (Denying Stay Motion) [Docket No. 907; Filed December 6, 2021]

    E.  Order Approving Stipulated Trial Scheduling Order [Docket No. 909; Filed December 10, 2021]

    F.  Amended Trial Scheduling Order [Docket No. 920; Filed January 27, 2022]

    G.  Order Granting Litigation Trustee's Motion in Limine to Exclude Evidence that the Fourth Amendment was Entered into in Good Faith and for an Order Clarifying the Scope of Trial [Docket No. 935; Filed February 11, 2022]

    H.  Defendants' Trial Brief [Docket No. 958; Filed February 23, 2022]

    I.  Joint Pre-Trial Memorandum [Docket No. 960; Filed February 23, 2022]

    J.  Litigation Trustee's Pre-Trial Brief [Docket No. 961; Filed February 23, 2022]

    K.  Order Denying Yucaipa's Motions in Limine [Docket No. 962; Filed February 25, 2022]

    Status:        Trial will go forward.

**MATTERS GOING FORWARD - TRIAL – Adv. Proc. 14-50971 CSS**

2.    Complaint for  for (I) Equitable Subordination, (II) Breach of Contract, (III) Breach of the Implied Duty of Good Faith and Fair Dealing, and (V) Tortious Interference with Contract (Redacted) [Docket No. 1; Filed November 19, 2014]

> Related Documents:

>> A.    Answer to Complaint and Counterclaim [Docket No. 19; Filed February 19, 2022]

>> B.    Court's Opinion and Order Granting in Part and Denying in Part Each Party's Motion for Summary Judgment [Docket Nos. 563 and 564; Filed May 4, 2021]

>> C.    Judgment [Docket No. 579; Filed June 23, 2021]

>> D.    Memorandum Order (Denying Stay Motion) [Docket No. 642; Filed December 6, 2021]

>> E.    Order Approving Stipulated Trial Scheduling Order [Docket No. 644; Filed December 10, 2021]

>> F.    Amended Trial Scheduling Order [Docket No. 655; Filed January 27, 2022]

>> G.    Order Granting Litigation Trustee's Motion in Limine to Exclude Evidence that the Fourth Amendment was Entered into in Good Faith and for an Order Clarifying the Scope of Trial [Docket No. 670; Filed February 11, 2022]

>> H.    Defendants' Trial Brief [Docket No. 694; Filed February 23, 2022]

>> I.    Joint Pre-Trial Memorandum [Docket No. 696; Filed February 23, 2022]

>> J.    Litigation Trustee's Pre-Trial Brief [Docket No. 697; Filed February 23, 2022]

>> K.    Order Denying Yucaipa's Motions in Limine [Docket No. 698; Filed February 25, 2022]

>> Status:    Trial will go forward.

*(Signature on following page)*

Dated  March 3, 2022
        Wilmington, DE

**FOX ROTHSCHILD LLP**

/s/ Seth A. Niederman
Seth A. Niederman, Esq.
Delaware Bar No. 4588
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

**JOSEPH HAGE AARONSON LLC**
Gregory P. Joseph
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY  10017
Tel: (212) 407-1200
gjoseph@jha.com

-and-

**ZAIGER LLC**
Jeffrey H. Zaiger
Judd A. Lindenfeld
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Telephone: (917) 572-7701
jzaiger@zaigerllc.com

*and*

**COHEN & GRESSER LLP**
Douglas J. Pepe
800 Third Avenue
New York, NY 10022
Tel: (212) 957-7605
dpepe@cohengresser.com

*Attorneys for Litigation Trustee*