**SIGN-IN SHEET**

CASE NAME: ASHINC

CASE NO: 13-50530 & 14-50971

COURTROOM LOCATION: 6

DATE: 3/3/2022 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Judd Linden | Zaiger LLC | Trustee |
| Gila Singer | Joseph Hage Aaronson | Trustee |
| Seth Niederman | Fox Rothschild | Trustee |
| Jeff Zaiger | Zaiger LLC | '' |
| Greg Joseph | Joseph Hague Aaronson | '' |
| Doug Pepe | Cohen Gross er | '' |
| Patricia Glaser | Glaser Weil | Defendants |
| Gabi Grant | '' | '' |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | '' |
| Marion Latorde | '' | '' |
| Matt Brunner | Glaser Weil | Defendants |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

| First Name | Last Name | Party Representing | Firm Name | | | |
|---|---|---|---|---|---|---|
| Andrew | Behlmann | Interested Party | Lowenstein Sandler | | | |
| Adam | Tarkan | Liquidating Trustee | BDCM | | | |
| Simon | Moradzadeh | Defendants | Glaser Weil | | | |
| Stephanie | Bond | Yucaipa | | | | |
| Clinton | Lam | Liquidating Trustee | Impact Trial | | | |
| Nicholas | Lagemann | N/A | McElroy, Deutsch, Mulvaney & Carpenter LLP | | | |
| Jesse | Levin | Yucaipa | Glaser Weil | | | |
| Jeffrey | Schaffer | Liquidating Trustee | Spectrum | | | |
| Samuel | Goldfarb | Liquidating Trustee | BDCM | | | |
| Brian | Asby | Liquidating Trustee | Spectrum | | | |
| Nicole | Fulfree | Interested Party | Lowenstein Sandler LLP | | | |
| Clifford | Ang | Yucaipa | | | | |
| Steve | Deckoff | Liquidating Trustee | BDCM | | | |
| Brad | Berliner | Liquidating Trustee | Central States Funding | | | |