# SIGN-IN SHEET

**CASE NAME:** ASHINC
**CASE NO:** 13-50530 & 14-50971

**COURTROOM LOCATION:** 6
**DATE:** 3/7/2022 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | PSZ&J | Yucaipa |
| Patricia Cuniff | GW | Yucaipa |
| Gail Grant | GW | Yucaipa |
| Greg Joseph | Joseph Hage Aaronson LLC | Trustee |
| Doug Pepe | Cohen & Gresser LLP | Trustee |
| Jeff Zappe | Zaiger LLC | Trustee |
| Seth Niederman | Fox Rothschild | Trustee |
| Judd Linden | Zaiger LLC | Trustee |
| Gila Singer | Joseph Hage Aaronson | Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

| First Name | Last Name | Party Representing | Firm Name | | |
|---|---|---|---|---|---|
| Adam | Tarkan | Liquidating Trustee | BDCM | | |
| Gabriel | Glazer | Yucaipa Defendants | Pachulski Stang Ziehl & Jones LLP | | |
| Adam | Grant | Yucaipa | Day Pitney | | |
| Colleen | Maker | Interested Party | Lowenstein Sandler LLP | | |
| Simon | Moradzadeh | Defendants | Glaser Weil | | |
| Clinton | Lam | Liquidating Trustee | Impact Trial | | |
| Jeffrey | Schaffer | Liquidating Trustee | Spectrum | | |
| Samuel | Goldfarb | Liquidating Trustee | BDCM | | |
| Brian | Asby | Liquidating Trustee | Spectrum | | |
| Jennifer | Miller | Court Reporter | TSG Reporting | | |
| Jennifer | Miller | Court Reporter backup | | | |
| Catherine | Youngman | Trustee | Fox Rothschild | | |
| Steve | Deckoff | Liquidating Trustee | BDCM | | |
| Brad | Berliner | Liquidating Trustee | Central States Funds | | |