# SIGN-IN SHEET

**CASE NAME:** ASHINC
**CASE NO:** 13-50530 & 14-50971
**COURTROOM LOCATION:** 6
**DATE:** 3/8/2022 at 9:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Kern | Pachulski, Stang Ziehl & Jones | Defendants |
| Seth Niederman | Fox Rothschild | Trustee |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Patricia | Glaser | Yucaipa Defendants | Glaser Weil |
| Debra | Dibble | court reporter | TSG |
| Gali | Grant | Yucaipa Defendants | Glaser Weil |
| Adam | Tarkan | Liquidating Trustee | BDCM |
| Gregory | Joseph | Liquidating Trustee | JOSEPH HAGE AARONSON LLC |
| Douglas | Pepe | Liquidating Trustee | Cohen Gresser |
| Matthew | Bernstein | Yucaipa Defendants | Glaser Weil |
| Gila | Singer | Liquidating Trustee | Joseph Hage Aaronson |
| Clinton | Lam | Liquidating Trustee | Impact Trial |
| Judd | Lindenfeld | Liquidating Trustee | Zaiger LLC |
| Jeffrey | Schaffer | Liquidating Trustee | Spectrum |
| Samuel | Goldfarb | Liquidating Trustee | BDCM |
| Brian | Asby | Liquidating Trustee | Spectrum |
| Catherine | Youngman | Liquidating Trustee | Fox Rothschild LLP |
| Steve | Deckoff | Liquidating Trustee | BDCM |
| Jeffrey | Zaiger | Liquidating Trustee | Zaiger LLC |
| Logan | Vickery | Interested Party | Lowenstein Sandler LLP |
| Brad | Berliner | Liquidating Trustee | Central States Funds |