# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>              Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>              Intervenors,<br><br>              v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>              Defendants. | Adv. Pro. No. 13-50530 (CSS) |

---

[1]     The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

133254011.2

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                    Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>                      Defendants. | Adv. Pro. No. 14-50971 (CSS) |

**STIPULATION REGARDING TRIAL EXHIBITS**

Plaintiff Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors (the "<u>Litigation Trustee</u>"), and Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (together, "<u>Yucaipa</u>", and with the Litigation Trustee, the "<u>Parties</u>"), hereby stipulate as follows:

    1.    On February 1, 2013, the Official Committee of Unsecured Creditors of ASHINC Corporation and its affiliated debtors filed a complaint against Yucaipa. [Adv. Pro. No. 13-50530; D.I. 1].

    2.    On November 19, 2014, BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd. filed a complaint against Yucaipa. [Adv. Pro. No. 14-150971; D.I. 1].

2

3. On May 4, 2021, the Court entered an Opinion and Order granting, in part, and denying, in part, the Parties' Cross Motions For Summary Judgment. [Adv. Pro. No. 13-50530; D.I. 825; Adv. Pro. No. 14-50971; D.I. 563].

4. The Court conducted a Trial on the remaining claims over seven days from March 1 through 8, and March 17, 2022.

5. Following Trial, the Parties conferred on a list of Exhibits that can be entered into evidence without objection (the "<u>Uncontested Exhibits</u>"). A list of the Uncontested Exhibits is attached hereto as **Exhibit A.**

[REMAINDER OF PAGE LEFT BLANK – SIGNATURES FOLLOW]

133254011.2

Dated: April 21, 2022
Wilmington, Delaware

| | |
|---|---|
| FOX ROTHSCHILD LLP | PACHULSKI, STANG, ZIEHL & JONES LLP |
| */s/ Seth A. Niederman* | */s/ Laura Davis Jones* |
| Seth A. Niederman (DE Bar. No. 4588)<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 654-7444<br>Email: sniederman@roxrothschild.com | Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>Telephone: (302) 652-4400<br>Email: ljones@pszjlaw.com |
| -and- | -and- |
| JOSEPH HAGE AARONSON LLC<br>Gregory P. Joseph<br>Gila S. Singer<br>485 Lexington Avenue, 30th Floor<br>New York, NY 10017<br>Telephone: (212) 407-1200<br>gjoseph@jhany.com | GLASER WIL FINK HOWARD AVCHEN & SHAPIRO LLP<br>Patricia Glaser<br>Gali Grant<br>Matthew Bernstein<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-3000<br>Email: pglaser@glaserweil.com |
| -and- | *Counsel for the Yucaipa Defendants* |
| ZAIGER LLC<br>Jeffrey H. Zaiger<br>2187 Atlantic Street, 9th Floor<br>Stamford, CT 06902<br>Telephone: (917) 572-7701<br>jzaiger@zaigerllc.com | |
| -and- | |
| COHEN & GRESSER LLP<br>Douglas J. Pepe<br>800 Third Avenue<br>New York, New York 10022<br>Phone: 212-957-7605<br>Email: dpepe@cohengresser.com | |
| *Counsel for Litigation Trustee* | |

