# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>                Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>                Intervenors,<br><br>                v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>                Defendants. | Adv. Pro. No. 13-50530 (CSS)<br><br><br><br>**Related Docket Nos.: 932, 962** |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                Plaintiff,<br><br>                v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>                Defendants. | Adv. Pro. No. 14-50971 (CSS)<br><br><br><br>**Related Docket Nos.: 667, 698** |

## SECOND ORDER

It is hereby ordered that Defendants' Motion *In Limine* To Exclude the Reports and Testimony of Jonathan R. Macey [Adv. Pro. 13-50530, D.I. 932; Adv. Pro. 14-50971, D.I. 667], filed on February 9, 2022[1] and renewed at trial,[2] is hereby denied.

                                                                                         */s/ Christopher S. Sontchi*
                                                                                         _____
                                                                                         Christopher S. Sontchi
                                                                                         United States Bankruptcy Judge

Dated: May 2, 2022

---

[1] Before trial, Defendants filed a Motion *In Limine* To Exclude The Reports And Testimony of Jonathan R. Macey (the "Macey Motion"), arguing that Professor Macey's opinions are wholly legal conclusions that are inadmissible under Federal Rule of Evidence 702, applied to this case by Federal Rule of Bankruptcy Procedure 9017. *See* Adv. Pro. 13-50530, D.I. 932; Adv. Pro. 14-50971, D.I. 667. On February 25, 2022, the Court denied the Macey Motion without prejudice, explaining that it would consider Professor Macey's testimony in the context of the entire case and would thereafter decide whether Professor Macey's testimony is impermissible upon Defendants' renewed motion. Adv. Pro. 13-50530, D.I. 962 at ¶ 1; Adv. Pro. 14-50971, D.I. 698 at ¶ 1.

[2] At trial, Defendants renewed the Macey Motion. The Court heard oral arguments and took the issue under advisement. [3/4/2022 p.m. Trial Tr. at 65:25-71:13].