IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ASHINC Corporation, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-11564 (MFW) <br> (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, <br><br> Plaintiff, <br><br> BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., <br><br> Intervenors, <br><br> v. <br><br> YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, <br><br> Defendants. | Adv. Proc. No. 13-50530 (MFW) |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90- 0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (455215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

135327890.1

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                    Plaintiff,<br><br>v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                    Defendants. | Adv. Pro. No. 14-50971 (MFW) |

**NOTICE OF SERVICE OF THE TRUSTEE'S SECOND SET OF INTERROGATORIES AND DOCUMENT REQUESTS TO YUCAIPA AMERICAN ALLIANCE FUND I, L.P. AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P. PURSUANT TO RULES 2004 AND 7069 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

      PLEASE TAKE NOTICE that on June 23, 2022, Plaintiff Catherine Youngman, as Litigation Trustee of the ASHINC Litigation Trust by her undersigned counsel served *The Trustee's Second Set Of Interrogatories And Document Requests To Yucaipa American Alliance Fund I, L.P. And Yucaipa American Alliance (Parallel) Fund I, L.P. Pursuant To Rules 2004 And 7069 Of The Federal Rules Of Bankruptcy Procedure* via email, upon the individuals listed below:

| | |
|---|---|
| Patricia L. Glaser, Esq.<br>Gali Grant, Esq.<br>Matthew P. Bernstein, Esq.<br>Glaser Weil Fink Howard Avchen & Shapiro LLP<br>10250 Constellation Blvd. 19th Floor<br>Los Angeles, CA 90067<br>pglaser@glaserweil.com<br>ggrant@glaserweil.com<br>mbernstein@glaserweil.com | Laura Davis Jones, Esq.<br>David M. Bertenthal, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>ljones@pszjlaw.com<br>dbertenthal@pszjlaw.com<br>pkeane@pszjlaw.com |

135327890.1

Dated: June 23, 2022　　　　　　　　　　**FOX ROTHSCHILD LLP**

By:　*/s/ Seth A. Niederman*
　　　Seth A. Niederman (DE No. 4588)
　　　919 North Market Street, Suite 300
　　　Wilmington, DE 19899-2323
　　　Telephone: (302) 654-7444
　　　Facsimile: (302) 656-8920
　　　sniederman@foxrothschild.com

　　　　　　-and-

**JOSEPH HAGE AARONSON LLC**
Gregory P. Joseph
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: (212) 407-1200
gjoseph@jhany.com

　　　　　　-and-

**ZAIGER LLC**
Jeffrey H. Zaiger
Judd A. Lindenfeld
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Telephone: (917) 572-7701
jzaiger@zaigerllc.com

　　　　　　-and-

**COHEN & GRESSER LLP**
Douglas J. Pepe
800 Third Avenue
New York, NY 10022
Telephone: (212) 957-7605
dpepe@cohengresser.com

*Counsel for the Litigation Trustee
and Plan Administrator*

135327890.1