

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

March 31, 2023

**BY ELECTRONIC MAIL AND ECF**

The Honorable Mary F. Walrath
United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

**Re: <u>Youngman v. Yucaipa American Alliance Fund I, LLC et al, Case No. 13-50530-MFW</u>**

Dear Judge Walrath:

    After many months of negotiating, the parties are pleased to report that they have reached an agreement in principle subject to final documentation.

    We anticipate that documentation will be finalized over the next several weeks. We will keep the Court apprised of any developments, and are available at the Court's convenience if it has any questions.

    Respectfully,

    */s/ Seth A. Niederman*
    Seth A. Niederman (No. 4588)

cc (*via email*):
Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
Peter J. Keane, Esq.
Patricia L. Glaser, Esq.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

144160396.1