133254011.2

# Exhibit "A"

## THE PARTIES EXHIBITS FOR STIPULATION

| Depo Ex. No. | Bates Number | Description |
|---|---|---|
| 6 | MON-00097488-97489 | Email dated January 18, 2009 from T. Mike Riggs to Jason New, M. Scott, Jeffery Schaffer, Patrick Bartels, John Longmire, Jeffrey Goldfarb, Russell Leaf, J. Provost, J.J. Schickel, Trey at eve partners, Rudy at iequity partners, Bob Griffin, Theo Ciupitu, Brent Souter. Matt Schickel and Brianna Yoro and Daniel Hayworth re Revised Allied Holdings Senior Debt proposal from Mike Riggs 1-18-09 |
| 25 | SPC0003784-3791 Yucaipa052924-052931 | Assignment and Assumption Agreement dated August 21, 2009 between Yucaipa American Alliance Fund I, LP, Yucaipa American Alliance (Parallel) Fund I, LP and ComVest Investment Partners III, LP |
| 26 | CIT0000490061-0000490075 YUCAIPA_DEPO00017891-00017905 | Amendment No. 4 to Credit Agreement dated August 21, 2009 among Allied Systems Holdings, Inc., Allied Systems, LTD (L.P.), Certain Subsidiaries of the Borrowers, Goldman Sachs Credit Partners LP and The CIT Group/Business Credit, Inc. |
| 27 | YUC0002216-0002252 YUCAIPA980901-980937 | Amendment No. 3 to Credit Agreement dated April 17, 2008 among Allied Systems Holdings, Inc., Allied Systems, LTD (L.P.), Certain Subsidiaries of the Borrowers, Goldman Sachs Credit Partners LP and The CIT Group/Business Credit, Inc. |
| Aliberto 62 | CIT0000020181-20187 | Email exchange dated 2/10/2012 between Michael Aliberto and Michael Riggs re: term Sheet |
| 80 | BDCM0007316-0007320 | Email dated April 8, 2011 from Rich Ehrlich to T. Michael Riggs re Emailing: Project Eagle Term Sheet v3.0 with attachment |
| 81 | BDCM0000091-0000093 | Email exchange dated May 22-26, 2011 between T. Michael Riggs and Rich Ehrlich re terms with attachment (Jack Cooper Trade – Indicative Trade and Financing Proposal) |
| 82 | BDCM0000147-0000148 | Email exchange dated June 14, 2011 between T. Michael Riggs and Rich Ehrlich re Modified term sheet and Yucaipa's debt |
| 83 | BDCM0000144-0000146 | Email exchange dated June 9, 2011 between T. Michael Riggs and Rich Ehrlich re Hold off calling me |
| 85 | AHS00065368-00065379 | Confidential Term Sheet – Final Version 03/08/2012 re Term  acquiring First and Second Lien Secured Debt Claims with respect to Allied Systems Holdings, Inc. and Consummating 363 Sale under Chapter 11 of the Bankruptcy Code |

| Depo Ex. No. | Bates Number | Description |
|---|---|---|
| 86 | BDCM0002657-0002666 | Email dated March 8, 2012 from Theo Ciupitu to Rich Ehrlich and Jeffrey Schaffer re Allied – Term Sheet for Black Diamond and Spectrum with attachment |
| 87 | BDCM0003469-0003470 | Email dated March 18, 2012 from T. Michael Riggs to Theo Ciupitu re Debt purchase offer to BD and Spectrum |
| 88 | BDCM0002462-0002469 | Email exchange dated May 1-17, 2012 between Rich Ehrlich, Theo Ciupitu and Jeffrey Schaffer re Revised Term Sheet with Black Diamond and Spectrum (May 10, 2012) |
| 89 | BDCM0001559-0001567 | Confidential Draft – Jack Cooper Comments on 12/15/2011 on Term Sheet for acquiring First and Second Lien Secured Debt Claims with respect to Allied Systems Holdings, Inc. and Consummating 363 Sale under Chapter 11 of the Bankruptcy Code |
| 90 | BDCM0000031-0000039 | Email dated December 19, 2011 from Theo Ciupitu to Rich Ehrlich and Jeffrey Schaffer re Jack Cooper/Black Diamond Term Sheet with attachment |
| Aliberto 90 | CIT0000021069-21070 | Approval Memorandum dated March 7, 2012 |
| 91 | BDCM0000151-0000152 | Email exchange dated January 17-18, 2012 between T. Michael Riggs , Rich Ehrlich and Theo Ciupitu re Status? |
| 92 | BDCM0002726-0002727 | Email exchange dated February 8-10, 2012 between Jeffrey Schaffer, T. Michael Riggs and Rich Ehrlich re Pass |
| 93 | YUCAIPA713115 | Email exchange dated April 11, 2012 between Ira Tochner and T. Michael Riggs re no sir |
| 94 | YUCAIPA688009-688010 | Email exchange dated April 19, 2012 between T. Michael Riggs and Derex Walker re Allied/Jack Cooper |
| 95 | YUCAIPA716545-716546 | Email exchange dated June 25, 2012 between T. Michael Riggs and Ira Tochner re Revised Term Sheet Timing |
| 99 | BDCM0000207-17 | Email dated 12/18/2011 from M. Riggs to J. Schaffer & R. Ehrlich re Yucaipa/JC Term Sheet – CONFIDENTIAL |
| 103 | YUCAIPA775901-10 | Email from D. Walker to M. Riggs sub: IEP/Yucaipa LOI |
| 115 | YUCAIPA686599-686601 | Email exchange dated December 5-7, 2011 between T. Mike Riggs, Ira Tochner re Black Diamond - confidential |

| Depo Ex. No. | Bates Number | Description |
|---|---|---|
| 116 | YUCAIPA1024532-1024542 | Email dated December 9, 2011 from T. Mike Riggs to Ira Tochner re Allied/Yucaipa – first draft Term Sheet (December 9, 2011) – CONFIDENTIAL with attachments |
| 117 | YUCAIPA831008-831019 | Email dated December 13, 2011 from Derex Walker to T. Mike Riggs re Allied with attachment |
| 118 | YUCAIPA831026-831044 | Email dated December 15, 2011 from Theo Ciupitu to Ira Tochner and Derex Walker re Yucaipa/JC – revised Term Sheet with attachment |
| 119 | YUCAIPA831120-831140 | Email exchange dated February 28, 2012 between Theo Ciupitu, Derex Walker and Ira Tochner re Yucaipa/Jack Cooper – revised Term Sheet (February 28, 2012) with attachment |
| 121 | YUCAIPA830650-830651 | Email exchange dated March 6, 2012 between T. Mike Riggs and Derex Walker re Got them |
| 122 | YUCAIPA831192-831219 | Email exchange dated March 8, 2012 between Theo Ciupitu, Derex Walker and Ira Tochner re Yucaipa – Allied Final Term Sheet with attachment |
| 123 | BCDM0002625-0002641 | Email exchange dated May 1-10, 2012 between Jeffrey Schaffer, Theo Ciupitu and Richard Ehrlich Re Revised Term Sheet with Black Diamond and Spectrum (May 10, 2012) with attachment |
| 126 | SPEC 0000856-0000859 | Email exchange dated May 1-8, 2012 between Jeffrey Schaffer, Theo Ciupitu and Richard Ehrlich re Term Sheet – amount of claims |
| 127 | BDCM0003386-0003389 | Email exchange dated April 17, 2012 between Theo Ciupitu, Jeffrey Schaffer and Rich Ehrlich re Allied – Revised Term Sheet for Black Diamond and Spectrum |
| 128 | BDCM0034277-034295 | Email exchange dated May 17, 2012 between Adam Harris and Jesse Austin re Allied |
| 129 | N/A | Notice of Filing Asset Purchase Agreement filed in In re: Allied Systems Holdings, Inc., et al. |
| 133 | BDC0002921-0003163 Yucaipa071689-071931 | Executed version of the Amended and Restated First Lien secured Super-Priority Debtor in Possession and Exit Credit and Guaranty Agreement dated as of March 20, 2007 and amended and restated as of May 15, 2007 among Allied Holdings, Inc. and Allied Systems, LTD. (l.P.), as Borrowers Certain Subsidiaries of Allied Holdings, Inc. and Allied Systems, LTD. (L.P.), as Guarantors, Various Lenders, Golden Sachs Credit Partners L.P., as Lead Arranger and |

| Depo Ex. No. | Bates Number | Description |
|---|---|---|
|  |  | Syndication Agent and The CIT Group/Business Credit, Inc., as Administrative Agent and Collateral Agent |
| 149 | AHS00036444-00036472 | Letter dated August 15, 2008 from Joe Tomczak to CIT Group/Business Credit, Inc. and The Bank of New York Mellon re Quarterly Financial Reporting for June 30, 2008 |
| 198 | MJX 0005136-0005161 | Settlement Agreement and Mutual Release between Allied . and The CIT Group/Business Credit, Inc. dated 12/5/2011 |
| 242 | SPEC 0003973-0003975 | Email exchange dated August 22, 2009 to September 25, 2009 between Richard Ehrlich and Jeffrey Schaffer re Allied Update |
| 248 | SPEC0021283-00021285 | Email exchange dated 10/22/2009 between Rich Ehrlich and Jeffrey Schaffer re Allied |
| 249 | SPEC 0010927-0010932 | Email dated 1/13/2010 from Jeffrey Buller to Jeffrey Schaffer re DRAFT Allied_Audit_Memo_12-31-2009 with attachment |
| 251 | SPEC 0011038-0011043 | Email dated 5/28/2010 from Jeffrey Buller to Jeffrey Schaffer re AHI Valuation Memo – 5-31-10.doc with attachment |
| 256 | BDCM0002880-0002881 | Email exchange dated 3/7/2012 between Jeffrey Schaffer and Rich Ehrlich re Confi |
| 257 | BDCM0003513-0003514 | Email exchange dated 3/15/2012 between Jeffrey Schaffer, Jeffrey Buller and Rich Ehrlich re Response to Jack Cooper |
| 258 | BDCM0003469-0003470 | Email dated 3/18/2012 from Jeffrey Schaffer to Rich Ehrlich and Jeffrey Buller re Debt purchase offer to BD and Spectrum |
| 259 | BDCM0038439-0038449 | Email dated 4/12/2012 from Rich Ehrlich to Steve Deckoff, Les Meier, Adam Harris, Robert Ward, Jeffrey Schaffer, Jeffrey Buller, Sam Goldfarb, Stephen Jacobs and Victoria Lepore re Allied – Revised Term Sheet for Black Diamond and Spectrum with attachment |
| 260 | BDCM0003481-0003484 | Email exchange dated 4/16/2012 between Jeffrey Schaffer and Rich Ehrlich re Allied |
| 262 | BDCM0003291-0003292 | Email dated 4/2/2012 from Jeffrey Schaffer to Rich Erlich re Allied claims hel by BD and Spectrum |
| 263 | BDCM0032205-0032212 | Email exchange dated May1-10, 2012 between Theo Ciupitu and Jeffrey Schaffer re Term Sheet – amount of claims |

| Depo Ex. No. | Bates Number | Description |
|---|---|---|
| 265 | BDCM0004354-0004368 | Email dated 5/16/2012 from Adam Harris to Ira Tochner, Derex Walker, Douglas Teitelbaum, David Ross, David Spalten and Adam Grant re Allied with attachment |
| 266 | BDCM0003456-0003466 | Email dated 3/21/2012 from Jeffrey Schaffer to Rich Ehrlich re Allied Holdings – Black Diamond |
| 268 | N/A | Executed Letter Agreement dated 1/12/2012 between Black Diamond and Spectrum [docket 317-3, Case 13-50530-CSS] |
| 343 | AHS00064051-63 | Amendment No. 3 to Credit Agreement and Consent |
| 351 | N/A | Email dated May 16, 2012 from Derex Walker to John Blount, Jeffrey Kelley and Hazen Dempster re Allied with attachment |
| 356 | Various bates | Handwritten notes by Les Meier |
| 382 | LIT-TRUSTEE_000007 | Reconciliation of Funds from Bankruptcy Sale in JCT Action |
| 383 | LIT-TRUSTEE_000008 | Tie-in to Distributions to Holders of First Lien Credit Agreement Claims with respect to Allied |
| 384 | LIT-TRUSTEE_000009 | Breakdown of funds for reimbursements from 12/27/13 through transfer of funds to Rabobank, and escrow amounts to Wilmington Trust on behalf of Yucaipa |
| 398 | N/A | Second Amended Joint Plan of Reorganization dated April 5, 2007 |
| 418 | YUCAIPA980901-980937 | Amendment No. 3 to Credit Agreement and Consent dated April 17, 2008 between Allied, Certain Subsidiaries of Holdings, Goldman Sachs Credit Partners LP and The CIT Group/Business Credit |
| 445 | YUCAIPA_DEPO00000912 | Email exchange dated 9/25/2009 between Derex Walker and Richard Ehrlich re Allied |
| 448 | BDCM0006271 | Email dated 11/19/2009 from Richard Ehrlich to Steve Deckoff and Les Meier re Allied Holdings |
| 452 | BDCM0006950-6952 | Email exchange date December 22-25, 2009 between Richard Ehrlich and Steve Deckoff re Campaign to Save Teamster Carhaul Jobs Makes Significant Progress and GM |

| Depo Ex. No. | Bates Number | Description |
|---|---|---|
| 456 | BDCM0002424-2428 | Email dated 3/31/2011 from Richard Ehrlich to Derex Walker re Term Sheet with attachment |
| 457 | BDCM0002271-2278 | Email dated 4/9/2011 from Richard Ehrlich to Steve Deckoff re revised Allied purchase proposal from TM Riggs 4-9-11 with attachment |
| 459 | BDCM0002227-2233 | Email dated 4/11/2011 from Richard Ehrlich to Derex Walker re Emailing: Allied Purchase – with Riggs Edits 4-9-11 version 2 with attachment |
| 465 | BDCM0006146 | Email dated 10/13/2011 from Steve Deckoff to Richard Ehrlich |
| 468 | BDCM0000965-967 | Email exchange dated 1/17/2012 between Richard Ehrlich and Jeffrey Schaffer |
| 469 | BDCM0006165 | Email from R. Ehrlich to S. Deckoff & L. Meier re Riggs |
| 472 | BDCM0003529-30 | Email from J. Blount to A. Harris and others re: Allied |
| 474 | BDCM0008936 | Email dated 5/16/2012 from Richard Ehrlich to Steve Deckoff and Les Meier re Current Report on Form 8-K |
| 475 | YUCAIPA716327 | Email dated 5/17/2012 from Derex Walker to Richard Ehrlich re Allieed |
| 477 | BDCM0002457 | Email dated 5/17/2012 from Richard Ehrlich to Steve Deckoff re Burkle |
| 529 | YUCAIPA702106-08 | Email from D. Walker to H. Arabian |
| 536 | YUCAIPA734306-08 | Email from D. Walker to F. Quintero copied others sub: Allied |
| 543 | YUCAIPA785141-147 | Email dated 3/9/2012 from S. Bond to C. Beatty re: Analysis |
| 586 | YUCAIPA740972-81 | Memorandum from D. Walker to S. Bond, dated 2/3/2006 |
| 587 | YUCAIPA752658-60 | March 2010 Allied Valuation |

| Depo Ex. No. | Bates Number | Description |
|---|---|---|
| 589 | YUCAIPA705593-95 | Allied Valuation Memo – with comments by D. Walker, dated December 2011 |
| 637 | YUCAIPA941149-941158 | Email exchange dated 12/15/2011 between Derex Walker and Robert O'Shea, Stephanie Bond re: Yucaipa/JC – revised Term Sheet |
| 641 | N/A | Minutes of Special Meeting of the Board of Directors of Allied Systems Holdings, Inc., dated 8/28/2012 |
| 651 | BDCM0037689 | Email dated 12/3/2009 from Steve Deckoff to Richard Ehrlich and Les Meier, cc: Jenni Hembd re: Allied Call |
| 653 | BDCM0006946-6947 | Email exchange from Rich Ehrlich to Steve Deckoff re: Re: |
| 654 | YUCAIPA985102 | Meeting invitation dated 2/23/2010 from Ron Burkle re: Dinner w/ Steve Deckoff re Allied |
| 655 | YUCAIPA985101 | Meeting invitation dated 1/26/2011 from Maureen Connolly to Derex Walker re: Meeting Steve Deckoff and Ron Burkle |
| 656 | BDCM0006152 | Email dated 2/2/2011 from Steve Deckoff to Ron Burkle |
| 657 | BDCM0007137 | Email dated 3/16/2011 from Ron Burkle to Steve Deckoff re: Re: |
| 658 | BDCM0006159 | Email dated 3/24/2011 from Steve Deckoff to Ron Burkle |
| 659 | BDCM0006162 | Email dated 3/26/2011 from Steve Deckoff to Ron Burkle |
| 660 | BDCM0006112 | Email dated 4/9/2011 from Steve Deckoff to Richard Ehrlich re: RE: revised Allied purchase proposal from TM Riggs 4-9-11 |
| 661 | BDCM0000075 | Email dated 6/18/2011 from Steve Deckoff to Richard Ehrlich re: Re: Allied |
| 662 | BDCM0006131 | Email dated 6/21/2011 from S. Deckoff to . burkle |
| 664 | BDCM0001556-68 | Email dated 12/18/2011 from R. Ehrlich to S. Deckoff and others (including attachment bates numbered BDCM0001559-67 (not included with deposition exhibit) |

| Depo Ex. No. | Bates Number | Description |
|---|---|---|
| 683 | CULLEN000235-243 | Email exchange dated 2/20/2009 from Mark Gendregske to Brian Cullen re: Assignment of Allied debt |
| 688 | ALLIED000150-151 | Minutes of the Special Meeting of the Board of Directors of Allied Systems Holdings, Inc., dated 10/5/2012 |
| 713 | BDCM0003525-3528 | Email exchange dated 5/15/2012 between Derex Walker and Adam Harris, Douglas Teitelbaum, Rich Ehrlich, Derex Walker, Ira Tochner, et al. re: My schedule |
| 804 | YUCAIPA1022968-38 | Email from L. Craig to D. Walker and others Re: Debt Purchase Agreement, Cooperation Agreement and Note Purchase Agreement |

| DX Ex. | Bates Number | Description |
|---|---|---|
| DX B | N/A | ASHINC Corporation's Notice of Bankruptcy Case Filing, dated 5/17/2012 |
| DX L | BDCM0032066-32068 | Email exchange dated 5/17/2012 between Rich Ehrlich and Jeffrey Schaffer re: Allied |
| DX O | N/A | 2015 Funding Agreement between Allied Litigation Trust, as Issuer, and Persons from Time to Time Party Hereto, as Investors |
| DX P | N/A | Notice of Filing Further Revised Version of Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by The Debtors, The Committee and The First Lien Agents and Related Blackline, dated 12/3/2015 |
| DX R | N/A | Letter dated 9/18/2009 from Keith Wofford at Ropes & Gray to Eric Kimball |
| DX S | BDCM0006164 | Email exchange dated 1/8/2012 between Richard Ehrlich and Steve Deckoff re: Windsor Star – Former Allied workers to be hired by Chrysler |
| DX X | YUCAIPA891742-891892 | Email exchange dated 4/13/2012 between Andrea Farley and elizabethnoe@paulhastings.com, jessaustin@paulhastings.com; Theo Ciupitu, Mike Riggs, and craiglee@paulhastings.com, cc: Derex Walker, Stephanie Bond, John Blount, Scott Macaulay, Ira Tochner, Mark Gendregske, et al. re: APA/ Comments |

| | | |
|---|---|---|
| DX Z | N/A | Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of the Debtors Outside the Ordinary Course of Business, (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (C) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief, filed in *In re: Allied Systems Holdings, Inc., et al.*, case no. 12-11564, D.I. 1837 |
| DX AA | N/A | Order Under 11 U.S.C. §§ 105(a), 363 and 365 and Fed. R. Bankr. P. 2002 6004 and 6006 Authorizing and Approving: (I) Sale of Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; and (II) Assumption and Assignment of Unexpired Lease to an Acquisition Entity Formed by Prepetition First Lien Agents, filed in *In re: Allied Systems Holdings, Inc., et al.*, case no. 12-11564, D.I. 1868 |
| DX BB | N/A | Report of Sale of Debtors' Assets, filed in *In re: Allied Systems Holdings, Inc., et al.*, case no. 12-11564, D.I. 2127 |
| DX OO | N/A | Amended Certificate of Incorporation of Allied Systems Holdings, Inc. |
| DX QQ | LIT-TRUSTEE_002025 | Allied Holdings, Inc. Allied System, Ltd. (L.P.) Distributions Applied as Principal, dated 3/31/2021 |
| DX TTT | BDCM0007136 | Email dated May 19, 2012, from Ron Burkle to Steve Deckoff |
| 472 | BDCM0003529-3530 | Email exchange dated May 15, 2012 between John Blount, Adam Harris, David Ross, David Spalten, Adam Grant, Rich Ehrlich, Jeff Schaffer, Jeff Buller, Victoria Lepore, Robert Ward re: Allied |
| 476 | BDCM0034431-34432 | Email exchange dated May 17, 2012 between Rich Ehrlich, Victoria Lepore, Ira Tochner, Derex Walker, Douglas Teitelbaum, David E. Ross, David Spalten, Adam Grant, Steve Deckoff, Les Meier, Sam Goldfarb, Jeff Schaffer, Jeff Buller, Sjacobs@spectrumgp.com, Adam Harris and Robert Ward re: Allied |

| PX Ex. | Bates Number | Description |
|---|---|---|

| | | |
|---|---|---|
| PX Q | CMTE-AP-00004733 – CMTE-AP-00004735 | Minutes of Meeting of the Board of Directors of Allied Systems Holdings, Inc. |
| PX U | YUCAIPA593125-27 | Allied Valuation Memo |
| PX Y | BDCM0001662-1678 | Email dated 12/19/2011 from R. Ehrlich to L. Meier and S. Deckoff fw: Jack Cooper Information – CONFIDENTIAL EMAIL #1 with attachments including .ppt |
| PX Z | BDCM0006255-64 | Email dated 12/19/2011 from R. Ehrlich to S. Deckoff Re: Jack Cooper / Black Diamond Term Sheet |
| PX EE | YUCAIPA728839-42 | Email dated 4/27/2012 from S. Bond to C. Beatty Re: Allied auditor memo |
| PX FF | YUCAIPA745743-752 | Email dated 5/1/2012 from S. Bond to C. Beatty Re: Allied auditor memo |
| PC GG | BDCM0008952 | Email from R. Ehrlich to S. Deckoff re: Allied |
| PX HH | BDCM0034431-32 | Email dated 5/17/2012 from R. Ehrlich to V. Lepore and others |
| PX II | N/A | CM_ECF Filing Confirmation |
| PX JJ | YUCAIPA628313-15 | Email dated June 6, 2012 from M. Riggs to Ira Tochner |
| PX WW | N/A | Official Committee of Unsecured Creditors Amended Complaint for (I) Equitable Subordination, (II) Rechracterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI), Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |
| PX XX | LIT-TRUSTEE_000914-47 | Transcript of Auction Proceeding, No. 12- 11564 (Bankr. D. Del.) |
| PX YY | LIT-TRUSTEE_000610-61 | Transcript of Auction Proceeding, No. 12-11564 (Bankr. D. Del.), dated 9/12/2013 |
| PX GGG | N/A | Memorandum Decision, *Yucaipa Am. All. Fund I, LP et al. v. Ehrlich et al.*. No. 15-cv-373 (D. Del.), D.I. 35, dated 9/2/2016 |

| PX III | YUCAIPA757308-12 | Email from May Chan (of Latham Watkins) to Eric Kimball (of Patton Boggs) Re: Demand Letter from Requisite Lenders |
| PX LLL | YUCAIPA1022514-34 | Email dated 2/21/2012 from D. Walker to M. Riggs and others RE: Yucaipa/Jack Cooper – Revised Term Sheet (February 14, 2012) |
| PX PPP | YUCAIPA941355-64 | Email dated 2/14/2012 from De. Walker to S. Bond Fw: Yucaipa/Jack Cooper – Revised Term Sheet (February 14, 2012) |